**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bruce A. Lundeen,

Plaintiff,

v.

City of Minneapolis,

Defendant.

Case No. 24-cv-4360 (JRT/DTS)

**ORDER**

---

Plaintiff Bruce Lundeen filed a Complaint wherein he requested "that all my documents be kept sealed" until the Court determines otherwise. Dkt. No. 1. The Court construes this as a request to seal Plaintiff's filings. Thus, although the case was initially filed under seal pending the Court's review of this request, the Court has now ordered it unsealed. Moreover, "[t]here is a common-law right of access to judicial records." *IDT Corp. v. eBay*, 709 F.3d 1220, 1222 (8th Cir. 2013). "Where the common-law right of access is implicated, the court must consider the degree to which sealing a judicial record would interfere with the interests served by the common-law right of access and balance that interference against the salutary interests served by maintaining confidentiality of the information sought to be sealed." *Id.* at 1223. Plaintiff merely asserts that this case requires "special consideration" due to the identity of the parties. Dkt. No. 1. To the extent Plaintiff intends to request the case be sealed in its entirety due to the identity of the parties, the Court finds the interest in confidentiality does not outweigh the public's right of access so as to warrant sealing the case in its entirety.

To the extent Plaintiff seeks to seal specific documents, both now and in the future, he must comply with Local Rule 5.6, which governs the filing of documents under seal in

civil cases. Among other things, it requires a party seeking to file a document under seal to publicly file a redacted version of that document or a statement that the entire document is confidential or that redaction is impracticable. The party must also move for continued sealing and file a supporting memorandum. D. Minn. LR 5.6(e). Plaintiff has not complied with these requirements regarding the Complaint. Based on the file, records, and proceedings;

**IT IS HEREBY ORDERED:** Within 14 days of this Order, Plaintiff shall file a public redacted version removing only personal health information.

Dated: December 6, 2024

s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge