RECEIVED
DEC 19 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Bruce A. Lundeen | Plaintiff |
| Vs | |
| City of Minneapolis | Defendant |
| ~~Minneapolis VA Health Center~~ | ~~Defendant~~ |

REDACTED

## REQUEST TO RECONVENE AND COMPLAINT

**Case: 0:19-cv-03115-DSD-BRT, dismissed without prejudice:**

### PARTIES

Plaintiff

| | |
|---|---|
| Name: | Bruce A. Lundeen |
| Street Address: | 2628 Stevens Ave., |
| County, City: | Hennepin, Minneapolis |
| State & Zip Code: | Minnesota, 55408 |
| Telephone Number (Cellular) | 612 978 8973 |

Defendant:

| | |
|---|---|
| Name: | City of Minneapolis, City Attorney |
| Street Address: | 350 S. 5th Street, Ste. 210 |
| County, City: | Hennepin, Minneapolis |
| State & Zip Code: | Minnesota, 55417 |
| Telephone Number (Cellular) | 612 673 2010 |

| | |
|---|---|
| Name: | Minneapolis VA Health Center – withdrawn |



SCANNED
DEC 19 2024
U.S. DISTRICT COURT MPLS

**Requested handling of this case and request documents be sealed.**

1. I request that the Federal District Court case: 0:19-cv-03115-DSD-BRT, be restored to active status from the present Dismissed without prejudice status.

2. in the future, I also request that all my documents be kept sealed until a judge determines they should be made public. This is a case against the Minneapolis Police, and it requires special consideration.

**Preface.**

3. I have been wrongly labeled a sexual predator. This is a title assigned to those who, in some minds, deserve only cruel, unreasonable extrajudicial punishments.

4. In reality, I am being targeted for retaliation for speaking out about Police leadership, not for any sex crime. It is when I write letters expressing my thoughts on Police misconduct, especially Minneapolis Police 3rd Precinct management, that the daggers come out. By not attending meetings and events or joining in with other activists I have made myself vulnerable.

5. Although almost always in untraceable ways, harassment and intimidation worsened significantly after the initial filing and dismissal without prejudice disposing of this case. Notebooks have been maintained, documenting most but not all incidents.

Attachment # 10 to these pleadings is a lengthy compendium I assembled for the Office of Police Conduct and Civil Rights. I do not think they have even acknowledged receipt.

6. Recent events directly affect and threaten my health. Attachment # 1, written to the Minnesota POST Board, describes the Methodist Hospital Emergency Ward incident. [redacted]

There has been no response from the MN POST Board.

7. [redacted] embellish and justify torment do not forgive or forget. Correcting personal behavior is not good enough. Burglars, vandals, and intimidation then take the place of judges and incarceration. Somebody must pay someone to do what has been done to me. I know new hires would not immediately do the things that have been done to me.

They have uncanny ways of communicating of planting doubt about me in people. Perhaps the methods are simple: Direct use of their positions in law enforcement.

8. If so, the use of investigative privilege has ruined my reputation among employers, interpersonal relationships, and people I thought to be friends. I have been deprived of a normal social life. I have erred, and I have struggled not to err. Alienation tears you down.

9. Responsible Police reform in Minneapolis will be more difficult – if not impossible - if charades like that which I am a victim of are not stopped. They have crossed the line. The "ethical personality" of the Minneapolis Police Department has been compromised. Without self-accountability there can be no pride.

**<u>Facts alleged below occurred in Minnesota</u>**

10. Consider the audacity of commanding a young Police Officer who entered my Emergency Warh d room, took over my care, and then give me an injection not documented on the Methodist Hospital discharge papers. [redacted]. What were their intentions in the first place?

11. On July 26, 2024, I had a sciatica event while working on personal property at my house. On July 29th the pain became so severe I called an ambulance to take me to Methodist Hospital.

12. Recalling the failure of a Minneapolis Veteran's Hospital employee to do his assigned job properly, I was at first reluctant to go to any hospital. Attachment 2.

