Attachment #1

RECEIVED
DEC 19 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

August 17, 2024
2628 Stevens Ave.,
Minneapolis, MN 55408
612 978 8973
Brucealundeen@msn.com

Board of Peace Officer Standards & Training,
1600 University Ave., Suite 200,
St. Paul, MN 55104

To whom it may concern:

On July 26th I suffered a sciatic nerve compression. It was disabling. On Monday, July 29th I went to Methodist Hospital by ambulance. While in the Emergency Room I was taken to room A1 in the Emergency Ward. There is reason to believe I was assigned Room A27.

People other than Methodist Hospital employees attended to me.

During that time, I was given an injection with a hypodermic syringe that is not documented on the hospital discharge papers.

This follows a long series of home invasions and vandalism to my properties and vehicles, job losses, and someone has rumored among friends, acquaintances, and employers that I am a pedophile.

I have pro se sued in Federal Court (0-19-cv-03115). The Minneapolis Office of Civil Rights has accepted written statements about the ongoing harassment. My activism demanding law enforcement leadership accountability has not been taken well.

I think I recognized one of the people in the Emergency Room as a person who had come to my house with Lauren Erickson, K&G Investments. The purpose of her visit to my house was to survey the house and generate a potential offer to buy. The person I may have recognized operated a 360-degree camera. In the hospital she was wearing hospital clothes and had a nametag.

A young man gave me the injection. He was dressed in street clothes and did not have a nametag. For certain, he had had medical training. After the injection he wheeled me out into the Emergency Ward aisles and asked if I could walk. I could not. This event must have been caught on security cameras.

Sincerely,

Bruce A. Lundeen

SCANNED
DEC 19 2024 AR
U.S. DISTRICT COURT MPLS

Attachment #2

?

VA stitches

#3 Attachment

Dr. Seaborg

Methodist Hospital

# AFTER VISIT SUMMARY

**Bruce Lundeen** MRN: 92201743 DoB: 1/22/1950 7/29/2024 Methodist Emergency Center 952-993-5353

## Instructions

I suspect you may have torn a muscle or pinched a nerve. I would alternate Tylenol (2-500mg tablets every 6 hours) and Ibuprofen (2-3 200mg tablets ev ery 6 hours) with the muscle relaxer. Take Oxycodone for severe pain- please note it can cause constipation so take miralax with it.

Return for fevers, inability to walk, numbness between your legs or other concerns.

### Your medications have changed

START taking:
**cyclobenzaprine** (FLEXERIL)
**oxyCODONE** (ROXICODONE)

**Review your updated medication list below.**

### Read the attached information

Leg Pain (English)

### Pick up these medications at PN Methodist Hospital Outpatient Pharmacy

cyclobenzaprine • oxyCODONE

Address: 6500 EXCELSIOR BLVD, ST LOUIS PARK MN 55426
Hours: Open 24x7
Phone: 952-993-6016

## What's Next

You currently have no upcoming appointments scheduled.

## Follow-Up Appointments

**Physical Therapy**
Comments: Left hamstring pain- ? Muscle pull
Appointment Urgency?: Within 1 Week (Urgent)
Requested Services: Evaluate and treat
May use saline for irrigation or cleansing: Yes
May use dexamethasone, saline, or acetic acid for iontophoresis?: Yes
May check glucose per protocol (see policy link below) or if patient has symptoms?: Yes

## Today's Visit

You were seen by Elisabeth M Greenberg

**Reason for Visit**
LEG PAIN

**Diagnosis**
Left leg pain

**Medications Given**
acetaminophen (TYLENOL) Last given at 7:59 AM
cyclobenzaprine (FLEXERIL) Last given at 7:59 AM
HYDROmorphone (DILAUDID) Last given at 9:01 AM
ketorolac (TORADOL) Last given at 7:59 AM

Blood Pressure 149/79
Temperature (Oral) 98.4 °F
Pulse 65
Respiration 20
Oxygen Saturation 97%

7:59 AM in ambulance

9:01 AM in Room A1 Methodist ER — Oral Medication

* Injection by young man not documented

September 30, 2024
2628 Stevens Ave.,
Minneapolis, MN 55408

Methodist Hospital Administration,
6500 Excelsior Blvd.,
St. Louis Park, MN 55426

To whom it may concern:

As Methodist Hospital records describe, I have three times entrusted the hospital with the care of my body. Except for a possible Emergency Ward invasion by Police and an injection of unknown substance with a needle of questionable history, my needs have been met.