13. After considering the different places to go for medical care, at that time I decided to return to Methodist. The selection of where I could trust the source of my care was based on the notion that the Emergency Ward would be on guard from a second imposter invasion. Later I chose to go to the Mayo Clinic.

14. After being delivered to the Methodist Hospital Emergency Ward I was left alone for a few minutes. Finally, a very young woman came in. She introduced herself and began my ER experience.

15. She helped me into a wheelchair and took me to Room A27, which I think was my assigned room. She peered into the room from the hallway and said something was not there, then took me to another room—Room A1.

16. A1 is a room adjacent to the heavily used entrance to the Emergency Ward. The door was constantly used by people whom I could not see but could hear as the double doors opened and closed. These doors are behind the nurses' station and would be difficult to monitor.

17. As the youngster helped me getting into a hospital gown, I observed a woman in scrubs through the curtains. She did not enter the room. Instead, she advised the young girl who was helping me that I would have to have my pants removed. The youngster responded that she would take care of it. After getting gowned up, we talked; she said she wanted to go medical school and was a pre-med student. She left after finishing getting me prepared for ER triage examination.

18. Shortly after the girl left, a young man came in. I was immediately suspicious of him because of his demeanor. He did not conduct himself as a nurse or doctor. He was too bold and assertive, yet not comfortable. He was dressed in street clothes with no nametag.

19. In the Ambulance, I was given three injections. The Methodist Hospital Discharge document, Attachment #3, shows those injections given at 7:59 am. A fourth oral medication was given at 9:01 am in the Emergency Ward. At some point the young man gave me another injection without saying anything. That injection is not documented. [redacted].

[redacted]

20. The following is only a theory; An adequately educated and properly positioned VA researcher or lab technician maybe provide such a cocktail. Who knows, maybe you can order the serum through law enforcement channels, given the disgust of pedophiles, rapists, and other sexual deviants, anything is possible.

21. Dr. Greenberg came into my Emergency Ward room A1 momentarily immediately before discharge. The nurse that I thought I had recognized as noted in the letter to the MN POST Board escorted me out by pushing my wheelchair to the pharmacy for medications and the lobby to wait for transportation home.

22. After being discharged from the Emergency Ward, I returned home. Upon reviewing the Methodist Hospital discharge paperwork and noting the fifth's medications lack of documentation, I made many phone calls: Minneapolis 311, Methodist Hospital Emergency Ward and Methodist Hospitals Patient Relations, and several others.

23. I have spoken to a Methodist Hospital executive manager and written two letters. Both of which were hand-delivered. There was never any denying that such an obscene event occurred. The only comment made was that the medical professional in the Emergency Ward, Dr. Elisabeth M. Greenberg, DO, was a contractor and not a Methodist Hospital employee.

24. I hand-delivered a copy of the first letter, Attachment #4. When I visited the Methodist Hospital, I was on crutches and still suffering from severe pain from the sciatica that caused me to go to the hospital. I also hand-delivered a second letter to the Methodist

Hospital, Attachment #5, and mailed a second copy of the same letter to Methodist Hospital Patient Relations.

25. The hectic, sometimes impersonal nature of the Emergency Ward does not well represent the quality of care that the nurses and doctors provide. As with Police leadership, immediate supervisors and nurses must remember who was allowed to come into the Methodist Hospital Emergency Ward and take over my care.

26. [redacted]

2[redacted].

28[redacted]decision of where to seek out care was difficult. Both my primary physician and another physician I consulted recommended their personal acquaintances. However, I was suspicious of any medical entity in the Minneapolis area. The Minneapolis Police have taught me that they have extensive resources and contacts. Room switches – both at the Methodist and the Mayo - terrify me. Instead of an institution in the Twin City area I chose the Mayo Clinic.

29. On November 6th, on my first visit to the Mayo, I was told to wait outside Urology Door #1 until my name was called.

After a very long wait, someone came out of Door #2 and called my name. I recall with horrors the room change before the young man came to give me an injection.