I understand the skillful deceit of corrupt, belligerent law enforcement. Apparently so does Hennepin County Attorney Mary Moriety who with the help of the Innocence Project is in the process of freeing wrongly convicted and longtime incarcerated men. Stories published in the Minneapolis Star-Tribune every day describe the violations of dignity and civil rights of the accused almost every day.

This letter is to contest Maren Stjernholm's statement in the "Appointment details" that my Patient Active Problem List includes a Paranoid disorder (HRC). A highlighted copy is attached.

I do not think I was supposed to see an unusual document called a "Supplement Defined Data Base". This "Medical Record" was in my Minneapolis VA Hospital file.

In the middle second page Jane Rinehart, Ph.D. Psychology, describes potential behaviors in terms that could be used to justify lethal force. In the 1990s and 2000s the Minneapolis Police killed several persons. Minneapolis Police Lieutenant Rinehart once confirmed my suspicion that I was being watched. Nobody has yet told me Jane Rinehart was not the Lieutenant's spouse.

There have been several recent events suggesting that I am a pedophile. Three jobs have been taken away from me, two of which were very good jobs.

I do not have a paranoid disorder.

This is not the only example of how I am being stalked, retaliated against, and intimidated for claiming that sordid Minneapolis Police leadership has led to the consent decrees, enormous payouts and court ordered penalties, and the false imprisonment and deaths of many people.

No Minneapolis Police reform can move forward when Police judge and punish.

Sincerely,

Bruce A. Lundeen

Bruce A. Lundeen

Attachment #5

2nd Methodist letter

REPORT DETAILS

**Report Submission Date**
2/2/2024

**Reported Company/Branch Information**
Location Pilot Store 47000
1191 70th Avenue
City/State/Zip: Roberts, WI, 54023, United States )

**Organization/Building name**
Berkshire Hathaway Inc.

**Location/Address**
Pilot Store 47000
1191 70th Avenue

**City**
Roberts

**State/province**
WI

**ZIP/postal code**
54023

**Country**
United States

**Details**
On January 12, 2024, Michelle Carruthers, leave of absence administrator, forced Bruce to resign from his post at Pilot Store, but he is unsure why. Bruce believes that being forced to resign was unfair because he was made to do so without a reason. Bruce also believes that his forced resignation was an act of retaliation made against him due to Jeff Wattson's, hiring manager, irritation of an email Bruce sent Jeff.

Bruce requested for his termination to be revoked to enable him to return to work.

**Reporter first name**
Bruce

**Reporter last name**
Lundeen

**Email address**
brucealundeen@msn.com

**Phone number**
612-978-8973

**Contact availability**
anytime

**Is anyone in imminent physical danger?**
No

**How are you related to the organization?**
Former Employee

**Please identify the person(s) engaged in this behavior:**
N/A

**Provide a brief description of the matter.**
Bruce was unfairly terminated.

**What is the specific location (address, building, mile post, cross streets, junction, section/sub division, etc.)?**
1191 70th Avenue
Roberts, WI, 54023

**How long do you think this problem has been going on?**
Once

**How did you become aware of this violation?**

It happened to me

**How did you become aware of the Ethics & Compliance Hotline?**
Co-worker

**Details**
On January 12, 2024, Michelle Carruthers, leave of absence administrator, forced Bruce to resign from his post at Pilot Store, but he is unsure why. Bruce believes that being forced to resign was unfair because he was made to do so without a reason. Bruce also believes that his forced resignation was an act of retaliation made against him due to Jeff Wattson's, hiring manager, irritation of an email Bruce sent Jeff.

Bruce requested for his termination to be revoked to enable him to return to work.

**Uploaded Files**

1. 2024.1.31 Cease and desist.pdf
   This "Cease and desist" was sent to me after I asked to have my job back. I sent an email and followed up with one phone call to Jeff Watson.
   The phone call was not threatening

   This is like stab to the heart.
2. 2024.2.2 Description of event prior to dismissal.pdf
   This document has been sent before WITHOUT a description.
   Description follows.