30. At this initial consultation at the Mayo, I was introduced to a doctor who seemed to represent himself but from the online images had a different appearance than Doctor Gettman, who was assigned as my primary Mayo Clinic care provider. The Doctor I was introduced to be was well below the average weight for an American male.

31. [redacted] People have had organs removed without their knowledge or approval. Maiming somebody is not a legal remedy. Once positioned for a prostate biopsy, it would be impossible to prevent the removal of my prostate, or probably even know who performed the procedures.

32. At the Mayo I made clear my concerns [redacted] as well as describing the Emergency Ward experience and the interference of the Minneapolis Police in my life.

[redacted] but have been afraid of hospitals. I also have delayed important diagnostic procedures.

33. Many years ago, still in a brief relationship with a then-divorced woman named Lisa Marie Bovee, she and I went to give blood. I was separated from her and put in an examination room at the blood drawing facility, told to undress, and get up on the table and lay on my back. There I lay for a long time. Lisa was told to go home. I think the Doctor or person in charge was being pressed to give me the injection I did not get until July 29, 2024 in the Methodist Hospital Emergency Ward.

Lisa has been married twice since then. I would give anything to have been her second husband. From what I can see on Facebook, this third marriage is finally working out for her.

34. When I returned to Minneapolis in 1990 there were women soliciting for sex. I talked about prostitution with my mother, and she thought prostitution might be less of a problem if it were legal.

I have come to believe those women were being paid or coerced by the Police to solicit for sex as decoys - even if they were minors.

35. I have lost three jobs in the past year, two of them very good jobs – the ~~first~~ second job was a job I was ever technically fully prepared to do at the time of hire. My employment as a remote Service Engineer with the Pilot Company, Knoxville, TN, was lost through sabotage and deceit. I protested but had no luck getting my job back. Attachment #7 describes the events leading up to my dismissal.

I was on the job eight days before an unjust dismissal. Eight days is not enough time to judge what a new employee can contribute to the company. Someone poisoned me; I hope the Pilot Company will provide details on what they were told and by who. This occurred in December 2023.

35. Like the first, the ~~second~~ third job with JLL involved HVAC and general maintenance remotely from the company headquarters for stores in Minnesota. In April 2024, it became so apparent that termination was imminent that I quit. Knowing you are being forced out is very difficult. There was humiliation and disrespect at Jones Lang Lasalle as a remote service engineer.

36. The first job I lost was as a minivan driver for TCP, Inc., a transportation service for youths and students with severe disabilities. I thought I was well suited for this job because of my experience as a Personal Care Assistant for people with disabilities. Attachment #8.

I am again working as a PCA weekends as a second job while driving for Uber.

They must have been informed about Attachment #9. This diagnosis looks to me to have been created as a kill justification by a VA Psychologist who seems to have been a Police Lieutenant's spouse. At that time Minneapolis Police were often using deadly force. Public outcry, much from the group, Citizens United Against Police Brutality, brought attention to the use of deadly force. Brutality was harder to curb.

37. Before seeking employment and working for myself in my company Bruce Arnold Mechanical, I experienced several sabotage events occurring at customer locations.

Given the potential for terrific expenses of HVAC and refrigeration equipment and repairs and responsible for a failure, I shut down my company, Bruce Arnold Mechanical.

38. Since signing the Dismissal without prejudice of Case number 0:19-cv-03115, many incidents have indicated that someone has it out for me. Several Police Reports have been submitted. A packet of odd experiences, Police Reports, and appeals to get my jobs back since the original case was given a dismissal without prejudice accompanies this complaint as Attachment #10.

Attachment #10 is an indexed summary of upsetting and questionable stalking events I have endured in the period beginning with the signing of Case No. 0:19-cv-03115 until about March of 2024.

As documented in Attachment #10 and my notebooks, sometimes it often seemed like daily insults and petty crimes were directed at me to intimidate and punish. This is not "Police work".