   After receiving the "Cease and Desist" I am compelled to protect myself.
   This is a description of the event that led to my dismissal.
3. 2024.1.31 Email Voss BaraLaw Tresspass notice.pdf
   Sent by mistake. I keep Ana Voss and Baralaw informed.
   They do not represent me, I wish they would advise
   I sued pro se hoping to stop harassment. Doing so only made things worse.
4. 2024.1.3 Email that led to dismissal.pdf
   This is the email that led to dismissal.

   I was panic-stricken because I was at that time in belief I had been sabotaged as explained in the "Description of event last day" document
5. 2024-02-03 Email asking for job back.pdf
   This is the email where I asked for my job back.
   I made a follow-up call to Jeff Watson.
   The call was only a verbal ask for my job back.
6. 2024.1.31 Cease and desist.pdf
   This comment must replace the comment in Note #1. Information is omitted.

   The "Cease and Desist" was sent to me after I asked to have my job back. I sent and email that is included in a separate note and made one phone call to Jeff Watson.
   The phone call was not threatening.

   There were no attempt to contact anybody via social media. If evidence exists that there were social media messaging I deserve to know the date, time, and platform.

   Upon receipt of the "Cease and Desist" I removed the hard drive and replaced it with a new, "clean" hard drive. The original hard drive is in storage and could be examined for the alleged attempts to contact Pilot J employees.

   This is a stab in the heart following and unjust dismissal.

**Follow-Up Notes**
2/3/2024 8:42 AM
Item 3 of "Uploaded Files" should probably be deleted. It is not relevant.
Uploading files is very difficult.
2/7/2024 8:11 AM
The problems I had at the Roberts, WI MacDonald's Rooftop Heating Unit (RTU #1) bothers me. Kim Blake called me December 18th but really had nothing of value to say when I returned her call. A few minutes later a young man in a service truck showed up and was working on the RTU #1. I was dispatched to service the heating equipment. The restaurant had heat. It was not a "no heat" call.
The young man said he worked for MacDonald's, but he wasn't interested in the problem with the Walk-In cooler and freezer condensing unit. If he worked for MacDonalds he sure would have been concerned about Walk-In Freezer and Cooler problems! The problem still wasn't repaired January 3rd!
Once while I was working on RTU #1 the burner started to "fire" unexpectedly. The Inducer fan came on by itself as I stood next to it doing nothing. This points to the Building Management System. Due to technician safety issues, the building management contractor – NexRev - certainly has protocols about changing module outputs from the control center. Does Pilot have building management systems supervisory and control from Knoxville?
Pilot took me off the payroll when I did not see a physician. That email was a result of the experiences on the service call at the MacDonalds and the phone call.
I have no fear of legitimate physical. Not by my choice, a physician I trusted is no longer my primary care physician. Given my past experiences with the Minneapolis VA Hospital this is a dilemma.
I was doing good things for Pilot Travel Centers and there is potential of doing many more good things.

Bruce Lundeen

**Follow-Up Questions/Comments**
**2/2/2024 3:30 PM posted by Organization**

Thank you for your report. We will review it to determine if an investigation is necessary. Please follow up on a regular basis, in case we have additional questions as we review this matter.

**2/9/2024 9:33 AM posted by Reporter**

I just finished taking a call from and speaking to a woman named Kelly. Kelly said she worked in Employee relations for Pilot.

The years following my divorce were very difficult. In retrospect, I think both of us wanted to get back together but could not say it.
I came out of the state I was in when I met and dated Anne Marie Smission, now Anne Marie Anderson. She married, we are still friends, we respect the institution of marriage.

I have contributed in writing to the Police reform discussion. I have always put my work and other responsibilities ahead of civic responsibility. I do not have time to attend meetings and protests, and most of the groups expectations and wants are unrealistic.
My criticism of Precinct leadership of was likely not taken well.
I should have joined one of the many groups. There is safety in numbers. Having the support of others can protect after speaking which might not be protected otherwise.

**2/2/2024 4:48 PM posted by Organization**

I have forwarded your case to your Employee Relations Specialist so that your allegations can be investigated. We take each case seriously and are sorry you are experiencing this issue. You may check the status of your case at anytime and we will update it once the investigation is complete. Thank you for using PFJ Listens.