Without doubt, seeking a remedy for the Police abuse of authority and misconduct with the Federal Court increased following the dismissal of that case.

39. Someone's desire to destroy and humiliate me has been obvious. Their interest has not been to protect the public. This has been a personal vendetta directed at me and entertain themselves in the process. What has happened to me is not "Policing", it is getting even.

40. I have few friends. To create personal isolation seems it they find ways to alienate me from others. A once close friend may have been interviewed, then told to be careful what they say lest they be made liable for compromising an investigation.

41. This is a leadership problem in the Minneapolis Police Department Precinct-level management. No Police reform can occur if newly hired Police Officers are left alone or compelled to do evil things.

I know there are very good people in law enforcement, Police professionals of the highest caliber in the Minneapolis Police Department, and I stand up for them even though my experiences would turn many away. Police work especially in the MPD I am sure can be very difficult. It is an honorable profession.

42. I have not been an ideal citizen, but I am not evil, and I have tried so hard to be an honorable and successful person. I have not lived a good life and survival has been difficult at times.

I have made many stupid mistakes, and my past stupidity haunts me. Again, however, I am not evil and do not seek to hurt anyone.

43. I have tried to find an attorney. Most do not respond to my inquiries, and those that do encourage me to find an attorney quickly. Filing pro se is not my choice.

44. I don't know if the following final comments should even be in a complaint – that is why I have looked for a lawyer.

[redacted]

45. Attachment #11 has excerpts from CrimewatchMN and the Minnesota Reformer. It describes curious assigning of Lieutenant Nelson's move to Investigations in the 5th Precinct – the precinct in which I live.

18 misconduct complaints and only one investigation and one mediation?

The 3rd Precinct Command staff were, in my opinion, as responsible as anybody for not "toning down" Police hardliners before George Floyd died and Derek Chauvin was abandoned.

45. Activists have been complaining about the 3rd Precinct for a quarter of a century. The 3rd Precinct has created dedicated critics like myself, Dave Bicking, Michelle Gross, Emma Pederson, and others.

The group Citizens United Against Police Brutality was founded in year 2000.

In referring to the 3rd Precinct, Officers from other precincts and departments had a saying: "doing it in 3s".

And I am being targeted because I have pointed these things out.

46. [redacted], I am sure subordinates have accumulated a great deal of dirt on me. I have seen them taking pictures of me, hovering in my alley when I walk my dog, and even gotten emails and phone calls from them.

It is remarkable how many people look at me skeptically. Their ability to spread bad will among people I interact with is remarkable.

A few Minneapolis Police Officers have made my life almost not worth living and sniggered as they did it. Sometimes I am overwhelmed with anxiety.

47. Attachment #12, pages 1 and 2, are taken from "The Bad Cops: How Minneapolis protects it worst Police Officers until it's too late", MN Reformer, Nesterak and Webster, 12/15/20.

Lucy Gerold a retired Commander and most honorable police officer of 34 years is quoted: "I don't see how you can work around them" and "I think it boils down a lot to leadership".

47. Attachment #13, pages 1,2, and 3, is an email I wrote to the Office of Police Conduct and Minneapolis Civil Rights.

When I have traveled out of town as a Mobile Service Engineer or other purposes, I have seen reason to believe that local authorities are alerted. It has been not only Minneapolis resources squandered stalking me.

[redacted]

48. Do what you want with me, but the people of Minneapolis deserve better.

Perhaps including Minneapolis Human Resources in the hiring and vetting process of new Police hires would cure inadequacies of Police alone evaluating new hires.

A well-managed Compliance Program, as the FAA is attempting to require in the aviation industry, would be a good start. The medical industry is said to have similar programs.

The law enforcement must ensure there are non-punitive avenues for new hires to report brutality, misconduct, and abuse of authority. Absolute obedience will not produce favorable outcomes.

Signed: ______________________________ Date:____________

Bruce A. Lundeen