**2/3/2024 9:01 AM posted by Reporter**

Perhaps by oversight, I determined later in the evening that I could submit additional information supporting my position.

Accordingly, this morning (2/3/2024) I have submitted additional information.

Please let me know if I can or should provide more information.

I think it is OK to say that upon receiving the "Cease and Desist" letter I decided the injustice was too severe to not protest.
I deserve my job back to negate such a horrific insinuation of my character.

**2/9/2024 2:12 PM posted by Organization**

The investigation of this matter has been completed, and appropriate action has been taken. Due to the confidential nature of any investigation, findings must remain confidential and cannot be shared. Thank you for filing your report.

---

**Chat Transcripts**

There are no chat transcripts for this incident.

Attachment #8

## Regarding recent events

John From HR <jbarrett@tctinc.org>
Tue 10/3/2023 11:50 AM
To:bruce lundeen <brucealundeen@msn.com>

In light of your recent email, and your admissions regarding the omissions on your DOT physical, until you have completed your visit with your primary physician, and your physician certifies that your mental health will not impair your ability to be a type three school, bus, driver: we are going to suspend your activities at Twin City Transportation.

As discussed, we are sending someone over to pick up the vehicle and tablet now.

If you have any questions, please feel free to let me know and I will do my best to help.

--
**Thank you,**

*John Barrett*

**John Barrett**
**Human Resources Director**
**(651) 203-8149**
**JBarrett@TCTInc.org**
**HR@TCTInc.org**

tct inc.

**1408 Northland Drive**
**Suite #101**
**Mendota Heights, MN 55120**

Attachment 7 Frontside

JR.

Veterans Administration

MEDICAL RECORD | SUPPLEMENT DEFINED DATA BASE

SUPPLEMENT TO STANDARD FORMS (Check on): ☐ SF 504 ☐ SF 505 ☐ SF 506

SUPPLEMENT TO VAF 10-7978g SERIES (Check one): PART ☐ I ☐ II ☐ IV ☐ V

| PREPARED BY (Signature & Title) | SERVICE | DATE |
|---|---|---|
| JANE RINEHART, Ph.D.<br>Staff Psychologist | MENTAL HEALTH CLINIC | November 13, 1991 |

PSYCHOLOGICAL TESTING REPORT

Tests Administered: Biographical Data Sheet (BDS), Shipley Institute of Living Scale, Michigan Alcoholism Screening Test (MAST), Minnesota Multiphasic Personality Inventory-Revised (MMPI2)

Date Administered: 11-6-91

BACKGROUND INFORMATION:

Mr. Lundeen is a 41 year old divorced man who indicates he comes to the hospital because of "two very stressful situations that have been problematic for a long time: (1) Interpersonal relations, especially with women (2) Finding and fitting into suitable, professional employment." He was once hospitalized for psychiatric treatment at the North Hampton, Massachusetts VA in the fall of 1977. He indicates that his father, who died in 1983, was alcoholic. There is no other family history for psychiatric problems. He is the oldest of three brothers.

Mr. Lundeen was in the Marine Corps from 1968 to 1972 serving in Vietnam for 18 months where he was a radio operator. He served 18 months in Vietnam where he was exposed to combat. He does not have a service connected disability. His education includes a GED while in the service and a Bachelor of Science degree in mechanical engineering. He is currently unemployed and lists six previous jobs that lasted from two to seven months. He also indicates "some small legal problems involving alcohol sometimes, or occasionally women." He reports drinking once or twice a week but that he has never been a heavy drinker.

TEST RESULTS:

On the Shipley, a screening test of intellectual abilities, he scores in the above average range on vocabulary, in the high

(Continue on reverse) (over)

LUNDEEN, BRUCE
SS# 470 58 6±32

SUPPLEMENT
DEFINED
DATA BASE

Attachment 4 Backside

average range on abstractions, with a full scale score in the above average range. There do not appear to be any cognitive problems and this is likely an area of strength for him.

In spite of his report of past small legal problems with drinking, on the MAST his score is below the cutoff for alcohol related problems. On the MAST he denies having been arrested because of drunken behavior, so apparently the "small problems" never led to an arrest or being taken into custody.

His response to the MMPI is somewhat unusual in that he both denies some mildly negative items which most people would admit to, but on the other hand endorses other negative items which most people might deny. This combination can suggest some unusual and disturbed thinking. The clinical scales do indicate paranoid thinking with belief that people have it in for him and mistreat him. Men with this profile tend to be seen as angry, sullen, blaming and rigidly argumentative. There is likely a history of social maladjustment with family conflicts and a poor work history. These men are generally described as controlled but may have occasional outbursts of violence to the surprise of people around them. There is a high level of social alienation, feeling that he does not belong and cannot relate in gratifying ways. He is apt to see himself as special and different from others and somewhat thin-skinned. He is apt to blame others for his negative feelings and problems. He is anxious and may find it difficult to make decisions, feel that life is a strain and obsess and worry about problems. He may at times feel overwhelmed by his own thoughts. The diagnostic impression is of a paranoid disorder.

Statements from psychological testing should be considered hypotheses requiring further validation.

Jane Rinehart

JANE RINEHART, Ph.D.
Staff Psychologist

Attachment

Christie Nelson

Fifth Precinct Inspector Christie Nelson was suspended after a nearly two-year investigation into her handling of a 2015 use-of-force incident.

After an officer hit a fleeing suspect with his squad car, he reported it to Nelson, a sergeant at the time, and his supervisor. She wrote that the suspect tripped on his untied shoes, hit a tree and ricocheted onto the squad car.

Even though there was dash cam footage of the arrest and a camera in the squad car captured the conversation in which the officer told Nelson he hit the suspect with his car, a lengthy investigation ensued, and Nelson was suspended for 10 hours without pay. She was later promoted to a lieutenant.

In nearly 26 years with MPD, Nelson has had 18 misconduct complaints, but was only disciplined once, and had another case mediated. She did sign onto a letter condemning Derek Chauvin for killing Floyd.

Nelson will oversee patrol and investigations in the precinct.

August 29, 2023 Minnesota Reformer

New 5th Precinct Insp. Christie Nelson (Crime Watch had obtained an internal email Monday morning sent to staff by Chief O'Hara that announced Blackwell as Asst Chief and Lt. Mark Osland as the new 5th Precinct commander. We're working to find out what changed between this morning and this afternoon on the 5th Pct pick of Nelson over Osland)

"MPD chief announces changes, additions to police command staff", Crimewatchmn, MPD chief announces changes, additions to police command staff | by Crimewatchmn | Medium) , Aug. 7th

Most people who put on a uniform and head out to patrol do not violate people's civil rights.

"We have 3 to 6% of cops who shouldn't be cops," then-Deputy Chief Art Knight said in January — that's about 25 to 50 officers, based on the size of the department at the time. "We have some members on this department who shouldn't be here, but the vast majority of them should be here," Knight said. (Knight was demoted from deputy chief later this year after another instance of being too frank, when he warned that unless the department changed its recruiting practices, it would wind up with "the same old white boys.")

But failing to discipline and terminate problem officers is also a systemic problem in the police department that endangers residents, especially those who are Black, Native and Latino. It forces the city to pay out large settlements and squanders any goodwill earned by good cops.

"I don't think you can work around them. There's too many opportunities for it to go bad," said Lucy Gerold, a former Minneapolis Police Department Commander, about problem officers.

What we don't see from the department's disciplinary files are the part of the iceberg submerged underwater. Only the small percentage of complaints which result in discipline may be viewed by the public under Minnesota's public records laws. Everything else is kept a secret.

The disciplinary records obtained by the *Reformer* also reveal a pattern in the department of relying on victims or members of the public to file a complaint before it investigates misconduct. Because officers reliably protect one another and fail to report misconduct by their colleagues, that points to an unknown number of abuses, which may only come to light in court.

For example, years before Derek Chauvin kneeled on George Floyd's neck, he allegedly hit a 14-year-old boy twice with a flashlight and kneeled on his back as he pleaded that he couldn't breathe — but Chauvin's public file doesn't include that use of force. The details only became known through an investigation by the state attorney general, who is prosecuting Chauvin for murder.

Since the killing of Floyd, Minneapolis has found itself in a familiar position: apologizing for abuse by one of its officers while blaming forces beyond its control and also promising transformational change.

Minneapolis Mayor Jacob Frey and Police Chief Arradondo have rolled out a steady stream of reforms for months — some with teeth, some just "shallow remixes of previous reforms" as one council member described them. But they often say their hands are tied, blaming the Minneapolis Police Federation and its arbitration process as the biggest barriers to ridding the department of bad cops, neither of which can be changed without the state Legislature.

Gerold disagrees. "There's been too much put on the union as excuse making," Gerold said. "People are not willing to look at leadership. And I think it boils down a lot to leadership."

Indeed, the presence of a strong union and arbitration process do not explain why the department is so slow to investigate abuses and make disciplinary decisions. Over the past decade, the department has spent 539 days on average resolving a case from the time it's opened, according to the disciplinary files reviewed by the *Reformer*.

They also do not explain why department leaders routinely sign off on glowing performance reviews for problem officers, which later bolsters their defense in arbitration. And they don't explain why the department has reinforced the warrior cop culture by bestowing officers with awards for aggressive tactics which would later put them before a disciplinary panel.

The city declined to make Arradondo available for an interview and did not respond to a list of written questions.

. . .

Attachment 13 page 1

## Fw: Christie Nelson; Black crew-cab Dodge Ram pick-up truck: pedophile rumors, ruin of my life

bruce lundeen <brucealundeen@msn.com>
Wed 4/3/2024 8:26 AM
To:Hastings, Lily (she/her/hers) <lily-ann.hastings@minneapolismn.gov>;Police Review <Policereview@minneapolismn.gov>

1 attachments (558 KB)
2022.8.9 Gas tank leak.docx;

Yesterday, April 2nd, at about 5:00 pm I saw another one of my stalkers. He or she is a racketeer and drives a Black Dodge Ram Crew Cab pick-up truck. Whoever it was, was in the process of suborning two Sheriff's deputies into intimidating me.

The driver crossed 26th Street against the semaphore signals using the discreetly mounted emergency lights flashing. There also may have been a siren blast as the vehicle entered the intersection Southbound on Cedar Ave. In the moments before seeing the truck, there were two marked squad cars moving rapidly in the area. The disturbance they were responding to was somewhere south of 26th Street in the vicinity of Cedar Avenue.

In yesterday's email I mentioned being requested follow-up confirmations for dance performances. Last summer earlier in the afternoon before that performance I noticed this same Dodge truck and a Hennepin County Sheriff's squad car stalking me in the Ace Hardware parking lot at 13th and Nicollet.

I saw the the Sheriff's squad traveling South on Lasalle Ave. coming from downtown across the parking lot, it turned left on Groveland Ave., and came out from behind the apartment building on the corner. Then it turned into the parking lot I was leaving. We met door-to-door in the parking lot.

The Dodge truck ended up in the west bound lane of Groveland, with me and the deputies in the eastbound lane of Groveland Ave. at the traffic light on Nicollet Ave. I could plainly see the laptop computer mounted on a pedestal in the cab of the truck like those used on marked law enforcement vehicles. I could not see the driver. We all turned south on Nicollet. The deputies and I continued south on Nicollet, the Dodge truck turned west on Franklin Ave.

I was too shaken to take any photographs of the event. Taking pictures was on my mind, but I was too upset. One thinks of cellphone cameras and what has happened when taking pictures of law enforcement.

Much of this letter was deleted while I was away from the computer. I was describing sabotage of my employment and will do so again.

When I came to Minneapolis I was fired from Purina Mills. Bob, the General Manager, made quite a show of it. He invited the whole shift to watch. When I complained to corporate human resources, he disappeared. I understand he was transferred to a smaller southeastern U.S. plant.

I got a job from a temporary office personnel job agency and was fired for allegedly telling stories to women.

Sharon Lubinsky resigned as U.S. Marshal, the Chief Deputy was transferred to St. Paul, and I was told the Secret Service Officers turned over about the time I was fired from CMC & Maintenance in the U.S. Federal District Courthouse.

More recently Pilot Company employee Kim Blake was so bold as to call me as equipment I was working on was being sabotaged. Two weeks later in another sabotage event and I was fired, but not before two Pilot Company employees made references to my being a pedophile.

At this moment, an elderly lady is dying in Methodist Hospital after the boiler in her house was sabotaged before I checked it for winter operation. She is beyond talking now.

These are just the highlights of my careers in Minneapolis. There are pages and pages of descriptions of observations, coincidences, and experiences in my notebooks. The sabotage of my life has been so complete as to cause estrangement from my family.

Pedophile allegations without legal prosecution are too much to accept. I am not pedophile. Securely employed, embedded Police Officers use their position to sabotage my life. The city now has three senior officers whose mission is Police reform. They were hired since all this began. For thirty years every time I start to get a life someone knocks me down again.

These two: The driver of the black crew cab Dodge Ram and Christie Nelson must be the remaining ringleaders of this extrajudicial, vigilante persecution. There are probably others.

Bruce A. Lundeen

---

**From:** bruce lundeen <brucealundeen@msn.com>
**Sent:** Monday, April 1, 2024 11:55 AM
**To:** Hastings, Lily (she/her/hers) <lily-ann.hastings@minneapolismn.gov>; Police Review <Policereview@minneapolismn.gov>
**Subject:** Christie Nelson; pedophile rumors

Would you inquire with the Chief about why he assigned Christie Nelson to be the 5th Precinct Commander instead of Mark Osland? According to the Minnesota Reformer, it was a last minute decision.

Richard Zimmerman is a plugger, not a racketeer. I think I have met Nelson twice, and both times her glee suggested something not boding well for me. One thing is certain: Someone is obsessed with me.

There was a ruse to deflect the event where the gas tank in one of my cars had a hole drilled in it. It happened during a small window of time after coming home from one job and cleaning to work as a math tutor. This was in 2022. About a week ago a neighbor across the alley informed me of his gas tank having had a hole drilled in it. He suggested it was for the purpose

of stealing gas. A picture of my gas tank leak is attached here and included in the packet of documents I provided Police Review and Lily Hastings a couple weeks ago.
I cannot believe someone would steal gas this way. More likely, it was someone expressing displeasure of my being a math tutor at Mathnasium.

I used to participate in modern classes. Twice recently I have been invited to dance performances, and then there were follow-up requests for confirmation if I was coming. Nobody cares if I come to their show, at least not enough to ask if I was coming. That is not the way it works.

Given the rumoring and innuendo already spread about my being a pedophile, they might be able to make a misidentification stick. I read the newspaper, and years ago I remembered something about then-County Attorney Amy Klobuchar rejecting a victim identification because of potential wrongfull suggestive concerns.

I recently inquired about the rumors I suspected long ago with Pam Gleason. She is a dance instructor and always seemed to be a good friend. I am afraid the thought that I am a pedophile is firmly embedded in others. Also, a woman named Lisa Lange said something odd. Pam's phone number is 612 990 6019. Maybe she will talk to you. I don't have Lisa's number; you will have to get it from Pam.

Heidi Hauser operated Hauser Dance Studios and School. Maybe she can provide some information. 651 291 2830.

Between my being afraid to ask, and the likelihood no one would want to tell me anything anyway, I am asking you to find out what is going on.

Whatever is, it is cruel and unreasonable.

Bruce Lundeen

612 978 8973

Attachment #13 page 1

Outlook

## Re: [EXTERNAL] Re: OPCR Case Dismissal

**From** bruce lundeen <brucealundeen@msn.com>
**Date** Sun 3/10/2024 8:21 PM
**To** Police Review <Policereview@minneapolismn.gov>

1 attachment (167 KB)
2024.3.10 L. Hastings OOCPR.pdf;

Lily:

1. I have prepared a package of Police Reports, letters, OOCPR complaints, images, and other documents that should present somewhat clearly the way I am being stalked. I will either drop the package off or have it delivered to you.

The attachment 2024.3.10 L. Hastings OOCPR.pdf is the cover letter.

Please acknowledge receipt when you receive it.

The U.S. Postal Service has proven not to be reliable source of communication for me. I don't know about whether my sent mail has been lost, but mail to me has somehow disappeared in-between the sorting operation downtown and my carriers delivery.

Missing mail has been documented and I think reported in the Federal District Court pleadings.

One time when I complained about missing mail I was given a phone number for the Postmaster, but told not to say anything about Minneapolis Police as possible suspects who would remove mail.

3. <u>My biggest fear is the pedophile rumoring that has been done</u>. You may not be aware, but in prison pedophiles are treated by other inmates like Police Officers who are imprisoned. Derek Chauvin being a very good example. Given that my home has been invaded I have had and still do have fears of wrongful imprisonment.

4. <u>Employment wrongful dismissals have been a reoccurring experience</u> since having a confrontation with a Minneapolis Police Officer. There is additional information in the package you will soon receive.

5. Reviewing the email you sent, I was surprised to see and did not know it was made a case.

I think that truck was the same truck that pulled up alongside me at the intersection of 1st Ave and 31st Street and the driver was holding his phone as if it were videoing me in my vehicle.

If I recall correctly, I made a Police Report on that incident.

There are two "place keeper" pages in the package. The Police Report about the guy with in a truck with a cellphone seeming to being recording an video of me must have been one of them.

6. I am searching for an attorney to represent me in the most recent wrongful dismissal. I have reason to believe the employer was poisoned.

6. I think I recall something about Nick leaving the Civil Rights Department. That is unfortunate, I found him to be sincere and trying to be helpful.

It is not helpful to write off people who make claims about Minneapolis Police as being imbalanced or needing mental health care.

People who act violently or irrationally are easy for the Police to deal with. They used to just shoot them full of holes. People like me who complain about Police but do not act out are more difficult for the Police to deal with.

Thank you for your help in advance,
Bruce A. Lundeen

However,

---

**From:** Police Review <Policereview@minneapolismn.gov>
**Sent:** Monday, February 12, 2024 9:35 AM
**To:** bruce lundeen <brucealundeen@msn.com>
**Cc:** Hastings, Lily (she/her/hers) <lily-ann.hastings@minneapolismn.gov>
**Subject:** RE: [EXTERNAL] Re: OPCR Case Dismissal

Good morning Bruce,

Yes, here is the original complaint on file for this case number. Please

Best,

**Lily Hastings**
*Intake Supervisor/Case Investigator, Office of Police Conduct Review*
Pronouns: She/her/hers*

City of Minneapolis – Department of Civil Rights
350 S. Fifth St - Room 239
Minneapolis, MN 55415

Office: 612- 673-3511
Cell: 612-258-0908
Lily-Ann.Hastings@minneapolismn.gov

*Why this matters

Attachment #P3 page 3

Minneapolis
City of Lakes

**From:** bruce lundeen <brucealundeen@msn.com>
**Sent:** Thursday, February 8, 2024 2:48 PM
**To:** Police Review <Policereview@minneapolismn.gov>
**Subject:** [EXTERNAL] Re: OPCR Case Dismissal

To whom it may concern:

I cannot match the OPCR Case Number up to any complaint I have made.
Could you send a copy of the complaint this refers to?

Somebody is tormenting me.
I don't know who it is.
What has been going on is still going on.

Perhaps it is trade union people. For a short few months it may have looked as if I were making money, and that would be money someone else in the trades thought they should be making.

I feel badly about alleging police misconduct toward me. Thirty-four years ago something very, very bad happened. Five years ago there was a repetition. Just last month there was another setback.
My life is cursed. I see how other people's lives have improved, and mine lessor so.

I want to admire, respect, and praise Police - I am serious.

If you would, send me a copy of the complaint. I do not have on file a complaint with this number.

Thank you,
Bruce A. Lundeen

---

**From:** Police Review <Policereview@minneapolismn.gov>
**Sent:** Thursday, February 8, 2024 1:59 PM
**To:** brucealundeen@msn.com <brucealundeen@msn.com>
**Subject:** OPCR Case Dismissal

Good afternoon,

This letter is regarding a complaint you filed alleging police misconduct with the Office of Police Conduct Review. Your complaint was reviewed by the Supervisor of the Office of Police Conduct Review (OPCR). After taking into consideration the evidence you provided along with any evidence collected during the intake phase, OPCR has decided not to proceed with your complaint. Please see attached dismissal letter.

Thank you,

**Office of Police Conduct Review**