RECEIVED Attachment

DEC 19 2024

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2024.2.23 Index for OPC

After my pro se Federal District Court case was dismissed without prejudice I started to submit Police Reports for new incidents I considered crimes against me.

The severity and frequency of the incidents increased after the dismissal of the pro se Federal District Court case.

I have not reported every incident. I can understand that these sorts of "unsolvable" complaints are pointless. I am trying to describe a problem.

| ITEM # | TITLE | # PAGES | BRIEF DESCRIPTION |
|---|---|---|---|
| 1. | Berkshire-Hathway Ethics Hotline Report | 3 | The investigation was closed prematurely by Pilot Company. Why dismissed has still not been revealed. (MN Statute: 10 days) |
| 2. | Image, 3 flat tires on two vehicles | 1 | Flattened tires have been a continuing problem |
| 3. | VA Supplement Defined Data Base | 2 | A document I suspect I was not supposed to see. Possibly written by the psychologist-wife and VA employee of an MPLS Police Lieutenant. |
| 4. | Image, Leaking gas tank | 1 | Hole drilled in a very small window of time – while I was changing clothes and before I went to work as a math tutor.<br>Interestingly, a neighbor recently experienced the same offense. I suspect it a "smoke-screen". This happened to me 3 years ago. This is no way to steal gas. |
| 5. | Image, Broken Windows | 1 | Two Broken (vandalized) double-pane oversized windows broken at different times during the year |
| 6. | U.S.DistrictCourt Complaint | 6 | Exasperated by harassment and intimidation I sued pro se. Harassment and intimidation has gotten worse since. |
| 7. | U.S. District Court Brief | 49 | Details of harassment and intimidation.<br>Note: This is a Motion to Amend. There were pages removed (21, 23 and all attachment images) from the original brief. |
| 8. | Dismissal letter, TCT Inc. | 1 | First reference to some sort of impairment, first day on assigned job. |
| 9. | Complaint, MPLS CPRA | 1 | Inappropriate conduct, false equipment report by Officer |
| 10. | MPLS OPCR Complaint | 3 | 8/8/2019 Never responded to by City |
| 11. | MPLS OPCR Complaint | 3 | 12/7/2022 Never responded to by City |
| 12. | MPLS OPCR Complaint | 2 | 2/4/2021 Never responded to by City |
| 13. | Police Report 2020-708993 | 1 | Vandalism, removal of annual license tabs |
| 14. | Police Report 2021-701898 | 1 | Malicious false report to IRS of unreported and unpaid employee withholdings. |

DEC 19 2024

| | | | |
|---|---|---|---|
| 15. | Police Report 2021-709143 | 1 | Sabotage – water poured in welding machine gas tank while I was welding inside building |
| 16. | Police Report 2021-709343 | 1 | Place-keeper only, I do not have a copy of the report. |
| 17. | Police Report 2021-709746 | 1 | Excessive number of flattened tires. |
| 18. | Police Report 2022-702919 | 2 | Sabotage – Centrifugal fan. I think the building owner let someone in and they damaged the unit. He denies this. I had to warrantee the repair |
| 19. | Police Report Supplemental Summary 2022-709222 | 1 | Repeats and adds to previous Police reports |
| 20. | Police Report 2022-710340 | 2 | Sabotage of boiler during off-season. I found it sabotage during preseason check |
| 21. | Police Report 2022-711268 | 3 | B&E, woman first found sitting on porch and then inside house when I returned. Image provided. |
| 23. | Police Report 2023-701859 | 2 | Vandalized property, two vehicles. |
| 24. | Police Report 2023-701860 | 2 | Vandalized property, two oversized double pane casement windows. Image provided. |
| 25. | Police Report 2023-702239 | 3 | Pedophile posters delivered to me, one affixed to front fence, the other in an email. |
| 26. | Police Report 2023-702849 | 1 | Place-keeper only, I do not have a copy of the report. |
| 28. | Police Report 2023-704517 | 2 | Two cars with young men signaling by flashing headlights, then withdrawing when approached. Young man with a sidearm acting as a plumbing apprentice. |
| 29. | Police Report 2023-704975 | 2 | Home invasion, stolen kitchen chair, credit and debit cards (never used), Public Storage unreasonable rent increase. |
| 31. | Police Report 2023-709614 | 2 | "get better locks" advice, vandalism-Scopemeter |
| 32. | Police Report 2023-710267 | 2 | Add'l information, IRS false nonpayment of withholdings, three suspicious "stings":two that would suggest I accept cash payments and not reporting income. Attempt to get me to comment or do work for which I am not licensed. |
| 35.. | 2020 Letter to then Sharon Sayles-Belton | 1 | That which may have started it all |
| 36. | Pilot Company Wrongful dismissal letter | 2 | Claiming "impairment" to justify dismissal. Not yet resolved. |
| 37. | U.S.P.S Informed Delivery | 1 | Showing lack of 7 days of Informed Delivery emails – possibly to hide stolen mail. There have been repetitive missing mail events. |
| 38. | U.S.P.S. week summary | 2 | Overstates the amount of mail received. |
| 39. | U.S.P.S. Comment | 1 | Written statement about missing mail |

1 of 3 Berkshire-Hathaway Ethics Complaint (1o)

REPORT DETAILS

**Report Submission Date**
2/2/2024

**Reported Company/Branch Information**
Location Pilot Store 47000
1191 70th Avenue
City/State/Zip: Roberts, WI, 54023, United States )



**Need Technical Help?**
justanswer.com
Chat with an Electronics Technician in minutes, Available 24/7
CLICK HERE NO THANKS
Supported by Satellite View Maps

**Organization/Building name**
Berkshire Hathaway Inc.

**Location/Address**
Pilot Store 47000
1191 70th Avenue

**City**
Roberts

**State/province**
WI

**ZIP/postal code**
54023

**Country**
United States

**Details**
On January 12, 2024, Michelle Carruthers, leave of absence administrator, forced Bruce to resign from his post at Pilot Store, but he is unsure why. Bruce believes that being forced to resign was unfair because he was made to do so without a reason. Bruce also believes that his forced resignation was an act of retaliation made against him due to Jeff Wattson's, hiring manager, irritation of an email Bruce sent Jeff.

Bruce requested for his termination to be revoked to enable him to return to work.

**Reporter first name**
Bruce

**Reporter last name**
Lundeen

**Email address**
brucealundeen@msn.com

**Phone number**
612-978-8973

**Contact availability**
anytime

**Is anyone in imminent physical danger?**
No

**How are you related to the organization?**
Former Employee

**Please identify the person(s) engaged in this behavior:**
N/A

**Provide a brief description of the matter.**
Bruce was unfairly terminated.

**What is the specific location (address, building, mile post, cross streets, junction, section/sub division, etc.)?**
1191 70th Avenue
Roberts, WI, 54023

**How long do you think this problem has been going on?**
Once

**How did you become aware of this violation?**

2 of 3 Birkshire - Hathaway Ethics Complaint

(1-)

2 of 3

It happened to me

**How did you become aware of the Ethics & Compliance Hotline?**
Co-worker

**Details**
On January 12, 2024, Michelle Carruthers, leave of absence administrator, forced Bruce to resign from his post at Pilot Store, but he is unsure why. Bruce believes that being forced to resign was unfair because he was made to do so without a reason. Bruce also believes that his forced resignation was an act of retaliation made against him due to Jeff Wattson's, hiring manager, irritation of an email Bruce sent Jeff.

Bruce requested for his termination to be revoked to enable him to return to work.

**Uploaded Files**

1. 2024.1.31 Cease and desist.pdf
   This "Cease and desist" was sent to me after I asked to have my job back. I sent an email and followed up with one phone call to Jeff Watson.
   The phone call was not threatening

   This is like stab to the heart.
2. 2024.2.2 Description of event prior to dismissal.pdf
   This document has been sent before WITHOUT a description.
   Description follows.

   After receiving the "Cease and Desist" I am compelled to protect myself.
   This is a description of the event that led to my dismissal.
3. 2024.1.31 Email Voss BaraLaw Tresspass notice.pdf
   Sent by mistake. I keep Ana Voss and Baralaw informed.
   They do not represent me. I wish they would advise
   I sued pro se hoping to stop harassment. Doing so only made things worse.
4. 2024.1.3 Email that led to dismissal.pdf
   This is the email that led to dismissal.

   I was panic-stricken because I was at that time in belief I had been sabotaged as explained in the "Description of event last day" document
5. 2024-02-03 Email asking for job back.pdf
   This is the email where I asked for my job back.
   I made a follow-up call to Jeff Watson.
   The call was only a verbal ask for my job back.
6. 2024.1.31 Cease and desist.pdf
   This comment must replace the comment in Note #1. Information is omitted.

   The "Cease and Desist" was sent to me after I asked to have my job back. I sent and email that is included in a separate note and made one phone call to Jeff Watson.
   The phone call was not threatening.

   There were no attempt to contact anybody via social media. if evidence exists that there were social media messaging I deserve to know the date, time, and platform.

   Upon receipt of the "Cease and Desist" I removed the hard drive and replaced it with a new, "clean" hard drive. The original hard drive is in storage and could be examined for the alleged attempts to contact Pilot J employees.

   This is a stab in the heart following and unjust dismissal.

**Follow-Up Notes**
2/3/2024 8:42 AM
Item 3 of "Uploaded Files" should probably be deleted. It is not relevant.
Uploading files is very difficult.
2/7/2024 8:11 AM
The problems I had at the Roberts, WI MacDonald's Rooftop Heating Unit (RTU #1) bothers me. Kim Blake called me December 18th but really had nothing of value to say when I returned her call. A few minutes later a young man in a service truck showed up and was working on the RTU #1. I was dispatched to service the heating equipment. The restaurant had heat. It was not a "no heat" call.
The young man said he worked for MacDonald's, but he wasn't interested in the problem with the Walk-In cooler and freezer condensing unit. If he worked for MacDonalds he sure would have been concerned about Walk-In Freezer and Cooler problems! The problem still wasn't repaired January 3rd!
Once while I was working on RTU #1 the burner started to "fire" unexpectedly. The Inducer fan came on by itself as I stood next to it doing nothing. This points to the Building Management System. Due to technician safety issues, the building management contractor – NexRev - certainly has protocols about changing module outputs from the control center. Does Pilot have building management systems supervisory and control from Knoxville?
Pilot took me off the payroll when I did not see a physician. That email was a result of the experiences on the service call at the MacDonalds and the phone call.
I have no fear of legitimate physical. Not by my choice, a physician I trusted is no longer my primary care physician. Given my past experiences with the Minneapolis VA Hospital this is a dilemma.
I was doing good things for Pilot Travel Centers and there is potential of doing many more good things.

Bruce Lundeen

**Follow-Up Questions/Comments**
2/2/2024 3:30 PM posted by Organization

Thank you for your report. We will review it to determine if an investigation is necessary. Please follow up on a regular basis, in case we have additional questions as we review this matter.

**2/9/2024 9:33 AM posted by Reporter**

I just finished taking a call from and speaking to a woman named Kelly. Kelly said she worked in Employee relations for Pilot.

The years following my divorce were very difficult. In retrospect, I think both of us wanted to get back together but could not say it.
I came out of the state I was in when I met and dated Anne Marie Smission, now Anne Marie Anderson. She married, we are still friends, we respect the institution of marriage.

I have contributed in writing to the Police reform discussion. I have always put my work and other responsibilities ahead of civic responsibility. I do not have time to attend meetings and protests, and most of the groups expectations and wants are unrealistic.
My criticism of Precinct leadership of was likely not taken well.
I should have joined one of the many groups. There is safety in numbers. Having the support of others can protect after speaking which might not be protected otherwise.

**2/2/2024 4:48 PM posted by Organization**

I have forwarded your case to your Employee Relations Specialist so that your allegations can be investigated. We take each case seriously and are sorry you are experiencing this issue. You may check the status of your case at anytime and we will update it once the investigation is complete. Thank you for using PFJ Listens.

**2/3/2024 9:01 AM posted by Reporter**

Perhaps by oversight, I determined later in the evening that I could submit additional information supporting my position.

Accordingly, this morning (2/3/2024) I have submitted additional information.

Please let me know if I can or should provide more information.

I think it is OK to say that upon receiving the "Cease and Desist" letter I decided the injustice was too severe to not protest.
I deserve my job back to negate such a horrific insinuation of my character.

**2/9/2024 2:12 PM posted by Organization**

The investigation of this matter has been completed, and appropriate action has been taken. Due to the confidential nature of any investigation, findings must remain confidential and cannot be shared. Thank you for filing your report.

---

**Chat Transcripts**

There are no chat transcripts for this incident.

10 of 9





CASE 0:19-cv ... 07/13/20 Page 2 of 9

Veterans Administration

**MEDICAL RECORD** | **SUPPLEMENT DEFINED DATA BASE**

SUPPLEMENT TO STANDARD FORMS (Check one): ☐ SF 504 ☐ SF 505 ☐ SF 506

SUPPLEMENT TO VAF 10-7978g SERIES (Check one): PART ☐ I ☐ II ☐ IV ☐ V

| PREPARED BY (Signature & Title) | SERVICE | DATE |
|---|---|---|
| JANE RINEHART, Ph.D. Staff Psychologist | MENTAL HEALTH CLINIC | November 13, 1991 |

PSYCHOLOGICAL TESTING REPORT

Tests Administered: Biographical Data Sheet (BDS), Shipley Institute of Living Scale, Michigan Alcoholism Screening Test (MAST), Minnesota Multiphasic Personality Inventory-Revised (MMPI2)

Date Administered: 11-6-91

BACKGROUND INFORMATION:

Mr. Lundeen is a 41 year old divorced man who indicates he comes to the hospital because of "two very stressful situations that have been problematic for a long time: (1) Interpersonal relations, especially with women (2) Finding and fitting into suitable, professional employment." He was once hospitalized for psychiatric treatment at the North Hampton, Massachusetts VA in the fall of 1977. He indicates that his father, who died in 1983, was alcoholic. There is no other family history for psychiatric problems. He is the oldest of three brothers.

Mr. Lundeen was in the Marine Corps from 1968 to 1972 serving in Vietnam for 18 months where he was a radio operator. He served 18 months in Vietnam where he was exposed to combat. He does not have a service connected disability. His education includes a GED while in the service and a Bachelor of Science degree in mechanical engineering. He is currently unemployed and lists six previous jobs that lasted from two to seven months. He also indicates "some small legal problems involving alcohol sometimes, or occasionally women." He reports drinking once or twice a week but that he has never been a heavy drinker.

TEST RESULTS:

On the Shipley, a screening test of intellectual abilities, he scores in the above average range on vocabulary, in the high

(Continue on reverse) (over)

LUNDEEN, BRUCE
SS# 470 58 6±32

SUPPLEMENT DEFINED DATA BASE

Attachment #2, backside (3.)

Supplement Defined Defebarg backside 2 of 2

average range on abstractions, with a full scale score in the above average range. There do not appear to be any cognitive problems and this is likely an area of strength for him.

In spite of his report of past small legal problems with drinking, on the MAST his score is below the cutoff for alcohol related problems. On the MAST he denies having been arrested because of drunken behavior, so apparently the "small problems" never led to an arrest or being taken into custody.

His response to the MMPI is somewhat unusual in that he both denies some mildly negative items which most people would admit to, but on the other hand endorses other negative items which most people might deny. This combination can suggest some unusual and disturbed thinking. The clinical scales do indicate paranoid thinking with belief that people have it in for him and mistreat him. Men with this profile tend to be seen as angry, sullen, blaming and rigidly argumentative. There is likely a history of social maladjustment with family conflicts and a poor work history. These men are generally described as controlled but may have occasional outbursts of violence to the surprise of people around them. There is a high level of social alienation, feeling that he does not belong and cannot relate in gratifying ways. He is apt to see himself as special and different from others and somewhat thin-skinned. He is apt to blame others for his negative feelings and problems. He is anxious and may find it difficult to make decisions, feel that life is a strain and obsess and worry about problems. He may at times feel overwhelmed by his own thoughts. The diagnostic impression is of a paranoid disorder.

Statements from psychological testing should be considered hypotheses requiring further validation.

Jane Rinehart wife of Lt. Rinehart, MPD??

JANE RINEHART, Ph.D.
Staff ~~Psychologist~~

I disagree, and I think anyone who knows or has known me would also disagree

Hole drilled in gas tank
immediately before leaving for
employment as a tutor

(5.)



Was this meant as intimidation,
disproval, or harassment
2



(4.) Vandelism, broken windows before and later during a home invasion

CASE 0:19-cv-03135-DSD-BRT Doc. 1 Filed 12/18/19 Page 1 of 6

⑥ 1 of 6

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RECEIVED
DEC 18 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Bruce A. Lundeen

Plaintiff,

vs.

City of Minneapolis

Defendant(s).

Minneapolis VA Health Center

Case No. ______________
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ___ NO _X_

**COMPLAINT**

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

a. Plaintiff

| | |
|---|---|
| Name | Bruce A. Lundeen |
| Street Address | 2628 Stevens Ave., |
| County, City | Hennepin, Minneapolis |
| State & Zip Code | Minnesota, 55408 |
| Telephone Number | 612 978 8973 |

SCANNED
DEC 18 2019
U.S. DISTRICT COURT MPLS

(6) 2 of 6

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

| | |
|---|---|
| Name | City of Minneapolis, City Attorney |
| Street Address | 350 S 5th Street, Ste. 210 |
| County, City | Hennepin, Minneapolis |
| State & Zip Code | Minnesota, 55415 |

   b. Defendant No. 2

| | |
|---|---|
| Name | Minneapolis VA Health Center |
| Street Address | 1 Veterans Drive |
| County, City | Hennepin, Minneapolis |
| State & Zip Code | Minnesota, 55417 |

JURISDICTION

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   X Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   Denial of unenumerated due process rights

5. What is the basis for venue in the District of Minnesota?

   Plaintiffs and Defendants reside in Minnesota
   Facts alleged below occurred in Minnesota

6 3 of 6

6. STATEMENT OF THE CLAIM

6-1. Over the past 29 years that I have lived in Minneapolis there has been an ongoing extrajudicial persecutory campaign waged against me. A possible reason for this extrajudicial persecutory campaign is because of false allegations I had had improper intentions with young women in Seattle, WA. However, my being an outspoken citizen and frequent political candidate for State and local offices certainly may have contributed to the contemptible abuse of authority and misuse of resources intended for law enforcement and crime prevention.

6-2. Only when sniggering undercover law plainclothes youths who must have been employees of the Seattle Police Department arranged a meeting, did I ever meet up with any young women while in Seattle. The entertainment my stalkers have extracted both in Seattle and here in Minneapolis while harassing and humiliating me, and the access I have provided them to young women in the Minneapolis dance community, must have been enough to create significant interest in me. Indeed, shortly before her death my Mother said something about how I should not have gotten involved and taken modern and jazz dance classes.

6-3. The persecution has progressed from allegations about my mental health, to allegations about my propensity for violence, allegations about my sexuality, and finally allegations about my abuse of young women and girls. There has been a sort of psychological hazing, gas lighting and frequent not so subtle attacks on my income producing endeavors. Where they have not directly interfered with my employment and self-employment endeavors, I have been so rattled and distracted it has led to me estranging people myself.

6-4. During employment searches I have recognized that I have been classified into a category where special considerations are assigned. This led me to pursue self-employment.

6-5. Consistent strategies employed over years have been clear and phasic: Financially ruin, socially ostracize, and libel slanderously. Amenable VA care givers advanced the objectives by first attempting to create a disability, and then very, very possibly creating a situation where I could have been murdered during a medical emergency within the VA Medical Center.

6-6. The resources engaged in the persecutory program very likely exceed those that the Minneapolis Police Department could muster. The individual who created the situation ultimately leading to my being rail-road out of employment in the Federal Court House had access to controlled spaces in the building. Since then I have been told there was an immediate turnover of staff in the 7th floor Secret Service offices after I protested to GSA. To me, this implies abuse of my civil rights by a Federal law enforcement agency. As I have composed and edited this complaint and other documents changes in the way

my online computer operates indicates computer surveillance.

6-7. In 1992 while going to the Minneapolis VA Hospital for help with depression a psychologist culpably contributed to and enabled this extrajudicial persecutory campaign by writing a document called a "Supplement Defined Database". This document describes my personality in extremely unfavorable and threatening terms. No past or present friend or acquaintance would recognize this profile as describing me.

6-8. In 1991 I went the Minneapolis VA Hospital for help with depression. An anti-psychotic medication called Haldol was prescribed. Haldol is known to have permanent disabling side-effects. Fortunately, my Mother, a Licensed Practical Nurse, recognized the drug and took it away from me saying, "You're not taking that!". Twenty-five years later in 2017 I went to the VA Hospital for a removal of a cyst on the back of my neck. While blood was being taken for pre-surgical "blood work", I observed the technician, whom I had waited to the end of phlebotomy clinic hours for, and who was distinctly different from the other technicians, briefly insert a syringe into my arm. He did not empty the contents of the syringe before drawing blood into the blood sample vials, but the next day following the blood taking I became very, very ill and was sick for two weeks.

6-9. I have many things to be grateful for, but not taking the Haldol pills and not going to the VA in the days following the blood sampling will forever remain most revered.

6-10. I have been and may continue to be a conservative candidate for political office. Assumptions about my position on social issues which are very likely wrong, may have contributed to this vicious stalking behavior. I remain a fervid supporter of patrol division Police, but not so much for the undercover, plainclothes units whose actions are not so carefully scrutinized.

6-11. A complaint has been filed to the Minneapolis Office of Police Conduct Review but it seems to be languishing. As the complaint sits in the Office of Minneapolis Police Conduct Review activities that appear to be intimidation and retaliatory continue. During the past 25 years I have frequently asked for help with stopping law enforcement extrajudicial persecution. Since it is unlikely we will identify the perpetrators of this charade, I am finally clearly stating that it could be occurring. If this complaint progresses to a discovery stage I think people will confirm that something is amiss.

7. REQUEST FOR RELIEF

7-1. I want the Court to issue an injunction prohibiting further meddling in my affairs by law enforcement agencies to include but not be limited to the Minneapolis Police, the FBI, the Secret Service, or the Federal Reserve Police.

7-2. The VA should be forced to issue a statement in how Haldol can be prescribed for depression and create a policy managing fraternization of law enforcement professionals and medical personnel.

7-3. Initiate an examination of the resources allowed law enforcement by the Patriot Act. When expropriated for retaliation, personal vendetta, or wrongful persecution, these crucially important tools for legitimate law enforcement and crime prevention are put in jeopardy. Abuse of them creates a dreadful threat for the individual. Particular attention should be directed at corrupt use of cell phone manipulations, 'cyber' computer measures, and 'sneak and peak' warrants or home invasions done with or without a warrant.

Date: 12/18/2019

Signature of Plaintiff Bruce A. Lundeen

Mailing Address 2628 Stevens Ave
Minneapolis MN
55408

Telephone Number 612 978 8973

Item 5, A55225 ex 6

Motor Vehicle #3

$700.00

1984 Jeep CJ7

Motor Vehicle #4

$200.00

1980 P30 Van

Vehicle # 5

$1200

1996 Suzuki S40 Motorcyle

Vehicle #6

$1400

1986 Honda Goldwing Motorcycle

Item 6 - money owed to me

| | |
|---|---|
| Toni's Market | $395.00 |
| Grace Temple | $1575.24 |
| Bay Leaf Indian Cuisine (see 2nd page) | $836.83 |

Recievables Total $3883.05

These are normal business ~~debts~~ recievables, some of which may be uncollectable

RECEIVED

FEB 13 2020

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

(7.)

1 of 49

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Bruce A. Lundeen

Case No. 0:19-cv-03115-DSD-BRT

Plaintiff,

**MOTION TO AMEND A DOCUMENT ON PACER:**

"Missing pages in "38 Pages of 210 Items" and "Missing attachments 1, 2, 3, and 4"

vs.

City of Minneapolis

Defendant(s).

Minneapolis VA Health Center

1. While reviewing the online PACER documents I noticed that two pages were missing from the document called "38 Pages of 210 Items".

SCANNED
FEB 13 2020
U.S. DISTRICT COURT MPLS

(17.)
20 of 49

2. Although all copies of the document I had saved were also missing pages 21 of 38 and 23 of 38, I did find those pages in an earlier draft of "38 Pages of 210 Items" when it was 33 pages long. At the moment the document was saved it was a work in progress.

3. Those pages numbered 21 of 33 and 23 of 33 are included in the Amended "38 Pages of 210 Items".

4. Neither were the attachments referenced in "38 Pages of 210 Items" included in the online PACER documents. These attachments were referenced as attachments within the writing of " 38 Pages of 210 Items"

5. Accordingly, the attachments referenced in "38 Pages of 210 Items" are attached as they should be at the end of the document. They are not numbered as part of the document; the document page numbering stays the same.

6. I do not know how this happened. I was shocked to discover these articles missing from the "Filed" copy published in the PACER system. I can only accept the responsibility for not ensuring these articles were not accompanying the ANSWER TO ORDER dtd January 7, 2020 referenced in Paragraph 21. No attempt to obscure or change <u>any</u> part of the document has occurred.

Date: 2/13/20

Signature of Plaintiff Bruce A. Lundeen
Mailing Address 2628 Stevens Ave
Minneapolis, MN
55408
Email Address brucealundeen@msn.com
Telephone Number 612 978 8973

(7)

19 cv 3115 DSD / BRT
3 of 49

## AMENDED "38 Pages of 210 Items"

1. I have struggled about the commitment of filing a pro se complaint in the Minneapolis Federal District Court for many years. My objective is not so much to recover for the losses I have suffered from Minneapolis Police, and perhaps the FBI and the U.S. Marshal Service, of which there have been many, but to reveal the incredible abuse of authority.

2. I suspect that the question never is asked: Have uniformed Police Officer been murdered because a plain-clothes, undercover Police unit have harassed and intimidated a person, driving him to such desperation that it seemed to him, the victim, there no other solution than retaliate with violence.

3. I believe Minneapolis Police have intentionally arranged employment dismissals specifically having the intention of precipitating a violent response from me.

4. For me the lack of oversight has reduced my ability to provide for myself, enjoy natural interpersonal relationships, corruption of my quest for help with depression and a minor surgical procedure, and deprivation not a small amount of happiness and peace of mind. This seems to me to be a viscous, cowardly assualt on my constitutional due process rights by law enforcement agencies.

5. I can only explain my interpretation of my experiences as a wrongful imposition of "street justice" – extrajudicial punishment – by plain-cloths, undercover Minneapolis Police Officers who are members of so-called "Community Action Teams". The revolting thought of Police Officers assuming the role a judicial tribunal is made more repugnant by my assertion that the underlying assumptions made by Seattle Police equivalents to our "Community Action Teams" are and were false.

6. A 1992 confrontation with a then-young Minneapolis Police Officer drew the attention of Minneapolis Police Officers to me. As I recall, the Officer I had the confrontation with was subsequently dispatched to the western States where I had lived. Upon his return it must be the Officers in Seattle shared with him embellished reports.

BK
SCANNED
FEB 13 2020
U.S. DISTRICT COURT MPLS

(7.)

4 of 49

Preferring not to enroll in a formal institution, I created a futile program of self-study in technical matters related to my employment. Over several years I became a frequent visitor to coffee shops and what was then called Kinko's and now FedExOffice in the University of Washington District of Seattle.

8. I became familiar with but never intimately friendly with college students and other youth. I believe young undercover, plain-clothes Seattle Police recruits seized on the opportunity to get facetime with the young woman who were Kinko's employees. The only time I was in the proximity of any of those girls outside of the Kinko's facility was in arranged. I recall with bitterness greeting a pretty, young college freshman named Heidi during a surprise encounter in a Montlake Park neighborhood coffee shop. She walked me over to a sidewall bench were three grinning clowns – these must have been relatively newly hired undercover, plain-clothes Police Officers – sat. She introduced them as her "friends". Those were not her friends.

9. Returning to the city of my birth assuming I would have the support of my family, the confrontation documented in Attachment #1 seems to have instigated intense scrutiny of me. I became inured of the continual harassment – stalking really. As these people persistently poked, goaded, and interfered in my life I "moved on" numerous times, ignoring their criminal behavior. I think there are people who might volunteer evidence of the subtle stalking if asked. Comments made over the years certainly indicate meddling, and this is related to the more intrusive infringements on my standing in the community. They have created major impediments in my life intended to deny me financial success, happiness, and normal heterosexual relationships.

10. Cowardly, criminal behaviors are management prerogatives, and are encouraged by supervisors. New hire misguided youth trying to make an impression of their daring and resourcefulness have been stalking me. While I suspect some of the lawless behavior was carried out on personal time, the misuse of law enforcement resources meant for crime prevention and law enforcement constitutes felony-level intent.

(7.)

5 of 49

11. These are people who have entered my house and removed documents to prevent exposure, and at least attempted to damage my property interfere with my ability to enjoy life. They have sabotaged work I have done and derail good things I wish I could do. They persuaded a Veteran's Hospital therapist to construct a medical diagnosis that might create the opportunity for forceful intervention. See page 2 of the Attachment #2, paragraph 3. When it became apparent that slander, sabotage, suborning third party individuals to confound my life would not disrupt my life or facilitate a criminal act on my part they incited a dreg employed by the VA Hospital to inject a compound that might have killed me as blood was taken during preparation for minor, walk-in surgical procedure.

12. Frequent use of slander under the guise of official law enforcement activities has put these actors in the position of compromising their integrity before the public. Except when I myself weakened, I tried to avoid announcing to members of the public the insidious activities of our Minneapolis Police undercover, plain-clothes Community Action Team members. For the most part I have described the malicious, venomous attacks only to elected officials and

13. The respect for the mission I accorded these actors in the Minneapolis law enforcement community is futile.

14. Claudia Nicolae's picture was posted to my facebook page when a Republican group met at Bill's gun range. I cannot imagine what they were trying to prove or express.

15. Charlie Weaver and Lisa Goodman were written letters describing how traffic semaphores were stalled as I waited. There have been witnesses on two occasions.

16. Inspectors – Liz Reil, from Buildings, now Stacy Perera from Plumbing Inspector have problems with me.

17. Tenants have been stirred up, and three for certain; Mackenzie Kath, France Barbou, and France's roommate Elizabeth Grans*****ski were clearly "plants". France and Elizabeth, or their guests, sabotaged house fixtures as did friends of Harper, a unscreened tenant Keyher moved in.

6 of 49

18. Damage to my property has been done. My truck when left on the street had a tire flattened and a taillight broken. Lt. Rinehart knows the details, he met me at O'Rielly's Auto Parts when I was buying cans of flat-fix.

19. As far as I can tell, no one documented my visits to CRA several years ago. Lee Ried the former CRA Executive Director has said I should file for a release of data that may be still in the records. I called Mr. Ried August 13th. If the records have been purged he will speak in my behalf.

20. I was told Secret Service agents were transferred after I was railroaded out of employment at the Minneapolis Federal Court House. I was viciously fired from employment with CMC & Maintenance, a GSA contractor.

21. First and second complaints to the VA Inspector General have been closed as far as I know without review. One of those complaints was about what appeared to be an attempt to murder me.

22. A small group of Minneapolis Police Officers – who must be Members of plain-clothes, undercover, so-called CoOmmunity Action Teams - must have misused resources intended for law enforcement and crime prevention. They have targeted me for retaliation. In their quest for retribution they have dragged individuals who would have otherwise been disinterested third parties, and sometimes these third parties have suffered loss. If not loss, they have deceived citizens. An favorable outcome to revealing Minneapolis Police retaliatory activities might be revealing how independently operating Officers lacking supervision and oversight can invest their time influencing others to accomplish deceitful objectives.

23. There has been seldom indication of uniformed patrol Officer knowledge of the conflict other than with Lieutenant Rinehart, who shares the same name as a Veteran's Affairs psychologist who I was seeing for depression at the time of the conflict with now-Lieutenant Zimmerman, head of the Homicide Unit. Lieutenant Rinehart has by his expression indicated concern.

24. The mental stress is severe, and my sense of security has been grievously undermined and diminished over time. I think I can convince how the Minneapolis Police interfered in my life in many varied ways, to include even with an attempt to disable or kill me. The experiences at the Minneapolis VA Hospital I have sustained must not be disregarded.

25. There appears to have been an attempt to murder me, and another incident to disable by the prescription of a anti-psychotic medication known under the trade name Haldol. Other experiences with the VA indicate an awareness of my seeking care at the Minneapolis VA Hospital. I shall explain these incidents later, but since my terminating medical care with the VA and subscribing to a commercial supplementary Medicare policy with Medica.

26. Furthermore, documentation I was encouraged to submit to the Veteran's Affairs Office in the Whipple administrative building was deliberately and fraudulently modified after my signature was affixed. The fact that the responses to my local inquiries were evasive but that the processing offices who took control of the application for benefits after submission were direct indicates conspiracy.

27. I am compelled to tell my story, and in my way of thinking, the only way that it will be heard is to file a complaint in the Minneapolis Federal Court House. Maybe in describing what I consider a massive abuse of authority future unemployment decisions will take, when appropriate, look at the situation from a different perspective.

28. Strange observations, peculiar incidents, and suspicious events immediately began to occur after I had a confrontation with Officer Richard Zimmerman in 1991 who was at that time a Minneapolis Police Officer assigned to a Community Response Team (See attachment 1). I wrote this letter to then-Councilmember Sharon Sayles-Belton.

29. While I was genuinely concerned that false statements were leading then Patrolman Zimmerman and other Minneapolis Police Officers to wrongly investigate and sometimes raid the homes of young Vietnamese men, Officer Zimmerman took my phone messages and a written message left at

(1.)

8 of 49

the 5th Police Precinct desk as an attack on his credibility and integrity. I understand his reaction, but the then young Officer Zimmerman telling me, "I will own your house" (when I didn't own a house) was a little unprecedented and extraordinary. Generally, I do not believe that Officer Zimmerman, who is now a Lieutenant and in charge of the Homicide Division, has been actively or continually involved in this vicious charade. There have been, I believe, egregious abuse of discretion in administration of law enforcement authority.

30. Before leaving employment with the City of Minneapolis as Chief of Police, Bill McManus brought then Sergeant Zimmerman and I together for a few moments at a social function at The Woman's Club of Minneapolis. My impression was that Officer Zimmerman is a man of good character and would not harbor a grudge. Unfortunately, over the years and in my desperation, I have said and implied things about Minneapolis Police retaliatory activities that would naturally in include Officer Zimmerman as a participant, a fact that I have no firm evidence to be true.

31. The fact is that the Hennepin County Attorney's Office already had demonstrated some interest in me. A now retired investigator named Mike Atkinson had investigated claims about me. I had been told to contact Mr. Atkinson in a letter. As we talked on the telephone, he said with some exasperation in his voice and sort of under his breath to me on the telephone, "I am not going to jail an innocent man".

32. I note that I believe Mr. Atkinson was formerly a Police Officer and went to law school while working for the City. I understand he is now retired, still healthy, and around town doing unrelated, part time work.

33. In 2014 I filed and Ethics Complaint with the City of Minneapolis. In response to my appeals for assistance with the City of Minneapolis on July 15, 2014 the Minneapolis Ethics Officer advised me they would no longer act on any of my concerns.

(7.)

9 of 49

34. Contemplating on the past twenty-eight years I have the following musings: I was incredulous and outraged immediately following and for some time after the incident where Officer Zimmerman told me, "I will own your house". The obvious Police scrutiny was oppressive. I actively criticized the Minneapolis Police for retaliation verbally and in writing. Admittedly, sometimes my verbiage could have taken as offensive by Police Officers, but I have been ignored and marginalized.

35. Within a day or maybe days of the confrontation between Officer Zimmerman and I, I was fired from my job at Purina Mills then located on 38th Street and Hiawatha Avenue as a shift Production and Maintenance Engineer. While as the years pass, I admit that my behavior may have justified some corrective action. Dismissal was a rather extraordinary measure as have been two subsequent dismissals of which I will describe later in this complaint. Informal or formal counseling might have served the purpose of correcting my conduct – if it was in fact problematic. I have come to believe termination was premature, but the process taken during the dismissal was appalling. The Plant Manager assembled the entire shift and others who were still on-site, except for the other Maintenance Engineer with who I worked closely with, to witness his terminating me. It was a intentionally constructed humiliating and vicious scene. I don't know where John was at the time, and we remained friends for many years after my termination from employment with Purina Mills.

36. My decision to file this complaint in the Minneapolis Federal Court is much motivated by the possibility that the abusive dismissals were encouraged and intending to provoke a response by me that would reflect unfavorably on me. Fact is, it was only with Purina Mills that I did anything other than start over, and then I tried to challenge the dismissal administratively and legally.

37. After being dismissed from Purina Mills but before finding other employment, as I recall, I collected about $1800.00 of unemployment benefits. Probably at the discretion of the Plant Manager, Purina Mills refused to approve disbursal of the benefit, in this case two or three weeks of benefit. Believing the termination was wrongful I challenged the decision. State Unemployment Hearing Officers

7

10 of 44

sustained the decision of the company, but at some time during the process the Plant Manager was transferred to a smaller Purina Mills facility in the Southeast United States. It was hard to consider the transfer, that occurred during the school year, a promotion. Purina Mills counsel wrote me a check for the benefit I had collected when we met prior to appearing before a Federal Judge in the St. Paul Court House.

38. At the same time, perhaps aware that I was going to the Minneapolis VA Hospital for help with depression, the Minneapolis misled care givers to embellish medical documents with diagnosis that overly stated any penchant for anger and violence. Minneapolis VA Hospital stepped out of their role caregivers and must have been convinced to prescribe Haldol, a dangerous, ancient, antipsychotic, for a condition that I did not have. I believe they exploited my going to the VA for help with depression and wrongly influenced my mental health care providers.

39. The mental stress is severe, and my sense of security has been grievously undermined and diminished over time. I think I can convince how the Minneapolis Police interfered in my life in many varied ways, to include even with an attempt to disable or kill me. The experiences at the Minneapolis VA Hospital I have endured must not be disregarded.

40. For twenty-seven years I stayed away from the Minneapolis VA Hospital. Thinking it best in financial terms to have the VA Hospital perform a minor walk-in surgical procedure it was obvious from the initial visit that a subterfuge in VA medical records existed. As I have done so often, I foolishly convinced myself to ignore the obvious indications of Minneapolis Police corruption of my VA medical records. During pre-surgical bloodwork I noticed use of a syringe in addition to the blood sampling vials and the following days became extremely feverish and weak.

41. Phone records will confirm that I called the VA. I spoke to a nurse who said to examine the site where the blood was being taken. Understandably, her thoughts were to infection and I am sure never connected the scenario I was trying to describe.

42. In 2016 I took applied for and was hired by CMC & Maintenance, a GSA contractor providing building operations services for the Minneapolis Federal Court House. Knowing a mission of the U.S. Marshal Service was to protect Federal Judges, I knew that that there would be a background investigation, and that such an investigation would reveal any prosecution-justified activities I had engaged in in the past. I, in part, took applying for the job as a test. I gave law enforcement a method by which would reveal any legitimate persecutorial misconduct on my part. I was hired which must mean that I have no prosecutable – fabricated or actual – records. It follows that since there are no prosecutable records the stalking, I claim is just that: Stalking, and the stalking motives are based on retaliation.

43. As I gained experience as a CMC & Maintenance Building Engineer – a job not at all dissimilar from what I have done much of my working life – I was given increasing responsibilities. However, equipment and machinery I had worked on, sometimes suspiciously to me at least, failed. Specifically, three instances I recollect were the Make-up Air that provides initial summer cooling of fresh outdoor air to the top six floors of the Federal Court House, a VAV (Variable Air Volume) box outside of Judge Montgomery's chambers, and the air conditioning for the District Court Data Center closet in the hall outside the Chief Judge's chambers.

44. At the same time an air conditioning device called a VAV box inside Judge Montgomery's chambers directly above her conference table failed. I had been doing preventative maintenance on HVAC equipment on that floor

45. Another distressing incident occurred with the District Energy Condensate Return Pump. In the Steam Pressure Reducing room in the basement there is a dual pumping station. This machine has two pumps, one a back-up should the active pump fail. The "station" was acting up and only occasionally would overflow when a pump would not activate. Of course, Minneapolis Energy adds chemicals to the steam it provides and wants every possible ounce of condensate back.

(7.)
12 of 49

46. My troubleshooting techniques always involve using the diagrams and manuals provided with a piece of machinery. I was trained and graduated from a School of Engineering, and while I have learned to generally avoid re-engineering machinery, I inquisitively want to examine and study the original documentation. This documentation can be very helpful diagnosing equipment failures when on-site personnel must repair machinery but is seldom taken advantage of by Building Engineers. For better or for worse, Building Operations managers prefer to call in contractors to do in-depth trouble shooting and more complicated repairs.

47. Anyway, I was assigned to repair this Dual Pumping system. I asked for the documentation. Although there was no manual, there was an electrical diagram, and it was a typical lead-lag circuit. What the electrical diagram does for you is give you electrical terminal and connection information that makes troubleshooting for the faulty component easier. Anyway, the diagram was missing on the second day when I came to troubleshoot for the problem. Jeff Broman, my on-site supervisor, didn't know what had happened to it, and in fact seemed oblivious that it had ever existed.

48. Fearing intentional sabotage of work I had done, and that that would be detrimental to my employment, I called the CMC and Maintenance Employee Hotline. I spoke to someone who identified herself as Patty McCue, President/Owner of CMC & Maintenance. I explained what was happening, or my suspicions and concerns of what was happening.

49. I was not long after and I started working at the Minneapolis Federal Court House I noticed the "grinning jimmy". The first time was in the elevator. Three of us were in the elevator, the third person must have been one of the two people who got off the elevator behind the "grinning jimmy" chirping, "jimmy, jimmy". The 'grinning jimmy' said to his minion, 'it is time for another trip'. The minion was confused but 'the grinning jimmy' only grinned. They got off on the sixth floor, the U.S. Attorney, and I think had gotten on the 7th, Secret Service.

50. There was one or two other times, but the best was when I was working on the 7th floor drinking fountain adjusting the floor rate. The 'grinning jimmy' got off the elevator and walked by, I looked at his back after he passed by on his way to the other end of the lobby. He turned his head sideways I noticed a little smirk, just then another elevator door opened, and two younger fellows got off the elevator, one of them chirping "jimmy, jimmy".

51. It was at that moment I felt I knew who my stalkers were. At that moment the job with CMC & Maintenance was no longer important.

52. As my status as a Building Engineer in the Minneapolis Federal Court House declined and I realized that termination was imminent I spoke regularly about my concerns with Mr. Broman, and, as I mentioned previously, called the Employee Hotline. Despite my pleas, I was issued first one and then a second warning. Knowing the end was near, I obliged CMC & Maintenance Chief Operating Officer Jason Gatchell by signing the warnings and stepped up my self-employment preparations.

53. Finally, some final event led to termination, and it was conducted in a vicious, unwarranted fashion. U.S. Deputy Marshalls, some of whom I had been friendly with, were assembled outside the basement Building Operations Office when I was ushered in to be fired. In the office the Local 70 International Union of Operating Engineers Business Manager Dave Monsour, the now-retired shop steward, a senior Deputy Marshall, and Jeff Broman were assembled and Jason Gatchell was reached on the phone. In an insane diatribe, CEO Gatchell insulted, my performance, my attitude, and my being. In retrospect, I should have reached behind me and put my finger on the phone cradle switch, signed the dismissal papers, and been escorted out of the building. Instead I endured the vicious verbal abuse. If Jason Gatchell's triad indicates the attitude CMC & Maintenance has toward employees, in my judgement CMC & Maintenance is unfit to enjoy the privilege of lucrative GSA contracts.

54. After Gatchell was finished and I had signed the dismissal papers we all left the office. The U.S.M.S. Deputies were waiting outside the office and all carrying radios. They watched me change

1.
14 of 49

cloths and put my belongings in a box. I walked out of the Minneapolis Federal Court House building loading dock and started over again as a self-employed HVAC technician.

55. I left with a CMC & Maintenance company cellphone which has since been removed and from the box in my top dresser drawer. The empty box is still there. Other items and documentation are missing from my house as well. I think they were removed by CRT members during home invasions.

56. One specific item that has been taken was my military Reservist ID card. I have a place for cards – inside a home safe that I don't lock. It was removed.

57. In my judgement this dismissal as well as that at Purina Mills and two or three other involuntary separations from employment were instigated and orchestrated to inflict as distress and personal indignation. Perhaps not gleefully, but in some ways a show of superiority, employers in my judgement have been unfair to me. Others too, experience the same indignities despite the guidelines meant to insure a respectable termination. In my case, however, I believe terminations were designed to inflict pain and precipitate alienation and asocial behavior.

58. Following my dismissal from CMC & Maintenance I more or less have been successful maintaining my financial position, but my esteem and self-confidence has been horribly diminished. The fact that government employees can covertly infiltrate social circles, sabotage the employer-employee compact, and invade a private domicile.

59. While the experience at Purina Mills was distressing, the experience with the Hines Company and later with CMC & Maintenance were, in the same way, humorous. Even with the obvious and certain Inconvenience sudden job loss entails, most of us fellows in the trade share dismissal experiences. The humor in my portrayals bring smiles. Usually us guys are not unemployed long, which sort of speaks to a dichotomy about the alleged lack of experience, training and available job candidates, and employer needs.

(1.) 15 of 49

60. However, there are some very, very bad stories too, that are indicative of the abuses of power employers take over employees. Sometimes so evil that the insult to dignity, sanctity, and inviolability are so horrific that it almost makes a violent reaction justifiable. No one should be treated the way I have been treated. Fortunately, I have never taken the scorn of employer abuses seriously, nor fortunately have my experiences been to serious an affront to me, but I have seen it happen.

61. Mail has been missing. At the same time two Post Office Supervisors in the 31st Street and 1st Avenue Post Office Branch seemed to indicate Minneapolis Police have meddled with my mail. A letter has been provided Internal Affairs.

62. My Minnesota DMV vehicle registration for August 2019 were not received in July, but one was found in my mailbox on August 13th.

63. My monthly Medica Medicare Supplementary Health Insurance invoices have not been received, although I have been told they were mailed. This is very important to me because without I would be referred to the VA where I would be murdered.

64. More recently a very important customer for me has a tenant in a building they own. I generally take care of the heating and cooling needs for this customer, but also do other things. This tenant apparently does, among other things, background investigations. The information available on the internet has diminished since I first searched information on them. Another tenant in the same building, a small low-rise office building, has made a comment that the owner of the business services company has made a comment about something that would be contained in a background investigation. I would like to inquire about what a background investigation of me might reveal. Could it be that a background investigation would reveal negative comments about me that are patently false?

65. This complaint contains a portion of the experiences I have written in another document. There is much more to tell but it may be best to seal the records until the Court reviews them.

(1.) 16 of 49

66. If a law exists that has enabled the Minneapolis Police to carry out a campaign intended to hinder my life by rumoring, the law must be struck down.

67. If a court order exists that has enabled the Minneapolis Police to carry out a campaign intended to hinder my life by rumoring, the decision must be reversed.

68. Machinery I had been working on was sabotaged in the weeks just before I was involuntarily terminated from employment at the Minneapolis Federal Court House. I was an employee for CMC & Maintenance, a GSA contractor providing building operations services in the Minneapolis Federal Court House.

69. Since I believe this without a doubt was happening at the Federal Court House, I must be careful to not designate every disappointment to sabotage. This would be easy for me to do so, and I try to guard against doing so. However, it has not been unusual to experience odd suspicious events since termination with CMC & Maintenance.

70. On several occasions it has seemed that while operating my company Bruce Arnold Mechanical vendors seemed to have been corrupted supplying materials that were unusable. Specifically, in one event, the dimensions of a custom piece of tempered glass was changed. The window glass was unusable as it was cut and then tempered to the wrong size by Brin Glass. In my judgement, the behaviors of the people in the Brin Glass Fabrication Will-Call desk was weird. I think the dimensions were changed after I placed the order with the sales person. When ordering a piece of tempered glass on make sure of the dimensions before placing the order.

71. On August 13 I purchased materials from Goodin Plumbing supply. The willcall desk supervisor was interested in what I was buying. This is strange, and the same thing has happened at Metro Ace Hardware with Chad, the store manager. I think if a legitimate inquiry were made the investigator would be told someone wanted to know what I was doing.

1.
17 of 49

72. There may be Police "stool pigeons" harassing me for money or in exchange for drugs. A retired Deputy Sheriff met one of these people when he brought me Richard Stanek yard signs.

73. My neighbor, Jeff Sorenson, may be a Police stool pigeon as perhaps Jason, the owner of Caibert Real Estate Solutions. I look forward to what seems to be a set up with Jason at Target tomorrow.

74. Another incident occurred when I was called to replace a rooftop air conditioning condensing unit fan. When I went to Electric Motor Repair (2010 North 4th Street) they had the motor I needed on the counter. After installing it is was obvious from the noise you could hear from street level that a bearing had failed. I spoke to the owner of the company and the motor was replaced at no charge.

75. Just as how I have wondered how the motor I needed was on the counter, I have wondered how the glass dimensions were incorrect. Granted, HVAC repair and tempered glass are covetous jobs. It could be that someone just did not want me working in those fields. But to have gotten the wrong dimensioned piece of tempered glass from Brin Glass is shocking. I am good at doing things like taking measurements. I have had years of experience at such things, and the "atmosphere" in the Brin Glass willcall desk room was nothing other than toxic. Later phone calls to the sales person who took down the measurements when I ordered the glass were deflected. I could not get her on the phone; she was always busy at something else.

76. A truck that appeared to be an HVAC service van was being parked in the GSA restricted are of the parking ramp in my final weeks as an employee at CMC & Maintenance. I have often wondered if the sudden transfer of Chris Kawaters to St. Paul, who was the U.S. Marshal Service Minneapolis Chief Deputy didn't have something to do with my employment and dismissal from CMC & Maintenance. Did the Marshal Service demote Chief Deputy Kawaters?

77. At about the same time but following my dismissal the appointed U.S. Marshal Sharon Lubinski left the Marshal Service. There are only 94 U.S. Marshalls; it would seem being a U.S. Marshal would not be a job a person would leave after a short tenure. I may be excessively estimating the consequence of

(17.)
18 of 49

my effect on the U. S. Marshall Service bureaucracy, but the timing of the departure these two individuals made from prestigious posts is conspicuous and noteworthy.

78. Reaching out to attorneys to represent me has been responded to with silence after an initial consultation, and then a refusal to consider my complaints further because of how other client obligations would suffer.

79. In about 1975 I disenrolled from studies at the University of Massachusetts, Amherst Campus and voluntarily admitted myself at the Northampton, MA VA Hospital. I was overwhelmed with studies, financial difficulties, and the sudden, unexpected departure of a girlfriend. I was very briefly an inpatient at the VA Hospital.

80. I am in the impossible situation of having voluntarily gone to a mental institution for help during a trying time of my life, and then having it turned against me. Had I turned to drugs, alcohol and crime, and then be reformed, I would be a model citizen. My decision to seek help quickly is used against me, I for that I am put in the impossible situation of having to disprove negative assertions about my mental health.

81. In 1991 at the advice of my Mother I went to the Minneapolis VA Hospital for depression. A VA document called the "Supplement Defined Database" was written about me in 1991. I dispute the premise of the document and believe it to have been somehow incentivized by the Minneapolis Police. The statements of the 2nd page (backside) in the middle of the page do not describe me fairly.

82. I have a temper, and in the 1970s I did have angry outbursts, but those events were isolated and occurred during in extremely stressful moments. There was never sustained violence, although I did strike Donna (Shipski) Rush. I am deeply regretful of having driven her away. The outbursts were wrong but have been non-existent for the past 44 years – since I voluntarily went to the Northampton, MA VA Hospital in fact.

19.7 ¶¶

83. It has seemed on several occasions I have been intentionally been subjected to stressful situations that seemed to have the intent to provoke an outburst – and such outburst has never occurred since going to the Northampton VA Hospital in about 1975.

84. Three times I have been stopped for no reason or a fabricated traffic stop by a member of a law enforcement agency: Once by a Minnesota Highway Patrolman and twice by Minneapolis Police Officers. Two of these stops were notable in that the law enforcement Officer proceeded to confront me provocative manner. In the third I was issued a traffic ticket for broken taillight that was in fact undamaged. Upon my contesting the violation in a hearing it was dismissed.

85. Three times I have been fired from employment, and these three dismissals were conducted in a humiliating, degrading manner that it would seem the intent was to provoke a confrontation outburst, or at least alienation and estrangement.

86. I have been unable to establish whether Jane Rinehart, the Staff Psychologist who wrote a so-called "Supplement Defined Database", is still at the Minneapolis VA Hospital. This is a terrible description of my psyche, a description that was not then, is not now, nor has ever been defendable.

87. Likely the result of the "Supplement Defined Database" was the prescription of Haldol, an antiquated antipsychotic with potentially debilitating side-effects. This was an inappropriate diagnosis and medical regime of care.

88. I will describe the two Doctors I remember who attended to me at the time I went to the Minneapolis VA Hospital for help with depression: When I started hearing inappropriate allusions of my mental health, I recalled a physician who I had seen during a visit to the Minneapolis VA, a Dr. Robert Falk. Dr. Falk was transferred to a mountain State VA Hospital shortly after I met with him, perhaps only after I terminated my association with the VA in 1992. I reached him but as we talked the telephone was disconnected. I distinctly remember Dr. Falk's reservations about the treatment regime while I was an outpatient at the Minneapolis VA Hospital.

(7)
2 of 49

89. I do not recall the second physicians name, other than I saw him only once and that he was very old. It must have been him who prescribed the Haldol medication.

90. I stayed away from the VA Hospital for 26 years. In 2017 I thought it best for me, with respect to my financial situation, to have a cyst removed by a VA surgeon rather than a Medicare physician.

91. Retrospectively, from my first visit to the clinic to see a physician I now see something was wrong. Although the surgical procedure went well, other parts of the episode were fraught with disturbing problems: I became violently ill after presurgical blood-work was done.

92. The Nurse Practitioner who supposed to remove the stitches did not remove <u>all</u> the stitches, and he was accompanied by one or two persons who he did not introduce when he removed what stitches he did remove. He did not tell me he had left stitches in the back of my neck.

93. This Nurse Practitioner knows who my stalkers are inside the VA Hospital. Of course, law enforcement monitors hospital intakes. One or two of my stalkers accompanied the Nurse Practitioner into the examination room when the stitches were partially removed.

94. After two or three weeks I went to the VA Emergency Room because I realized something was wrong. I took a picture of the back of my neck, see attachment number 3. The Emergency Room physician removed two, three, or four stitches.

95. One or two days following having blood drawn in the Minneapolis VA Hospital Phlebotomy Clinic I became extremely feverish. I was unable to work for a full week, and not well for another week. I had gone to the Phlebotomy Clinic mid-afternoon. Although it was busy, I am sure others who arrived were taken before me. When I walked into the bloodletting clinic, I was immediately struck by the person who was to take my blood. He was a not-yet middle-aged man, overweight, and not well kept. All the other phlebotomists I saw were young women. I do not watch the blood taking process, but I recall him using a syringe, but not withdrawing blood with it. But nor did he fully empty the contents by fully pushing the plunger. Like how he inserted the vails that took blood samples, he inserted the syringe

(1.) 30 of 49

into the butterfly winged needle device. I was mildly suspect of the purpose of the syringe and it being atypical of previous blood-sampling procedures but trusting that the medical professional I thought I had was doing what he was supposed to do.

96. The first or second day after becoming sick, which would be the second or third day after the visit to the phlebotomy clinic, I called the VA patient inquiry line and spoke to a nurse. This call would be documented in my cellphone records. The nurse probably did not understand, nor ever suspect, the importance of my inquiry. She only told me to inspect the site where the blood was taken from.

97. I have interpreted the prescribing of Haldol to be with intent to disable me, and the potential that the sickness following the blood sample to have the potential to kill me at worst or scare me at least. I attribute both events that are described here to Police who monitor Hospital admissions. I am suggesting that perhaps individuals employed in law enforcement have formed personal relationships with medical staff in the VA Hospital, and maybe others as well, and as a result of that personal relationship, may have incited the use of a syringe and injected an unknown substance into my blood stream as well as corrupting the treatment for depression I initially went to the VA for in 1992.

98. Again, and again, I have trusted, wrongly trusted, and assumed all would be well.

99. On another visit to the VA Hospital Emergency Room very shortly after the removal of the cyst, Monday, on Memorial Day, 2017, when I observed excess fluid seemingly accumulating in my left upper forearm. I was afraid something was very wrong, perhaps sepsis. The same Nurse Practitioner who had not removed the stitches from the back of neck was the attending Emergency Room medical professional. A young man, a military Reservist medic I believe, was the designated phlebotomist on that day. I inquired with him about the use of the syringe during taking a blood sample but did not get an affirmation that having a syringe was appropriate.

100. Not trusting the Nurse Practitioner, I walked out of the Emergency Room refusing to be seen by him. Later he called me on the telephone. I asked him what he intended to do. He was going to

(7.)
31 of 49

prescribe me antibiotics that I found by researching later were appropriate for treatment of sexually transmitted diseases, and likely not for fluid building up in an upper extremity.

101. On the following Tuesday or Wednesday, as soon as I could get in, I saw a physician at the VA. The antibiotics prescribed by the medical doctor were different from those the Nurse Practitioner had intended to prescribe.

102. Recollecting severe fever and sickness following the visit to the phlebotomy clinic for the presurgical blood-work, I thought I should inform the VA Hospital. I tried to describe the experience to a Patient Advocate, a Mr. Paul Gunning, at the VA who said nothing and walked me out of his office not documenting my visit. He had only scrolled through my medical records on his computer. He has since been dismissed or transferred.

103. When I followed up with another Patient Advocate, first name Gemima (last name unknown) she simply told me to go to somewhere else for medical care. That Patient Advocate, first name Gemima, has also been dismissed or transferred.

104. I am carrying the Medica Advantage Solution (PPO) in addition to Medicare. I hope for the remainder of my life I can stay away from the Minneapolis VA Hospital. I will do my very best for the remainder of my life to stay away from the Minneapolis VA Hospital. The Minneapolis VA probably maintains a killer on staff.

105. Some months later I had chest pains. It turned out to be a pulled muscle, but at the time I considered it could be a heart attack. I went to the Methodist Hospital Emergency Room. While there the nurses changed from caring professionalism to suspiciously hostile.

106. I have had concerns that all my future medical care could be jeopardized. While there has been no unprofessional or a lack of care and the mindfulness and solicitude was unfaultable at the Methodist Hospital, the way the attitude changed between the time I was inducted to the Methodist Hospital and when I was being treated was unmistakable. The obvious objective professionalism and clear-cut

7.
32 of 49

competence became cautious, anxious, and maybe even fearful. My medical records circulated among hospitals may be corrupted, as well as possibly illegally shared.

107. While of course hospital Emergency Room staff need to be protected and aware of patient histories, corruption of medical record histories is unpardonable.

108. Recently while providing services to a the Conflict Resolution Center (2101 Hennepin Ave, Ste. 100, Minneapolis, MN 55405), the Office Manager, named Paula, said something about John Nowicki, the owner of Information Reporting Services, Inc. (IRSI, 2nd Floor, 2101 Hennepin Ave., Minneapolis, MN 55405 said something about a background investigation. I fear that false or misleading information not available to me is being circulated. This is very upsetting.

109. My employment records could also be tainted. I must wonder if a potentially illegal source of information, perhaps a website, exists that has information job that would wrongfully influence an employment decision concerning jobs I could have had exists.

110. There were for years seemingly malicious rumors about my having a mental disability. Comments have come unexpectedly and from varied sources, both social and professional. Meddling for the purpose of beleaguering is obvious. Neighbors, coworkers, social acquaintances certainly and frequently seem to have been prejudiced. I can provide names and descriptions of instances but I think the record should be sealed.

111. More recently comments have been made about my abuse or wrongful use of young women have been made. I took these comments as being directed at me.

112. Anne Marie (Smission) Anderson and I have been friends for more than fifteen years. Through a Church Anne Marie introduced me to Lynne Torgerson. Then I became better acquainted with attorney Lynne Torgerson in political settings. A phone text attorney Lynne Torgerson sent me was inappropriate. See attachment number 4.

(1.) —
33 of 49

113. In attachment Attorney Lynne Torgerson makes direct, unquestionable insinuations about my mental health, specifically alleging that I have schizophrenia and should be on medication. She also seems to indicate I am a threat to her safety. I do not have this attachment in electronic format.

114. Anne Marie told me about abusive and insulting behaviors Ms. Torgerson had directed at her. Anne Marie's comments to me seemed to cause Anne Marie to question her own self-worth and intelligence. I wrote Ms. Torgerson a letter expressing so. The letter was respectful and only described my assessment of Anne Marie's comments. Ms. Torgerson responded to my letter in a cellphone text format. Please see attachment number 4 and read her indelicate instructions to me.

115. Concerning Anne Marie's comments about the attorney at law Ms. Torgerson, Anne Marie once said something to effect that she would never participate in anything unethical concerning me. In fact, Anne Marie apparently thought attorney Ms. Torgerson's comments were significant enough for her to contact me after we had not spoken for several years. More recently Anne Marie has indicated she has had another meeting with Ms. Torgerson.

116. Now retired attorney Bill Seeley, Seeley legal services made several comments about my mental health. Like I have done so often, I took a continuing education courses for self-improvement. Now retired attorney Bill Seeley was at that time the Adjunct Instructor at the University of Minnesota Department of Continuing Education. After the class I remained in touch with Bill, and even did some work at his house in the Prospect Park neighborhood. By what circumstance did my mental health be communicated to attorney and adjunct instructor Bill Seeley?

117. The rumors about my mental disability seem to be habituated to provoke a violent reaction by me that can be dealt with forcefully. There have been three vicious, provocative job dismissals. The last and worst being the unjust and uncalled for dismissal from CMC & Maintenance, the GSA contractor for building operations in the Minneapolis Federal Court House. The others, one at the Hines Company in the late 1990s and the other at Purina Mills in 1991.

118. In the week or weeks preceding my dismissal at CMC & Maintenance I had confided in my immediate supervisor, Jeff Broman, about concerns I had had concerning sabotage of work I had done in the Minneapolis Federal Court, as well as having called the CMC & Maintenance Employee Hotline and speaking to the owner of the company.

119. Although persons who had first answered my call to the Employee Hotline wanted me to tell them the reason for my call, the information supplied with the Employee Hotline said I could speak to the company owner, and I insisted I should do so. I finally did reach and speak to the company owner.

120. Shortly thereafter I was viciously dismissed, seemingly with the intent to provoke a reaction. U.S. Deputy Marshals had been posted outside the door and my every word was recorded. I walked away from the Minneapolis Federal Court House and started over working for myself again.

121. The 2-year statute of limitations has expired for my challenging the validity and justifications for dismissal in three and possibly other dismissals. However, the dismissals are not the subject of this pro se litigation. The subject of this litigation is the denial of my Constitutional rights by retaliatory law enforcement agents from the Minneapolis Police Department and a Federal agency most likely to be the Minneapolis FBI.

122. I have become a critic of Police misconduct and abuse of authority, frequently communicating in writing with Minneapolis Councilpersons, past and present Mayors, State Senators and Representatives, former Attorney General Lori Swanson and others and their staffs. I have urged scrutiny of inappropriate Police powers and behaviors. As would be expected, I am sure this has not been taken well.

123. When it was reported in the Star-Tribune the Assistant Chief Kris Arneson was retiring in the spring of 2017 I expected the harassment and intimidation to increase. Harassment, intimidation, strange observations, and curious coincidences did shortly begin to occur and seem to persist to this day.

(7.)
35 of 49

124. Not unexpectedly, my efforts to become an elected official in local or state government have failed. I maintain active and often carry on correspondence with policy makers.

125. I believe third party persons have been suborned by Minneapolis Police or agents from other law enforcement agencies and have on occasion been harmed.

126. I allege I have been stalked, and the stalking very likely began in Seattle, WA when I lived there. I have clear memories of incidents that happened in Seattle that are very similar to those that seem to be happening here in Minneapolis. It would seem the Seattle experience-equivalents with the Minneapolis Police undercover elements of the so-called Community Action or Community Response Teams here in Minneapolis were scrutinizing my activities in Seattle before I moved back to Minneapolis, my place of birth and where my family is.

127. Allegations seem to rumor that I abuse or misuse young women. It is not true. I have great regard for the feelings, wishes, and rights of all women, but especially those young in years. The problem, and perhaps by accident I have inadvertently put myself in a position where a young woman may have trusted or assumed, I would instantly respond as a protectant or provider. I could not, I had my own problems to contend with.

128. Retrospectively considering situations in Seattle during that difficult period in my life I can see how my actions could have misinterpreted, but other than not becoming the protectant and provider I wish I could have been, there was no behavior I should be ashamed of on my part. I have thought about two young women in Seattle and wonder how they are doing today, especially the one who was less fortunate and privileged. They worked at what was then called Kinko's copy shop and now called FedEx Office. I used copy machines for my studies and the rental computers Kinko's had. This was in 1988 and 1999, and I could not afford a computer at the time.

129. In retrospect I can see reason to believe Police stalking by youthful undercover teams began in Seattle. The more fortunate and privileged Kinkos employee, whose name I recall as being Heidi, was

(1.)

36 of 49

placed in my full view as I had a coffee in a Montlake Park neighborhood coffee shop on an early weekend morning. Being friendly I greeted her, and she introduced me to three young men that she said were her friends. This girl certainly outclassed those characters, and their grinning countenance was thoroughly disturbing. I immediately left the coffee shop.

130. I found us in similar unexpected proximity another time in a grocery store when i was on a date with another, older woman. Outside of those two encounters which upon reflection must have been staged, I never had anything to do with either girl outside of their workplace, and that being observed by co-workers.

131. I was experiencing employment frustrations and job opportunities had been saddening; I was in a different part of the country from where I had lived for a very long time; and I had just recently suffered through an unwanted divorce. A tour of temporary active duty as a Reservist in the U.S. Coast Guard Reserve had been disappointing. There was very little optimism in my life at the time.

132. I first became aware of scrutiny by Minneapolis Police for about twenty years ago. It became obvious that someone was toying with me when I began finding playing cards, half-burned newspapers and other unusual items in my driveway (See attachment 4).

133. The repeated observation of a truck very nearly identical to my own, complete with a home-made ladder rack, was not only startling, but alarming. Finally, the red Dodge mid-1980s pick-up truck was abandoned at the end of my block in full view from the alley. Like so often, an odd observation or experience is followed up with an obvious instance of display of arrogance and intimidation.

134. This is bullying in the worst sense. but is worse is that the persecution I allege has led to losses of third-party individuals who were misled. Persons to who would not have gotten involved unless they made assumptions about the integrity and justifiable objectives of law enforcement persons have been harmed. Sometimes it appears they are complicit; and sometimes thoroughly oblivious.

(1.)
37 of 44

135. Law enforcement supervisors must perjuriously influence subordinates. The original Officer with whom I had the confrontation with, and his supervisor at the time, have retired.

136. For the most part I ignored the persecution, but recently it has gotten extreme and must be addressed. Now, at 69 years of age, I am less able to recover from setbacks. The obvious signs of medical treatment corruption and the potential that employment record corruption has bedeviled my career aspirations is worthy of investigation. The youthful members of Police undercover groups seem to fail to understand the seriousness and profundity of their actions.

137. A few years ago, while going to make a social call on now retired attorney and neighbor Bruce Rasmussen I mistakenly went to the wrong building. Bruce has an apartment in one of three identical buildings on an avenue one block away from my home. Amazingly, the name on a mailbox of this identical next door building to Bruce's was the name of a former tenant of the duplex which I own on a contract for deed with my brother.

138. Her abbreviated name is France Barbou, and I had been acquainted with her during the time of the fraudulent taillight ticket incident. Ms. Barbou was a server at the first Spyhouse Coffee shop on 25th Street and Nicollet Ave. Ms. Barbou and another young woman applied for and had rented the upper apartment together. That was the first coincidence involving Ms. Barbou, discovering Ms. Barbou's name on identical building to Bruce's the second.

139. I had asked Ms. Barbou and her roommate to move away because of the curious problems that were occurring in their apartment. They obliged my request. The appearance of Ms. Barbou was perplexing, but she and the other woman, named Elizabeth Gr.......ski, seemed as if they would be good tenants.

140. I have been aware of Police scrutiny, harassment and persecution for many years, and hoping that Ms. Barbou could provide testimony affirming this, mentioned to someone who seemed to be a

(1.)

38 of 44

resident in the same building my former association with Ms. Barbou. This was in the middle of the month, and by the end of the month the apartment Ms. Barbou occupied was empty.

141. Reviewing my duplex records I find that the renters CRP forms for both Ms. Barbou and Ms. Gr... ski are missing. Another document, my Coast Guard Reserve ID card, is also missing from the location I had been storing it. The ID card had some sentimental value.

142. There have been indications that my home has been invaded, and the absence of these documents, as well as malicious damage, tends to confirm this. It seems the bed was broken, the sinks plugged, and damage done to house fixtures on one such invasion.

143. My serious fear of mine is that over the years and before her death my Mother was misled. Although the surgery after breaking her hip was successful and recovery was expected, she stopped eating and died. Although pneumonia is listed as the cause of death, she had not eaten in more than a week. She died six months before her 90th birthday and a granddaughter's wedding.

144. They won't go away; they won't leave me alone.

145. It appears the methods used by law enforcement have been to gain confidence, then deceive, exploit, and betray. There have been numerous incidents, three of which seemingly intended to provoke a violent reaction during undeserved job dismissals, and three others where Police Officers have confronted me in an inflammatory manner.

146. There is an intent to deny me the ability to provide for myself and cause social alienation.

147. Too often there are requests for services outside of my trade, HVAC & R (Heating, Ventilation, Air Conditioning, and Refrigeration). I am not a plumber or an electrician.

148. Perhaps people will be voluntarily induced to come forward and testify about the complaints I make. However, it may be necessary to protect the identities of persons who come forward lest they suffer from the same persecution that I have endured, specifically losses the cause of which are unknown and obscurely veiled, but nevertheless significant.

(1) 39 of 49

149. This complaint is a limited description of my complaint. Documents more fully describing the scrutiny, harassment and persecution are available and should be sealed, even from the U.S. District Court staff, if the Court wishes to review them. Upon the invitation of a Federal Judge I will finish and submit significantly more detailed information.

150. Of course, without supporting testimony it will be difficult or maybe impossible for me alone to prove to the Court much of the harassment and intimidation occurs because I am the only witness. The stalkers simultaneously gas-light, goad, intimidate, and attempt to provoke, while law enforcement supervisory staff deny these activities.

151. Despite my broad experience and excellent credentials, the difficulty I have had finding employment leads me to suspect derogatory or damaging official or unofficial documentation exists that has hampered my ability to succeed.

152. There have been comments and actions by Human Resources department persons who have supported this. However, this could only be confirmed by an active Human Resources representative familiar with current prospective employee evaluation proceedings. Over the years the thought that my record, official or unofficial, has been tainted certainly has occurred to me many times.

153. I could not make this story up. You could not write fiction this good!

154. I am not without blame, but my intent has never been to deceive, corrupt, harm, or abuse. After years of tolerant acceptance and ignoring the persecution, I have in moments of exasperation been ill-mannered and impertinent expressing my frustration.

155. I have a great deal of respect and empathy for uniformed Police Officers; it is the non-unformed, undercover, especially the youthful new hires who appear to be insufficiently supervised or wrongly influenced. I suspect senior Police executive management has chosen to remain willfully ignorant of subordinate behaviors or, worse yet, coordinate suborning or misdirecting subordinates. If this is what has occurred, it would be extremely egregious.

(7)

40 to 49

156. There is a great deal more I could include in this complaint, but I will refrain from doing so at this time. First, I believe revealing the identities of people who could testify in my behalf could be intimidated or further misled. Secondly, describing incidents in this complaint reveals the incompetence, arrogance, mismanagement, and lack of training in Police behaviors. Until the wrong-headedness of Police tactics is revealed, they have no incentive to improve their efficacy in legitimate operations.

157. In this litigation I hope to determine who has been persecuting me and mitigate the damage done to my reputation and past employment opportunities. I am 69 years old now, and if proven to have existed, persecution by law enforcement, crime prevention, and investigatory persons has been a serious impediment to my financial success and personal life satisfaction.

158. I wish to insure the Minneapolis VA Hospital adequately investigate my allegations of malfeasance and potential that they may have a man who might be a killer on staff.

159. I believe a few Officers who are members of the Community Response Team have been gas lighting me and administering extra judicial punishment. The obvious and targeted behavior must be an open secret among CRT members, and a few uniformed Officers have seemed aware of it by their actions. Over the years I have seemed to have become a butt of jokes and object of entertainment. Often it has appeared the objective has been to remove ability to provide for myself and alienate me from normal social interactions.

160. Specifically, it may be law enforcement undercover plainclothes Officers spreading rumors of my abusing or using young women. The motivation for spreading these rumors might have started when Richard Zimmerman went to western States after I moved here. While I lived in Seattle, WA I saw indication I was a person of interest by three young men who must have been in a Seattle Police Department Unit equivalent to our Minneapolis Community Response Teams.

(7.)
41 of 49

161. Recently Amelia Huffman was promoted from 5th Precinct Community Response Team supervisor to 5th Precinct Commander. Replacing her as CRT supervisor in Huffman's words "a very experienced Lieutenant".

162. Mail addressed to me has not reached my mailbox. Inquiries at the Post Office have been deflected, but not without unusual responses from supervisors.

163. I suspect a concerted, intentional on-going program with the intention to destroy me using resources intended for law enforcement and crime prevention has been implemented by individuals in the Minneapolis Police Department.

164. I believe there are people who will testify in my behalf, but to protect them from harassment may require subpoenaing them and sealing the Court records.

165. Since it has been suggested that my stalkers are female homosexual employees in the Minneapolis Police Department the current female supervisor of the Minneapolis Police Internal Affairs unit may or may not permit a legitimate internal investigation. Therefore, it is my desire to move my complaint directly to the Minnesota Federal District Court.

166. Occasional interactions with neighbors and acquaintances have indicated that they have been tainted by comments about me.

167. I have been wrongly and viciously dismissed from employment; one wrongful termination occurred in the Minneapolis Federal District Court House. In the workplace I have seen where something seemed inappropriate.

(7) 42 of 49

168. Realizing that I might never be treated fairly in the workplace because of law enforcement agency meddling I started working for myself, and now I suspect my customers have also been meddled with.

169. I own on a contract for deed from my brother a duplex, and I am certain tenants have been suborned to make managing the duplex difficult and on occasion damage the property.

170. When I went to the Minneapolis VA Hospital for help with depression it appears the Minneapolis VA Hospital was influenced to change to the treatment regime to treatment for psychosis. I was prescribed Haldol, an ancient drug with the potential for ruinous side effects. Fortunately, my Mother, and LPN, took the medication away from me and I never took any of it. I stayed away from the VA Hospital for 27 years, but when I went to the VA for financial reasons to have a cyst removed from my neck it appears there may have been an attempt to kill me. When someone unlike the other phlebotomists drew my blood, I noticed he used a syringe in addition to the blood sample vials, but he did not inject the full contents of the syringe. The next day I became very ill and was sick for a week and not feeling right for another week.

171. There has been computer and cellphone problems that indicate that someone with considerable experience assists. Settings and switches on my cellphone (Android operating system) have been changed almost as I watched, files have disappeared from my C: drive and a program called simply "G" has prevented an orderly shutdown.

172. I have worked with and followed the advice both T-Mobile and Microsoft with varying degrees of success terminating the electronic harassment.

173. The avenues that may have been used is through the social contacts of more youthful CRT members, and my involvement in the dance companies and schools as a vector into this community in

7.

43 of 49

which I have participated in for twenty-five years or more. This has not been incidental involvement. Rather

174. My understanding is that Amelia Huffman was the previous CRT supervisor and the current supervisor would be aware of the harassment and attempts to intimidate me. During a 2018 5th Open House I talked to previous Precinct Inspector Kathy Waite to no avail. Over the years I have spoken to innumerable Police Officers, politicians, and bureaucrats, only to see the stalking intensify. I ran for office several times not only for my own interests in correcting misguided law enforcement, but for the other "targets" the Minneapolis Police may choose.

175. This abusive treatment began in 1992 after I had a dispute with Richard Zimmerman. A letter I wrote to then Minneapolis Councilperson Sharon Sayles-Belton is included with this form. Shortly after I wrote this letter Officer Zimmerman made trip to out west somewhere, probably to get dirt on me after I had moved here from there.

176. The 3 years I lived on the west coast were troubled. I had been recently divorced, had constant employment difficulties, but I have nothing to be ashamed of and am guilty nothing.

177. Upon making the grievous mistake of returning to the City of my birth and where my family reside when I went to the VA Hospital for depression, the diagnosis was changed to a paranoid disorder and a powerful, ancient, potentially disabling antipsychotic drug was prescribed. Twenty-three years later there is a remains the question if not an attempt to kill me with an injection occurred when blood samples were taken. Of course law enforcement monitor hospital intakes.

178. Perhaps I had gotten the attention of the Seattle Police Department because of my habit of studying in University District coffee shops and restaurants. Having graduated from the University of Massachusetts with a B.S. in Mechanical Engineering I thought I could improve my employment

(7.)

44 of 44

opportunities. Study did not, in retrospect I see my handicap being 38 years old, having and engineering degree, but no professional employment experience.

179. I was very friendly with young people who worked in the restaurants and coffee shops and the University District Kinko's, now called FedEx Office. I never saw any of those girls outside the FedEx property except for what now appear to have been arranged meetings.

180. An 18-year-old youngster named Heidi showed up unexpectedly twice in my proximity, once introducing me to three young, grinning men she referred to as her "friends". I think these "friends" were Seattle equivalents to our Community Action Teams.

181. The other girl whose name I cannot remember stopped me in the middle of a busy University District street and said she needed a place to stay. I immediately refused for her to stay at my house because I had enough problems than to have an 18-year-old living in my house. Now, after years of thought and reflection, I regret that spur-of-the-moment decision, but it would have been a difficult situation.

182. Most recently there has been meddling in my mail delivery, and everything I believe Minneapolis Police who monitor local area hospital intakes and medical consultations have

183. As I type this a "SAVE" pop-up window persistently prevents typing. This is indicative of real time computer hacking I suspect is occurring. By disconnecting my internet connection, it has ceased.

184. I have been going to the MOA Microsoft store for computer problems. It certainly seems like they have been "infiltrated" by corrupt law enforcement agencies. I was there on 8/13 and was urged to bring my computer In.

185. I though I was having a heart attack one night, but it turned out to be a pulled muscle. Having a Medica Medicare Supplementary Health Insurance Policy so I do not have to go to the VA where I might

7
45 of 49

be murdered, I went to the Methodist Hospital. Suspecting that the treatment would be corrupted I immediately told the ER nurse that I had had a conflict with a Minneapolis Police Officer and to expect corruption.

186. She became upset, but professionally did her job. When I left she and the other nurses had collected outside my curtained bed.

187. Another nurse had come in and partially taken off the sensors on my body but left some on my chest. When I called her back, she removed them and then dropped them on the floor and left hastily. The Doctor was more stoic. I have discussed this with my Medica Primary Care Physician, Rachel Ackenburg.

188. As there has been a pattern of meddling with my employers, so has there been a pattern of meddling with my customers when I am self-employed and Minneapolis Regulatory Services by whom I am licensed by.

189. For a few years there was interference when I would be purchasing my business licenses from Licensing and Competency Cards from Regulatory Services. Competency Cards are a bureaucratic method of favoring certain companies by restricting entry into the Minneapolis HVAC market.

190. One time when trying to obtain my company documentation I was sent to the third floor of the Public Services Building and told to wait in the hallway. A younger blondish woman stylishly dressed in cargo trousers and utilitarian top came out of a door. She was amused, walked around me, and then told me to go back downstairs and pick up my documentation.

191. John Smoley in the Heritage Preservation Commission division of Regulatory Services once called me with dismissive information about a permit I was trying to get. Previously John and I had been good friends, but he was different now. The next day I wanted more information and called the number on my cellphone from where he had called; the call was answered by the voice messaging system of Commander Kim Lund.

7.

46 of 49

192. Commander Lund, I believe, offices at the 3rd Minneapolis Police Precinct. It is from the 3rd Precinct the stalking I allege originally originated, but now with the appearance of Commander Amelia Huffman in the my Precinct the 5th Minneapolis Police Precinct, as well as the so-called "very experienced Sergeant" who was referred to by Post Office supervisors, seems to be coming from the 5th Precinct.

193. Note that there were not any Police stalking indications coming from the 5th Precinct when Kathy Waite or Chris Arneson were there. Stalking indications began immediately when Amelia Huffman was assigned 5th Precinct Commander, but I think covert stalking was occurring in her previous assignment as 5th Precinct Community Response Team Supervisor. With the prevalence of woman Police Officers and Richard Zimmerman I consider the City of Minneapolis's experience with former Minneapolis Fire Department Bonnie Blaskachek.

194. Before his retirement from the Hennepin County Attorney's Office, I received a letter directing me to get in contact with Mike Atkinson. I did so, and during one of the few conversations we had he said, "I will not put an innocent man in jail". Could he be persuaded to describe the details of what the thoughts were that led him to make such a statement?

195. Chief John Laux dispatched Richard Zimmerman to western States, presumably to get background information on me. I now recall exchanges with what must have been plain-clothes, undercover youths employed by the Seattle Police Department.

196. In 2017 I went to the VA for a minor walk-in surgical procedure. There were several unusual experiences during each visit to the VA, the worst occurring during presurgical blood work. As blood was being taken, I looked directly at a syringe that was being used in addition to the blood sampling vials. The person noticed I noticed and did not push the syringe plunger and empty its contents into my arm. The next day I became extremely sick and was very sick for one week and it was another week before I could work.

7

47 of 49

197. I believe a program of unofficial of extrajudicial punishment without the legal process by continuous phony investigations, rumoring, and gas-lighting has been carried out for the last twenty-nine years. Most recently several pieces of important mail has not reached me. Now that I am 69 years old and more vulnerable the vicious targeting has not quit.

198. I think I know who as a group is stalking me, and the mechanics of the process my stalkers use to torment me. I think it may be a group of homosexuals employed in government, and they use other knowledgeable or properly positioned homosexuals from the private sector. This network has the resources to cause me considerable problems.

199. I wish for the City Attorney's Office to remain passive if it becomes necessary I appeal for injunctive relief from Minneapolis Police stalking and harassment. I think I may be able to prove misconduct and abuse of authority by certain Minneapolis Police. There are citizens who have questions in their minds about what they have been told, but they have also been told that if they tell me anything about on-going questions they may have been asked by investigators they may be prosecuted.

200. Repetitively there have been indications that the so-called "Community Response Teams" have implemented most of the harassment, intimidation and gaslighting. On more than one occasion I have observed a group of individuals taking interest in me – laughing in fact!

201. After being encouraged to apply for benefits with the Veteran's Benefits division statements were fraudulently composed and kept hidden from me. I withdrew the claim.

202. After being cruelly humiliated during the dismissal in front of the entire evening shift in a staged termination hearing the Purina Mills General Manager was transferred in the middle of the school year to a smaller, southeastern United States animal food plant. When they contested the $1200 or $1800 in unemployment benefits, I received I appealed all the way to the St. Paul Federal Court.

(7.) 48 of 44

203. Federal agents defiled that temple of justice - the Minneapolis Federal Court House - who else would have had immediate access to the 7th floor Secret Services Offices? A guy I call the "grinning jimmy" gave it all away. I gave up the will to remain employed by CMC and Maintenance, the GSA contractor providing building operations services in the Minneapolis Federal Court House, when I grinned as he walked by me as I worked on a 7th Floor drinking fountain. Two younger men came out of the elevator lobby chirping, "jimmy, jimmy", and all three disappeared into the Secret Services office.

204. Private property has been damaged to disable self-employment and poison customers, phony traffic stops, and employment dismissals engineered precipitate a confrontation, interference with counseling for depression, meddling and rumoring in social circles to suppress any interpersonal relationships. How much more sick can this get?

205. It does get worse yet – they <u>may have</u> motivated their stoolies to poison my animals, hack my electronics, sabotage work I had done and maybe my vehicles. My cat walked into the house and died; the dog was sick about the same time. He is better now, but I was very worried. He lost 14 lbs.

206. I am convinced they inspired an on-demand killer in the VA hospital to attempt to kill me. The only reason I may yet be alive is that he lost his nerve and did not empty a syringe into my arm as I looked at it.

207. I have accidently found cards from Plumbing inspectors in the mailbox at 2620 Stevens Ave. I manage the property, a up-down duplex. I and a plumber have outstanding permits out on the building. The first card was a CGI (Can't Get In) from Plumbing Inspector Trevor Oglivie. He could have called me.

208. A second card was mailed by Plumbing Inspector Stacy P. I called her when I found the card. She never called me, but did call Steve (Larson?), Regency Plumbing, who has the Plumbing Permit. I have the Gas Permit out through my company, Bruce Arnold Mechanical. Stacy P. has told Steve that we have 45 days to close the permit. I don't understand why she would not call me.

(7.)

49 of 49

209. When it appeared Plumbing Inspector Trevor Oglivie had rumored in the downtown Regulatory Services staff that I had removed stoves from the 1500 Park Avenue apartment building I advised Ethics Officer Susan Trammel, City Attorney's Office. Apparently, the owner of the buildings Maintenance Manager had told Inspector Ogilvie that I had removed the stoves. It is not true, I had not, but Inspector Ogilvie did not have checked with me because this is a very serious claim and would hurt me.

210. A few years ago I was trying to get the attention of the City Attorney Ethics Officer and was told that I had sent XX number of emails. It was inferred that my appeals were not appreciated so I stopped.

208. There is more, I just have not yet recalled it.

## Regarding recent events

1st Employer dismissal and mental health referral (on first day of employment) (8)

John From HR <jbarrett@tctinc.org>
Tue 10/3/2023 11:50 AM
To:bruce lundeen <brucealundeen@msn.com>

In light of your recent email, and your admissions regarding the omissions on your DOT physical, until you have completed your visit with your primary physician, and your physician certifies that your mental health will not impair your ability to be a type three school, bus, driver: we are going to suspend your activities at Twin City Transportation.

As discussed, we are sending someone over to pick up the vehicle and tablet now.

If you have any questions, please feel free to let me know and I will do my best to help.

--
Thank you,

*John Barrett*

John Barrett
Human Resources Director
(651) 203-8149
JBarrett@TCTInc.org
HR@TCTInc.org

tct inc.

1408 Northland Drive
Suite #101
Mendota Heights, MN 55120

# COMPLAINT

REC'D MAY 8 2009

(a)

CITY OF MINNEAPOLIS
CIVILIAN POLICE REVIEW AUTHORITY
301 4TH AVENUE SOUTH, ROOM 670
MINNEAPOLIS, MN 55415-1019
(612)673-5500

CASE NUMBER: 09-2663

DATE REPORTED: 03/04/09

TIME REPORTED:

| Type of Incident | Code | Primary |
|---|---|---|
| Inappropriate Conduct | 7 | 7 |

| Location Where Occurred | Pct. | Ward | Date Occurred | Day of Week | Time Occurred |
|---|---|---|---|---|---|
| Nicollet Avenue South & West 25th Street | 5 | 6 | 1/27/09 | TUE | 23:00 |

| Code | Name | Age | DOB | Gender | Race |
|---|---|---|---|---|---|
| CV | **Bruce Lundeen** | 59 | 1/22/50 | M | W |

| Address | City/State/Zip | Home Phone | Business Phone |
|---|---|---|---|
| 2620 Stevens Avenue South | Minneapolis, MN 55408 | 612-978-8973 | |

| Charged Officer – Name and Badge No. | Badge No. | Race | Gender | Rank/Assignment | Off-Duty |
|---|---|---|---|---|---|
| Charged Officer 1: Jeffrey Mercill | 4736 | W | M | Officer/Pct 5 | ☐ |
| Charged Officer 2: Michael Killebrew | 3716 | W | M | Officer/Pct 5 | ☐ |

**Allegations**

Complainant alleges that Officer Jeffrey Mercill engaged in inappropriate conduct when he first stated to Complainant that he stopped him because a video camera caught Complainant "doing doughnuts" in a parking lot. He later told Complainant that an undercover officer reported Complainant.

Officer Mercill and Officer Michael Killebrew issued Complainant a citation for the offense of Fail to provide required lights/project white light to rear. Complainant alleges the lights on his vehicle were working properly and were not damaged.

Complainant alleges that Officers Mercill and Killebrew detained him for over thirty minutes before giving him the citation.

Complainant alleges Officer Killebrew spoke to him in a rude manner and falsely stated that Complainant's vehicle equipment was not operating properly.

I hereby certify that to the best of my knowledge, and under penalty of perjury, the statements made herein are true.

Bruce A. Lundeen
Complainant's Signature

4/08/09
Date

# POLICE CONDUCT COMPLAINT FORM

RECEIVED AUG 8 2019 (10)

CITY OF MINNEAPOLIS
OFFICE OF POLICE CONDUCT REVIEW
350 S. 5TH ST. ROOM 239, MINNEAPOLIS, MN 55415
612-673-5500
*Monday through Friday, 8:30 a.m. – 4:30 p.m.*

The completion of this form is the first step in the complaint process. This form needs to be filled out completely and accurately; attach additional pages if necessary. Sign and date the bottom, and return the form to the address at the top of this form. For more information, visit www.minneapolismn.gov/civilrights/policereview.

10

**Select Investigator Preference:** You may indicate a preference as to whether a civilian or sworn officer investigates your complaint. This will be taken into consideration by managers but does not guarantee that your preference will be accommodated.

☐ Civilian Investigator ☒ Police Investigator ☐ No Preference

| Name (Last, First, Middle) | | Date of Birth | Phone |
|---|---|---|---|
| Lundeen Bruce A | | 1/22/1950 | 612 978 8973 |
| Home Address Street | City/State | Zip | Email Address |
| 2628 Stevens Ave | MPLS/MN | 55408 | brucealundeen@msn.com |

Please indicate your race(s):

☐ *Asian* ☐ *African* ☒ *White* ☐ *Latino* ☐ *Other*
☐ *Pacific Islander* ☐ *Black* ☐ *Native American* ☐ *Middle Eastern* ☐ *Refused*

I AM ALLEGING:

☐ *Excessive Force* ☐ *Inappropriate Language or Attitude* ☐ *Discrimination* ☐ *Theft*
☒ *Harassment* ☐ *Failure to Provide Protection* ☒ *Retaliation* ☒ *Other*

| Officer Badge Number(s) | Officer Name(s) | Squad Number |
|---|---|---|
| unk | | |
| | | |
| **Case Number on Blue Card** | **Incident Location/Address** | **Incident Date & Time** |
| | | |
| **Witness Name(s)** | **Address** | **Phone Number** |
| | | |
| | | |

Narrative – Please describe the incident in detail; use back page if necessary.

I moved to Minneapolis ...

Please see electronic version or hard copy dated 8/8/2019

Title:

"Description of misconduct and abuse of authority, i.e., gaslighting, retaliation, intimidation

Please be advised that Minnesota law (Minn. Stat. § 609.505) makes it a criminal offense to make a knowingly false and defamatory report of police officer misconduct.

| Complainant Signature | Date & Time |
|---|---|
| Bruce A. Lundeen | 6:04am 8/8/2019 |

This form is available in alternative format - Please contact ADA staff, Human Resources Department 612-673-2694. Deaf/Hard of Hearing people can call 612-673-2626 TTY for more information or to make an appointment with a certified sign language interpreter to help fill out this form.

Case Number:



Revised 6/2013

(10) 2 of 3

Date: August 8, 2019

Subject: Narrative, complaint, Police Conduct Complaint Form

From: Bruce A. Lundeen

To: Minneapolis Police Department, Internal Affairs

Title: "Description of misconduct and abuse of authority, i.e., gaslighting, retaliation, intimidation."

I moved to Minneapolis from Seattle, WA and Redmond, OR in 1991. While defending young Asian men from what I was concerned may have been improper investigations and raids, Richard Zimmerman and I had a confrontation where he told me, "I will own your house". Incensed and prepared for a beating, I went to the 5th Precinct building. After meeting Officer Zimmerman in the Precinct Lobby, I then spoke to Sergeant Chris Arneson.

It seems harassment and intimidation picked up after Deputy Chief Chris Arneson retired in 2018.

Chief John Laux dispatched Richard Zimmerman to western States, presumably to get background information on me. I now recall exchanges with what must have been plain-clothes, undercover youths employed by the Seattle Police Department.

It has been alleged I have used or abused young women. This is not true. In fact, the opposite took place. I never had any encounters with those young women that appeared to have been arranged.

Retaliation started immediately after the confrontation with Richard Zimmerman. I was cruelly dismissed from my job as I have been from others. It seems there has been intent to incite a reaction from me that could be resolved with force by law enforcement personnel.

At the time of the confrontation I was seeing a psychologist from the VA Hospital. The treatment regime was changed from depression to that of a paranoid disorder. The ancient antipsychotic drug Haldol was prescribed. My Mother, a LPN nurse, took the chemical away from me and I never took any of it.

In 2017 I went to the VA for a minor walk-in surgical procedure. There were several unusual experiences during each visit to the VA, the worst occurring during presurgical blood work. As blood was being taken, I looked directly at a syringe that was being used in addition to the blood sampling vials. The person noticed I noticed and did not push the syringe plunger and empty its contents into my arm. The next day I became extremely sick, and was very sick for one week and it was another week before I could work.

10
3 of 3

For twenty-five years I have had reason to suspect Police meddling in my jobs, my self-employment, and my social life. Every aspect of my life has been affected.

I was again cruelly discharged from employment in the Minneapolis Federal Court House. Because the harasser and two of his cohorts disappeared into the 7th Floor Secret Services offices there must be Federal law enforcement agency participation.

I have been told that female homosexual Police Officers are to get me. Perhaps the motivation to

I believe a program of unofficial of extrajudicial punishment without the legal process by continuous phony investigations, rumoring, and gas-lighting has been carried out for the last twenty-nine years. Most recently several pieces of important mail has not reached me.

Now that I am 69 years old and more vulnerable the vicious targeting has not quit.

Attached documentation:

Letter to Postmaster, Minneapolis 31st Street and 1st Avenue U.S. Post Office Branch manager, Steven Records with annotations thereon of addition mail that has not been received from:

> Medica concerning the premiums for my Supplementary Medicare health insurance that would prevent me having to go to the VA were hospitalization required (where I could be murdered), and the
>
> Minnesota DMV, preventing registration of vehicles for which I could be inconvenienced, and a harassing MN Highway Patrol or Minneapolis Police stop occur intended to provoke outrage which could be dealt with violently. Such traffic stops have happened before but have never provoked outrage.

Letter to then-Councilperson Sharon Sayles-Belton describing confrontation between myself and then-Patrolman Richard Zimmerman in 1992. Not included in the letter is Patrolman Zimmerman's statement, "I will own your house".

VA Medical "Supplement Defined Data Base", the third paragraph on the backside contains verbiage that would justify use of force, perhaps deadly force, in the event I were to respond violently. These statements do not define me. I believe they were coached and fabricated.

Submitted, respectfully,

Bruce A. Lundeen

Bruce A. Lundeen

# POLICE CONDUCT COMPLAINT FORM

(11) 1 of 3

CITY OF MINNEAPOLIS
OFFICE OF POLICE CONDUCT REVIEW
350 S. 5TH ST. ROOM 239, MINNEAPOLIS, MN 55415
612-673-5500
*Monday through Friday, 8:30 a.m. – 4:30 p.m.*

The completion of this form is the first step in the complaint process. This form needs to be filled out completely and accurately; attach additional pages if necessary. Sign and date the bottom, and return the form to the address at the top of this form. For more information, visit www.minneapolismn.gov/civilrights/policereview.

**Select Investigator Preference**: You may indicate a preference as to whether a civilian or sworn officer investigates your complaint. This will be taken into consideration by managers but does not guarantee that your preference will be accommodated.

☐ **Civilian Investigator** ☐ **Police Investigator** ☐ **No Preference**

| **Name (Last, First, Middle)** | **Date of Birth** | **Phone** |
|---|---|---|
| Lundeen Bruce A | 1/22/1950 | 612 978 8973 |

| **Home Address Street** | **City/State** | **Zip** | **Email Address** |
|---|---|---|---|
| 2628 Stevens Ave | MPLS/MN | 55408 | bruceslundeen@msn.com |

**Please indicate your race(s):**

☐ *Asian* ☐ *African* ☒ *White* ☐ *Latino* ☐ *Other*
☐ *Pacific Islander* ☐ *Black* ☐ *Native American* ☐ *Middle Eastern* ☐ *Refused*

**I AM ALLEGING:**

☐ *Excessive Force* ☐ *Inappropriate Language or Attitude* ☐ *Discrimination* ☐ *Theft*
☒ *Harassment* ☐ *Failure to Provide Protection* ☒ *Retaliation* ☒ *Other*

| **Officer Badge Number(s)** | **Officer Name(s)** | **Squad Number** |
|---|---|---|
| 7680 | Officer Westermeyer | |
| 7987 | Officer Xiong | |

| **Case Number on Blue Card** | **Incident Location/Address** | **Incident Date & Time** |
|---|---|---|
| Event 60# 2022-266222 | 2628 Stevens Ave | Unk |

| **Witness Name(s)** | **Address** | **Phone Number** |
|---|---|---|
| | | |

**Narrative – Please describe the incident in detail; use back page if necessary.**

Event 60# MP 2022-266222 seems to me
to be edited to descredit me
The report follows a pattern of
obstruction of justice I have been
trying to make people understand
I am victim of
I requeste Police visit my house to
report a burglary report where a
5 x 7 telephone number card file
index of 30 years of phone numbers

**Please be advised that Minnesota law (Minn. Stat. § 609.505) makes it a criminal offense to make a knowingly false and defamatory report of police officer misconduct.**

| **Complainant Signature** | **Date & Time** |
|---|---|
| Bruce A. Lundeen | 12/7/22 8:00 am |

**This form is available in alternative format** - Please contact ADA staff, Human Resources Department 612-673-2694. Deaf/Hard of Hearing people can call 612-673-2626 TTY for more information or to make an appointment with a certified sign language interpreter to help fill out this form.

Case Number:

Revised 6/2013

(11) 2 of 3

# POLICE CONDUCT COMPLAINT FORM

was taken

The "narrative text" portion of that report, case number 2022-266222, is intentionally derogative, misleading, and contains False information

The loss of phone numbers is significant. I suspect the theif will use them to further assault my morals and and integrity to those whose phone numbers are provided there on.

This is not the first home invasion. Home invasions have previously been reported in the Federal District Court, case number CV-19-03165

The problems with Police Report Number 2022-266222 are:

I did not work for the Secret Service. I reported to my supervisor someone who sniggered at me and had access to the 7th Floor Minneapolis Federal District Court House Secret Services spaces. I was immediately fired from the job

At my Mother's encouragement, I went to the VA Hospital for depression in 1991. Un Known to me, my diagnosis was changed to some sort of paranoid disorder.

I was prescribed Haldol, an ancient, antipsychotic with possible permanent, serious side effects. I stayed away from the VA Hospital for 27 years. Foolishly, I went back for a walk-in

Case Number:



Revised 6/2013

(11) 3 of 3

# POLICE CONDUCT COMPLAINT FORM

surgical procedure. During the
pre-surgery blood work an
injection was given to me
that made me deathly ill
for about a week and unable
to work for two weeks

(12) FR
10

# POLICE CONDUCT COMPLAINT FORM

CITY OF MINNEAPOLIS
OFFICE OF POLICE CONDUCT REVIEW
350 S. 5TH ST. ROOM 239, MINNEAPOLIS, MN 55415
612-673-5500
*Monday through Friday, 8:30 a.m. – 4:30 p.m.*

The completion of this form is the first step in the complaint process. This form needs to be filled out completely and accurately; attach additional pages if necessary. Sign and date the bottom, and return the form to the address at the top of this form. For more information, visit www.minneapolismn.gov/civilrights/policereview.

**Select Investigator Preference**: You may indicate a preference as to whether a civilian or sworn officer investigates your complaint. This will be taken into consideration by managers but does not guarantee that your preference will be accommodated.

☐ **Civilian Investigator** ☐ **Police Investigator** ☒ **No Preference**

| **Name (Last, First, Middle)** | **Date of Birth** | **Phone** |
|---|---|---|
| Lundeen, Bruce A | 1/23/50 | 612 978 8973 |

| **Home Address Street** | **City/State** | **Zip** | **Email Address** |
|---|---|---|---|
| 2628 Stevens Av | MPLS/MN | 55408 | brucealundeen@msn.com |

**Please indicate your race(s):**

☐ *Asian* ☐ *African* ☒ *White* ☐ *Latino* ☐ *Other*
☐ *Pacific Islander* ☐ *Black* ☐ *Native American* ☐ *Middle Eastern* ☐ *Refused*

**I AM ALLEGING:**

☐ *Excessive Force* ☐ *Inappropriate Language or Attitude* ☐ *Discrimination* ☐ *Theft*
☒ *Harassment* ☐ *Failure to Provide Protection* ☒ *Retaliation* ☒ *Other*

| **Officer Badge Number(s)** | **Officer Name(s)** | **Squad Number** |
|---|---|---|
| | | |

| **Case Number on Blue Card** | **Incident Location/Address** | **Incident Date & Time** |
|---|---|---|
| | | |

| **Witness Name(s)** | **Address** | **Phone Number** |
|---|---|---|
| Wesley + Jen Freimuth | 2622 Stevens Av MPLS | 651-395-8390 |
| E. Lopez + Esmeralda Silva | 2632 Stevens Av MPLS | 612-770-3914 |

**Narrative – Please describe the incident in detail; use back page if necessary.**

Please protect witness from retaliation

Please refer to the attached note
The note was sent to all
13 Minneapolis Council members to
help ~~[illegible]~~ create policy

This typifies the kind of experiences, coincidences and obstructions I have
been enduring for 30 years

**Please be advised that Minnesota law (Minn. Stat. § 609.505) makes it a criminal offense to make a knowingly false and defamatory report of police officer misconduct.**

| **Complainant Signature** | **Date & Time** |
|---|---|
| Bruce A. Lundeen | 8151 3/4/21 |

**This form is available in alternative format** - Please contact ADA staff, Human Resources Department 612-673-2694. Deaf/Hard of Hearing people can call 612-673-2626 TTY for more information or to make an appointment with a certified sign language interpreter to help fill out this form.

Case Number:

Revised 6/2013

2021.2.4 Attachment to OPCR complaint
~~2021.2.4~~ Police Review ... 65 of 101

Attachment to Police Conduct Complaint Form 2/4/21

(12) 2 of 7

I had the good fortune of having ONE good neighbor who is on the north side of my house and dodged the Police bullet once again. Also, I left the dog home alone and he might have discouraged the fire-fighters who answered the gas-smell call from breaking down the door.

Had not a couple things come together in my favor the fire-fighters actions might have been different. To them, there was a strong smell near the utility gas meter vent. I have cleaned enough main drains to the street to know very well the difference between natural gas and sewer gas.

I do not know how much longer my luck will hold out before they ruin, disable, or maybe even kill me.

Saturday night, January 30, 2021, a compound with the smell of sewage was released near my bedroom window. Also, the utility gas meter vent is nearby the outside sleeping wall. I was not home.

I was only about two blocks away performing my first scheduled Good Grocer volunteer commitment. I left the store immediately but the fire-fighters pulled away just as I got near my driveway.

Minneapolis has a few Police Officers with an 'Ethics' problem. I believe these Officers poison young Police recruits by encouraging the Officers to consider their future in Police work with respect to the loyalty to senior Officers, and sometimes the corruption that goes along with them.

A fellow volunteer working the same shift I was at the Good Grocer was suspiciously unconformities in Police matters. It may be that he is already on the "way out" and that is why he was assigned to entrap or generate misinformation about me.

I have seen this before. A young man came into my kitchen uninvited one morning. The dog and I hustled out and into the outer yard. I did have a picture of him in my Microsoft "cloud" OneDrive folder but it has been deleted, as has many files from both my local hard drive and the OneDrive folder.

I believe Police can or used to be able to acquire access to personal computer files.

<u>This Police "Ethics" problem must be addressed.</u>

<u>If one attempts to file an Ethics complaint against a Minneapolis City employee the response from the Ethics Officer is overly heavily weighed in favor of discouraging investigation.</u>

<u>This should be changed.</u>

Bruce A. Lundeen

Bruce A. Lundeen

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

13

POLICE

REPORT NUMBER: 2020-708993

## IDENT INFORMATION

| ENT CODE | INCIDENT TYPE | INITIAL X / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTE |
|---|---|---|---|---|---|
| 52 | Theft from Motor Vehicle | | 12/01/2020 09:05 AM | 12/23/2020 09:05 AM | 12/23/2020 09:48 AM |

| ORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| | T20010020 | Stevens Avenue / 26th Street , MINNEAPOLIS, MN 55408 | 2291/Travis Glampe |

| ATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LC |
|---|---|---|---|---|---|---|
| dence / Home / Apartment | From Auto | Unknown | | | | |

## RSON LISTINGS

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC |
|---|---|---|---|---|---|---|---|---|
| 1 | Lundeen | Bruce | A | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Self-employed, Bruce Arnold Mechanical | *** | *** |

## HICLE LISTINGS

| INVL | LIC PLATE TYPE | LIC PLATE NO | LIC ST | LIC EXP | VEHICLE TYPE | VIN |
|---|---|---|---|---|---|---|
| 5 | Truck | YAN8324 | MN | | Truck/Van | 1GCHG35U031136784 |

| MAKE | MODEL | COLOR | STYLE | YEAR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|---|---|
| Chevrolet | EXPRESS (FULL-SIZE | White | VAN | 2003 | $ | $ 1000.00 |

DESCRIPTION

## OPERTY LISTINGS

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 7 | All other property - TAG, PRICE/THEFT DETERRENT | 2 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 55.00 | $ |

DESCRIPTION

License plate month renewal tab

## RRATIVE

metime in the last month or so someone removed both the front and rear "month" renewal tab. The "year" renewal one there.

## CIDENT IMAGE

(14)

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

REPORT NUMBER: 2021-701898

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL X / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.527 | Fraud - Identity | | 08/24/2020 03:50 PM | 03/20/2021 03:50 PM | 03/20/2021 04:07 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T21002121 | 2628 Stevens Avenue, MINNEAPOLIS, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Other / Unknown | Other | | | | | |

## PERSON LISTINGS

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

1

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## NARRATIVE

I have received IRS Account Transcripts for the 2nd Quarter of 2020 indicating that a false IRS Form 941 was filed. This is resulting in combined balance, interest, and penalties of $350.29.

This was also done following the 1st Quarter of 2020.

A IRS form 14039 Identity Theft Affidavit for the 1st Quarter has been filed and a one will be filed for the 2nd Quarter.

## INCIDENT IMAGE

15

# MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2021-709143**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL X / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to property | X | 11/05/2021 05:00 PM | 11/05/2021 06:00 PM | 11/08/2021 10:07 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T21010156 | 1906 4th Avenue South, MINNEAPOLIS, MN | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Church / Synagogue / Temple / | | | | | | |

## PERSON LISTINGS

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

1

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | |

## PROPERTY LISTINGS

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 4 | Equipment, measuring devices, and tools - ENGINE | 1 | Lincoln Electric | Ranger |

1

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| K1725-7 11118 U101106133 | | Red | $ 4000.00 | $ |

DESCRIPTION

Gas powered skid-mounted arc welding machine

## NARRATIVE

I was welding heating water pipes inside the building when the welding stopped running.
I went outside where the machine was. It would not restart.
At some point I noticed two people present. One and white man near a black sedan, and appeared to intend to go inside a gate into a private home. The house is a rental and I am sure he is not a tenant. I have met the residents.
A second younger man seemed to be watching but sort of staying out of sight at the end of the alley by remaining close to a house corner.
The next day (Sat, 11/6) I took the gas out of the welding machine and replaced it with fresh gasoline. The machine runs.
The day before a pipe wrench had been stolen from where I was working inside the church during the night. There have been other problems with things being disturbed or slightly vandalized. (11) A connector on a boiler was upset and the boiler would not start. (2.) Possibly batteries were removed from a thermostat, disabling the heating, (3.) A nut on a support strap was removed which allowed a pump to fall to the ground. I would not expect church people to have done these things.

Report Created On 11/09/2021 06:01 AM

16

Place Keeper for

2021 - 709 343

— missing —

17

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

REPORT NUMBER: 2021-709746

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL X / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to motor vehicle | | 11/28/2021 05:00 PM | 11/28/2021 08:30 PM | 11/29/2021 08:10 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T21010843 | 2628 Stevens Avenue, Minneapolis, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Street/Sidewalk/Alley/Road/Hig | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | *** |

## VEHICLE LISTINGS

| | INVL | LIC PLATE TYPE | LIC PLATE NO | LIC ST | LIC EXP | VEHICLE TYPE | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 4 | Passenger Car | FSV399 | MN | | Auto | |

| MAKE | MODEL | COLOR | STYLE | YEAR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|---|---|
| Toyota | PREVIA (VN) | Gray | | 1991 | $ | $35.00 |

DESCRIPTION

Rust free 30 year old minivan.

| | INVL | LIC PLATE TYPE | LIC PLATE NO | LIC ST | LIC EXP | VEHICLE TYPE | VIN |
|---|---|---|---|---|---|---|---|
| 2 | 4 | Commercial | YNOF4305 | MN | | Truck/Van | |

| MAKE | MODEL | COLOR | STYLE | YEAR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|---|---|
| Chevrolet | C/K 3500 (PK) | White | | 2003 | $ | $105.00 |

DESCRIPTION

White tradesman van

## NARRATIVE

I have experienced an unusual number of flat tires. — *See picture for recent tire punctures*

The Previa presently has a flat tire which I have not yet had fixed. Last week one nail and one screw were removed from one rear tire, and a screw from the other.

The nail was not like any nail I use. I don't use nails. I use screws.

In recent memory the front left tire of the van has had two flats.

There have been flat tires before too.

I cannot remove the attached picture. It should not be attached to this report.

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2022-702919**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL X / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to property | | 09/30/2021 01:35 PM | 03/21/2022 01:35 PM | 03/25/2022 01:57 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T22003324 | 2448 1st Avenue South, MINNEAPOLIS, MN 55404 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | | | | | | |

## PERSON LISTINGS

**1**

| TYPE | LAST NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|
| 1 | Bruce Arnold Mechanical | | | | | |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| | | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | 612-978-8973 |

**2**

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 5 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | *** |

## PROPERTY LISTINGS

**1**

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 4 | All other property - CONSTRUCTION/INDUSTRIAL | 1 | unk | FMC4Z2400AL |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| V185161065 | | Gray | $ 2500.00 | $ |

DESCRIPTION

Component part-assembly of apartment heating cooling equipment - the fan

## NARRATIVE

I believe there has been another sabotage of work I have done. This time the equipment sabotaged is behind two locked doors in an apartment building. The property owner of this building is Bellair Realty, (Philippe Petit 612 910 3744) and was warned of the potential for sabotage before I began working in this building.
9/31/21: I replaced the motor on the centrifugal fan in Apartment #9, 2448 1st Ave S apartment heating/cooling fan coil unit. Upon completing the repair there was no noise.
On 12/13/21 I was called back because of a scrapping noise heard by the tenant coming from the ventilation centrifugal fan. I repositioned the blower "wheel" inside the centrifugal fan's "scroll". Upon leaving there was no noise.
In February 2022 the tenant again complained of a scrapping noise. Later in February Scott, one of the

(18) 2 of 2

**REPORT NUMBER: 2022-702919**

building owner's (Bellaire Realty, 169 James Ave., N, 612 822 0367) employees and I visited the apartment to inspect the unit. In mid-March I removed the units covers and inspected the blower. I saw what is called "run-out": The blower wheel appeared to be rotating off-center. I ordered a new wheel/scroll replacement assembly
On 3/21/22 replaced the blower wheel/scroll assembly. Upon completion of the repair there was no noise and no "run-out". Upon inspection of the wheel my judgement is that the wheel was intentionally damaged. In addition, while making the repair I noticed that all the screws holding the cover on the unit had been stripped - amateur.
Whoever sabotaged this equipment made two trips: On the first I was able to eliminate the scrapping noise by moving the wheel the first time. The second time they bent the blower wheel up so that it had to be replaced.
Previous reports:
MPD Report 2021-709343 11/15/21; MPD Report 2021-709746 11/29/21; MPD 2021-709143, 11/8/21. OPCR : Case No 21-10203

**INCIDENT IMAGE**

(19)

MINNEAPOLIS POLICE DEPARTMENT SUMMARY SUPPLEMENT REPORT

POLICE

**REPORT NUMBER: 2022-709222**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to motor vehicle | SUPP X | 08/25/2022 01:45 AM | 08/25/2022 01:45 AM | 08/25/2022 02:17 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T22011085 | 2628 Stevens Avenue, MINNEAPOLIS, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Parking Lot / Garage | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## VEHICLE LISTINGS

| | INVL | LIC PLATE TYPE | LIC PLATE NO | LIC ST | LIC EXP | VEHICLE TYPE | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 4 | Passenger Car | TNK392 | MN | | Auto | |

| MAKE | MODEL | COLOR | STYLE | YEAR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|---|---|
| Toyota | PREVIA (VN) | Gray | | 1991 | $ | $ 750.00 |

DESCRIPTION

Mini-Van, two front doors, passenger side slider, rear lift door

## NARRATIVE

This supplimental Police Report will be the first in a possible series. Federal and/or local law enforcement employees have been stalking me. The retaliating for my standing up to them. The kind of hate I am seeing is unbelievable, relentless, and cruel. The meanness is not normal, this is evil.

In Police Report 2022-709222 (to which this is a supplemental report) I reported a hole being drilled in my gas tank. The drill used in that attack was probably the same drill used to remove the panel cover from the heat pump inside unit, and destroy the screw threads while reinstalling the panel.

In Police Report 2022-702919 I report that this damage was done by an someone unskilled in using a cordless power tool or was an amateur. An experienced person with any cordless power-driver or drill would not have damaged ALL the screw threads, and if he or she had that person would have at least a few alongside the damaged holes. I did this when I replaced this I replaced the intentionally damaged blower rotor wheel.

If for no other reason, if the word gets around when a panel fails off and it is known who the last person was who worked on the machine it might reflect on future work assignments - or certainly should.

There have been many flat tires on all of my vehicles. The most recent and unreported was in the shoulder of the tire of this same car. It was a screw driven in, probably by the same drill-driver in a convenient location difficult but difficult to have been picked up accidentally.

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2022-710340**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| 609.595 | Damage to property | SUPP | | 10/06/2021 03:00 PM | 10/06/2021 03:00 PM | 09/08/2022 03:43 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T22011807 | 2524 Stevens Avenue, MINNEAPOLIS, MN 55404 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | | | | | | |

## PERSON LISTINGS

**1**

| TYPE | LAST NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|
| 1 | Bruce Arnold Mechanical | | | | | |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| | | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | 612-978-6973 |

**2**

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 5 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | *** |

## PROPERTY LISTINGS

**1**

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 4 | All other property - CONSTRUCTION/INDUSTRIAL | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 30000.00 | $ |

DESCRIPTION

Early 20th century boiler

## NARRATIVE

This is another event I avoided making a complaint at the time of occurrence. I hoped that the sabotage, harassment, and intimidation would cease. It has not.

Two nights ago, I went out into the yard at about 3:30am. A late model dark blue or black pickup truck was going by my house real slow. I am afraid.

The damage to property in this report is the boiler at 2524 Stevens Ave. While doing the pre-heating season checks I discovered a fireside access cover disturbed. Note that fireside access covers become almost fused to the boiler mating surfaces. Tools are usually required to remove a fireside access cover. Had this cover not been properly installed flames from the combustion chamber would have damaged the boiler sheet metal front piece.

**REPORT NUMBER: 2022-710340**

I purchased boiler rope and reinstalled the fireside access cover.
I have advised the property owner and building resident (Carole Fisher, Apt 2, 872 0590) of this suspected sabotage. I have been trying to get a picture of the front of the boiler and fireside access covers.
Larry Fairchild (612 799 6209, Apt 509, 114 5th Street NE) suggested Anne Marie (Smission) Anderson (612 799 6210, 30200 Neal Ave, Lindstrom, MN) was told she could go to jail if she told me "things". I am afraid Carole Fisher may be being told something similar but probably less threatening. I will try to get pictures of the boiler fireside access covers and submit them in a supplementary report.

# MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

## REPORT NUMBER: 2022-711268

### INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL [X] / SUPP [ ] | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to property | INITIAL | 09/24/2022 05:30 AM | 09/24/2022 06:30 AM | 09/28/2022 08:34 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T22012869 | 2628 Stevens Avenue, MINNEAPOLIS, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | | | | | | |

### PERSON LISTINGS

| # | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | *** |

### PROPERTY LISTINGS

| # | INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|---|
| 1 | 4 | All other property - DOOR (NON VEHICLE)/GATE | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 200.00 | $ |

DESCRIPTION

Front screen door

### NARRATIVE

I have elected to file a written online Property Damage and Breaking and Entry online because I fear making a verbal report to a Minneapolis Police Office could be modified or not properly investigated.

The address of the B&E occurred in the 5th MPD Precinct. Yesterday, September 27th I received a voicemail message from 673 5703 which is the MPD 3rd Precinct. This is not comforting because I believe the cruel, cowardly harassment and intimidation began with pre-George Floyd 3rd Precinct leadership.

I regret if my complaints about Precinct leadership have grown legs and have gained unrealistic political attention, but for my case I believe the root of my problems are leadership problems.

The description of the incident follows:
At about 5:30 I was reviewing emails and reading newspaper online when both I and the dog heard a noise. The dog began barking. Upon investigating I found a woman sitting stiffly in a lawn chair on my front porch.
I asked what she was doing. She said she just wanted to sit for "a spell". She later said she was from Oklahoma, which would explain using the term, "a spell". That she was sitting so stiffly should have warned me something was wrong.
I said OK. I did not have time to argue and did not ask here to leave. Finding people on the porch has happened before.

REPORT NUMBER: 2022-711268

I left for work but realized I had left my phone on the computer desk.
Upon returning and entering the house I found her standing in the middle of the living room. With little conversation, I escorted her out the back door.

A note of importance:
Since the house foundation has settled, I have been unable to use a deadbolt on the front door. Only the screen door lock secured the house from entry. I agree. I could and should have done better. It is my problem with depression that keeps me from getting many things done. The 1 x 4 board screwed across the door to secure entry will be removed and the door frame repaired as soon as possible.

INCIDENT IMAGE

(21) 3 of 3

REPORT NUMBER: 2022-711268

**INCIDENT IMAGE**



does not seem to me a woman would do this, maybe, but I question

No apparent indication of intent to steal, vandalize, etc.

# MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2023-701859**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to motor vehicle | X | 04/20/2022 07:30 AM | 09/20/2022 07:30 AM | 02/20/2023 08:05 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T23002151 | 2628 Stevens Avenue, MINNEAPOLIS, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | | | | | | |

## PERSON LISTINGS

| # | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## VEHICLE LISTINGS

| # | INVL | LIC PLATE TYPE | LIC PLATE NO | LIC ST | LIC EXP | VEHICLE TYPE | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 4 | Transporter | YNF4305 | MN | | Truck/Van | |
| 2 | 4 | Passenger Car | BGA376 | MN | | Truck/Van | |

| # | MAKE | MODEL | COLOR | STYLE | YEAR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|---|---|---|
| 1 | Chevrolet | C/K 3500 (PK) | White | | 2003 | $ | $ 50.00 |
| 2 | Ford | F150 (PK) | White | | 2001 | $ | $ .00 |

DESCRIPTION (1)

Tradesman van used for self-employment

DESCRIPTION (2)

1/2 Ton pickup truck with toolboxes mounted on a flatbed (box was replaced)

## NARRATIVE

Up until recently when crime has been an increasing problem I have been lax about locking doors at night.

Both these vehicles were vandalized on the same night sometime last summer. I believe someone has it out for me and is doing things to my vehicles, houses, and reputation.

I don't take the time to report everything but this is important since the harassment, intimidation and gas-lighting. I see this but no one else does because I live alone.

The shift lever on both vehicles was forcefully operated. The cable-end was broken on the Van and the cable stretched on the pickup.

I was able to repair (and actually improve) the Van with a Ball Joint Linkage from McMaster-Carr, similar to p/n 60645K411.

REPORT NUMBER: 2023-701859

The automatic gear position indicator on the Pickups instrument panel remains out of calibration but is operational. I am unable to start the vehicle in the PARK position and unable to access low gear (position "1").

Also, I have seem to have suffered cracked windshields. To me, it seems windshields have cracked more often than they should have.

24 1 of 2

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2023-701860**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL [X] / SUPP [ ] | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to property | | 02/20/2021 08:10 AM | 11/20/2022 08:10 AM | 02/20/2023 08:25 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T23002152 | 2628 Stevens Avenue, Minneapolis, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | | | | | | |

## PERSON LISTINGS

1

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## PROPERTY LISTINGS

1

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 4 | All other property - WINDOW | 2 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 700.00 | $ |

DESCRIPTION

Two side-by-side 18" x 60" casement crank-out double pane glass windows

## NARRATIVE

These two windows are on the alley side of the house.
The windows were broken at different times separated by months.
The method by which they were broken appears to be identical: a projectile or tap with a hard object.

I did not bother to report the first window when it broke but when the second broke a pattern of harassment, intimidation, and gas-lighting may be indicated.



(25) 1 of 3

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2023-702239**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.79 | Harassment - 311 | INITIAL: X | 10/20/2022 05:40 PM | 03/02/2023 05:40 PM | 03/02/2023 06:15 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T23002592 | 2628 Stevens Avenue, Minneapolis, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | | | | | | |

## PERSON LISTINGS

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

1

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Bruce Arnold Mechanical | *** | *** |

## NARRATIVE

The Community Notification Flyer was wedged into my fence along the city sidewalk on 10/20/22. I am outside of the community notification area for the residence address of this level three sex offender.
The (first) French Document Sex Police were emailed to me from a .gmail address about the same day.

I worked for the Lynnhurst Mathnasium Center as a tutor for elementary, middle, and high school children. Not wanting him and his most honorable business to endure humiliation, I informed the owner of Mathnasium, Bobby Tarnowski, of the different insinuations I was a pedophile and of my intent to voluntarily terminate my employment with Mathnasium.

The second French Document Sex Police arrived via email yesterday.

This sort of gaslighting is intimidating for me. I had been an employee at Mathnasium for over a year. I felt terrible about leaving but it seemed the right thing to do.

## INCIDENT IMAGE

25

2013

# Community Notification Flyer

**This flyer is being distributed to people living in the area where a LEVEL III Predatory Offender is residing.**

***Areas flyered for this offender include:***

*North Boundary:*
*West Franklin Avenue*

*South Boundary:*
*East 28th Street*

*East Boundary:*
*3rd Avenue South*

*West Boundary:*
*Pillsbury Avenue*

**Offender:** **Billy Wayne Fisher**
**DOB:** **3/13/1969**
**Neighborhood: Whittier**

## Helpful Websites:

- DOC level 3 website: **https://coms.doc.state.mn.us/publicregistrantsearch**
- Non-Compliant state website: **www.por.state.mn.us**

**For more information about this offender, please call The Minneapolis Police Department's Predatory Offender Registration Unit at 612-673-3932.**

- If you would like help translating this information, please call ~ 612-673-3932.
- Para asistencia ~ 612-673-2700
- Rau kev pab ~ 612-673-2800
- Hadii aad Caawimaad u baahantahay ~ 612-673-3500
- TTY users call ~ 612-673-2157

# *Minneapolis Police Department*

## Fact Sheet

# NOTIFICATION OF RELOCATION IN MINNESOTA

**RISK LEVEL THREE** In addition to level two notification, law enforcement may notify other members of the community whom the registrant is likely to encounter.

The ***Minneapolis Police Department*** is available to provide you with useful information on personal safety. The ***Minneapolis Police Department*** may be reached at 612-673-3000. To report criminal activity by this registrant or any other individual, please call 911.

**BILLY WAYNE FISHER**

**DOB: 03/13/1969**

**OID: 138594**

Race: White

Height: 5' 5" Eyes: Brown

Weight: 210 lbs. Hair: Brown

[redacted]

03/19/2022

[redacted]

03/19/2022

Registration Statute(s): 609.344 & 609.345

Investigating Agency: Eagan Police Department

Last Release from Confinement Date: 07/24/2013

Supervision Agent: Not Applicable - Sentence Expired

Offense: Billy Fisher engaged in sexual conduct and contact with four known female teenagers. Conduct included showing them pornographic videos. Contact included sexual touching. Fisher provided them with alcohol and tobacco and used his position of authority to gain compliance (1999).

Address: 2500 block of 1st Avenue South, Minneapolis, MN 55404

The ***Minneapolis Police Department*** is releasing this information pursuant to Minnesota Statutes 244.052 and 253D. These statutes authorizes law enforcement agencies to inform the public of a public registrant's release from prison or a secure treatment facility when the ***Minneapolis Police Department*** believes that the release of information will enhance public safety and protection.

The individual who appears on this notification has been convicted of Criminal Sexual Conduct or another offense that requires registration with law enforcement pursuant to Minnesota Statutes 243.166 or 243.167.

This individual ***has served the sentence*** imposed on them by the court and is transitioning into the community. This notification is not intended to increase fear but rather raise awareness. Law enforcement believes that an informed public is a safer public.

The ***Minneapolis Police Department*** may not direct where this individual does or does not reside, nor can this agency direct where he/she works or goes to school.

Those convicted of sexual or predatory offenses have always been released to live in our communities. It was not until the passage of the Registration Act that law enforcement had an ability to track movement of these individuals after their initial release. With the passage of the Community Notification Act law enforcement may now share information about many of these individuals with the public. Abuse of this information to threaten, harass or intimidate a registered individual is unacceptable and such acts could be charged as a crime. Such abuses could potentially end the ability of law enforcement to provide these notifications.

26

Place Keeper for

2023-702849

— missing —

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2023-704517**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL [X] / SUPP [ ] | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.595 | Damage to property | | 04/27/2023 07:45 PM | 04/29/2023 07:45 AM | 05/03/2023 08:03 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T23005222 | 6th Street Southeast / 2nd Avenue Southeast, | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Street/Sidewalk/Alley/Road/Hig | | | | | | |

## PERSON LISTINGS

1

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## PROPERTY LISTINGS

1

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 4 | All other property - BUILDING MATERIALS (LUMBER, | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $.00 | $ |

DESCRIPTION

EPDM rubber roofing material

## NARRATIVE

Last week within three days there were three events.
It seems the first was the corruption of an email text. The word "whining" was edited into an email. I cannot believe I composed the sentence as I found it in the email the following day.
One morning I woke up to find a baby stroller parked squarely in the middle of the sidewalk inside the yard. This is reminiscent of the traffic control post left in the driveway a few years ago. I consider it a form of messaging.
A piece of rubber roofing material had been stolen off of a pallet of concrete I had purchased for home repair. It had been raining all night.
On Thursday night immediately after I turned off of SE 4th Street on to SE 2nd Avenue SE an automobile parked at the curb near the intersection of SE 2nd Avenue and SE 6th Street started flashing its headlights between high and low beam rapidly. I drove around the block and came behind them on SE 6th Street.
There were two cars with people in them, the one flashing the lights, and a second semi-blocking the Minuteman Printing driveway.
This was reminiscent of a similar event in about 2018 at 1500 Park Ave S. I gave was installing a steam boiler in that apartment building after a fire had ravaged the upper floors. Earlier in the day I had informed a young, white, clean-cut man who was working for the plumber that his automatic sidearm in the small of his back was showing. I had returned to the building and was giving Lyle Schwartzkopf minute-by-minute reports of what was going on by cellphone. The cooling fan on my smallest air compressor had been vandalized.

28 2075

**REPORT NUMBER: 2023-704517**

Plumbers do not hire help off the street. All laborers go through the union hall.
I was too nervous myself to observe what the reaction of the men in the cars was, but they did not snigger. I think they just looked straight ahead. The car in the driveway moved over toward the cul-de-sac perhaps into a different driveway and I went on to work.

**INCIDENT IMAGE**

2023-5.15

(29)

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2023-704975**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.52 | Theft | INITIAL [X] SUPP [ ] | 05/15/2022 02:10 AM | 05/15/2023 02:10 AM | 05/15/2023 02:25 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T23005767 | 2620 Stevens Avenue, Lower, Minneapolis, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | From Building | | | | | |

## PERSON LISTINGS

1

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## PROPERTY LISTINGS

1

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 7 | All other property - CREDIT CARDS | 2 | USAA | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ .00 | $ |

DESCRIPTION

Personal credit card

2

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 7 | Furniture and furnishings - CHAIR | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 50.00 | $ |

DESCRIPTION

White and yellow wood kitchen chair

3

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| 7 | All other property - FARM EQUIPMENT | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 40.00 | $ |

DESCRIPTION

Green garden wagon

29
2 of 2

**REPORT NUMBER: 2023-704975**

**NARRATIVE**

This is hard because of the contempt and hate it shows toward me. Nor I or anybody else can really do much about it either. It has been going on for years. Recently it has been reaching new levels of cruelty. Someone in law enforcement is out to get me.
A kitchen chair, credit and debit cards are missing from my house. I have no evidence of a break in. The must have keys. Locks have been changed. Since
The kitchen chair was taken after I took an office chair from in front of the dumpster locker at the Burnsville Public Storage, the credit and debit cards more recently. As far as I know, the credit and debit cards were not used.
There are Public Storage people who know something about this. At the same time the cost of storage unit rental increased by about $50.00 per month. I got an email from Public Storage from someone who signed with the name Artis (or something close to that).
Sometimes I deny this is happening to me myself.
It appears that my garden wagon was taken at the same time the stroller was left in the back yard and the rubber roofing that protected concrete bags from the rain taken (Police Report 2023-704517).

# MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2023-709614**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.52 | Theft | INITIAL [X] SUPP [ ] | 08/17/2022 07:45 AM | 08/17/2023 07:45 AM | 08/17/2023 08:16 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T23011163 | 2628 Stevens Avenue, Minneapolis, MN 55408 | 2291/Travis Glampe |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | Other | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## PROPERTY LISTINGS

| | INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|---|
| 1 | 7 | Office equipment - CELL PHONE/IPHONE | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 25.00 | $ |

DESCRIPTION

Sumsung Luna Pro

## NARRATIVE

The attached letter was written to County Attorney Mike Freeman. Prior to that I had reached out to the County Attorney for help with the retaliatory stalking I endure.

I thought I had the house secured in recent years but I guess not. Maybe they slither in when I am working around the yard.

The image is of my "Scopemeter", a very expensive electronic tool used for troubleshooting electrical circuits. It and its charger were vandalized many years ago.

Home invasions and planting evidence is not a new phenomenon.

The only rational reason I can think of for a crooked cop to plant a cellphone is to somehow legally search the house and find it, then use it as justification to look further and find other items.

Like I the letter says, I am really too concerned about theft - although losing tools is serious. I am worried about what they may have planted during the same or some other home invasion.

Also, there is possibility that something I have could be identified as being stolen. I have bought a lot of the

31 2017

December 31, 2016
2628 Stevens Ave.,
Minneapolis, MN 55408
612 978 8973
brucealundeen@msn.com

Mike Freeman, County Attorney,
C-2000 Government Center,
300 South Sixth Street,
Minneapolis, MN 55487

Dear Mr. Freeman:

It appears to me that I continue to be harassed my law enforcement

When told I suspected that they had been in my house, Mike Atkinson said, "Get good locks". It is not that I have anything here that I am concerned they find, given my experiences I am afraid of what they might leave. Mr. Atkinson also said, "I am not going to put an innocent man in jail', or something to that effect.

I am certain that they use their government connections and contacts to complicate my income potential as a mechanical contractor and property owner. I have been told that following my employment at the Minneapolis Federal Court House with CMC & Maintenance, a GSA contractor, there were "retirements" in the Marshall and Secret Services. Also, the IOUE Union representative said something indicating there was an inquiry.

It really seems that an effective campaign to discredit me among the immigrant populations I deal with in my service to restaurants exists. I would say they have some Mexican resources, but it has been Asians in the past too.

Very, very truly,

Bruce A. Lundeen

(32) 1 of 2

MINNEAPOLIS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2023-710267**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 609.527 | Fraud - Identity | INITIAL X | 08/26/2023 07:40 PM | 08/28/2023 07:40 PM | 08/28/2023 07:50 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T23011920 | 2628 Stevens Avenue, Minneapolis, MN 55408 | 1968/Kenneth Feucht |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Residence / Home / Apartment | Other | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | I | Lundeen | Bruce | Arnold | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| brucealundeen@msn.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## PROPERTY LISTINGS

| | INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|---|
| 1 | 7 | All other property - POST/PILE DRIVER | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $.00 | $ |

DESCRIPTION

Piece of mind. The problems I have been having are repetitive and annoying

## NARRATIVE

In Report Number 2021-701898 I reported that someone had reported I paid $31,000 in wages by my company, Bruce Arnold Mechanical, but did not pay withholdings. This claim was reversed by the Office of the Taxpayer Office. Money that had been seized from my Social Security Benefit was returned.

This was the first false report to the IRS. It took about eighteen months to get resolved in my favor.

Now I am dealing with a problem with my 2022 Schedule E "Supplemental Income and Loss" that seems unfounded. I have responded to the IRS in writing and am waiting for their reply.

Two people have made cash payments to me that are suspicious. Moses Shaka Agbonkhese, PhD, the owner of Treasure Services, LLC (612 249 3322), came into my workplace and made claim I could perform a specific task for my client, Kerry Nelson. He paid me in cash – something the Department of Health would not approve. I refused a second cash payment and demanded "pay stubs".

Last night Kirk Brincks the owner of a house I worked at recently and paid me in cash ($500) on the street. He even joked about payment for a street drug deal and how the transaction was probably being paid for. What was funny was that he could have come and left through the yard I was working on. He did not. He came and left walking done the avenue.

I am afraid these cash payments are set-ups for future IRS problems.

Other recent problems working for myself include suspicious behavior and calls for service. I was called to a Gremar Apartments building (200 Cedar Lake Road) by a woman named Hannah, (612 298 7882). Another woman seemed to want me to work on the electrical panel. I am a Mechanical Contractor, not an Electrician.

(37) 2 of 2

**REPORT NUMBER: 2023-710267**

Another Gremar job (328 Gramercy Ave N) has been impossible to repair (Zack 612 346 3690).
I suspect sabotage on both jobs.
For many years there have been many problems and I suspect someone in the Minneapolis Police Department is out to get me.
There is something wrong.

Attachment

(35.)

1

June 16, 1992
2620 Stevens Ave., S.,
Minneapolis, MN 55408
872 6378

19 cv 3115 DSD/BRT

RECEIVED
FEB 13 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Sharon Sayles Belton,
Councilperson,
City of Minneapolis

Madam:

Late yesterday I spoke to Vernon Wetternach in your office. He encouraged me to write you concerning an incident that occurred involving me and a Patrolman of the Minneapolis Police Department.

After three weeks of trying to contact him, twice Patrolman . . of the 5th Precinct Community Action Team first threatened me with his intention to sue me in court and then hung up the phone. This occurred during normal working hours and on the 5th Precinct C.A.T. phone line, 348 9350.

After those two events I immediately went to the 5th Precinct and endured similar treatment in the Precinct lobby. After Patrolman stormed away his supervisor, Sgt. stepped in. At her request we went outside on to Nicollet Avenue, discussed the matter quietly, and I left.

There is a complicated series of events that led to my wanting to speak to Patrolman but that is now irrelevant. That matter will be settled in court latter this summer. I am naturally concerned about these suing threats and the inability to communicate with Patrolman while he was on duty.

It seemed as though his Sgt. was concerned, and his fellow officers who were present in the lobby are likely to be questioning his behavior toward me.

To be sure, the legal matter in which I am involved would have very likely been avoided had phone calls been returned or messages left at the desk followed up on. Although Patrolman was implicitly involved, that is behind us now.

I am not asking for your assistance, just making you aware of what happened for my own protection.

Respectfully yours,

Bruce A. Lundeen

what compelled me to go to the precinct was the officer telling me "I will own your house."

77

SCANNED
FEB 13 2020
U.S. DISTRICT COURT MPLS

36
1 of 2

PILOT COMPANY

Pilot Company
5508 Lonas Drive
Knoxville, TN 37909

Bruce Lundeen
2628 Stevens Ave
Minneapolis, MN 55408

**Date: 1/4/2024**

**RE: Eligibility Status, Rights and Responsibilities, Case #: 35318335**

Dear Bruce,

Please review the following communication in its entirety, as this notice addresses your eligibility to take time away from work under one or more applicable leaves. There are actions required by you to ensure your absence is managed in a timely manner if you are to be granted applicable job protection.

**FMLA Eligibility Status**

On 1/3/2024, Pilot Company was informed of your need for leave from work beginning on 1/3/2024. The reason for leave was noted as Employee Health Condition. The request indicated that this would be a Consecutive leave. As of the start date of your absence, you are eligible under leave of absence for the policy type(s) listed below.

A determination has not been made. You will be notified in writing once a decision is made.

| **Policy** | **Status** | **Dates** |
|---|---|---|
| Accommodation | Pending | 1/3/2024-3/27/2024 |
| Family Medical Leave Act | Ineligible | 1/3/2024-3/27/2024 |

**Rights and Responsibilities**
The attached documentation identified below must be completed and received on or before 1/19/2024. If you are unable to meet this deadline for any reason, notify your Case Manager. Your leave may be delayed or denied until sufficient information is received to make a decision about your absence request.

case manager? I have no case manager

However, you are NOT eligible for FMLA due to the following:

36 2 of 2

You have not satisfied the FMLA's requirement that you must have worked at least 1,250 hours for the Company in the 12 months preceding the start of your leave. As of the first date of requested leave, you will have worked approximately 224 hours toward this requirement

See Part B of this Notice for a summary of your rights and responsibilities. If you have any questions, contact your **Case Manager**, or view the FMLA poster located in your current working location.
Part B: Rights and Responsibilities for Taking Leave of Absence
As explained in Part A, you meet the eligibility requirements for taking the above leave type(s). However, in order for us to determine whether your absence qualifies as company approved leave of absence, you must return the following information to us:

**Paperwork Name: Pilot ADA Documents**
**Paperwork Due Date: 1/19/2024**

If complete and sufficient information is not provided in a timely manner, your leave may be delayed or denied.

If you have any PTO balance available, you can request it to be paid out. You must send this request in writing to your leave administrator my Email, Fax or mail. Please note that any request sent in by mail could be delayed by the mail carrier. The time will be deducted from eligible leave programs and your available paid time. Pilot Company will continue to manage all premium payments for any benefits as long as you are receiving pay. Once you have exhausted all available paid time, your absence from work will be **unpaid.**

**IF THERE IS A CHANGE IN YOUR NEED FOR LEAVE:**
You must notify me at (865) 474-2794 if there is any change in your need for leave. This includes a change in your communicated return to work date or a change in the frequency or duration of intermittent leave. You are expected to adhere to all standard absence policy notification requirements.

You may contact me with additional questions.

Sincerely,

Michelle Carruthers
Leave Management Services
Phone: (865) 474-2794
Fax: (865) 770-3462
Email: michelle.carruthers@pilottravelcenters.com

37.

All folders ← informed delivery

Home View Help

Delete all · Quick steps · Mark all as read

Mail Files · Has attachments · Unread · To me · Mentions me · Flagged · High importance

| From | Subject | | Received |
|---|---|---|---|
| **Top results** | | | |
| USPS Informed Delivery | Your Daily Digest for Wed, Feb 28 You have mail and packages arriving soon. 2/28/2024 COMING TO YOUR MAILBOX SOON. View all mail on dash... | Deleted Items | Wed 2/28 |
| USPS Informed Delivery | Your Daily Digest for Thu, Feb 22 You have mail and packages arriving soon. 2/22/2024 COMING TO YOUR MAILBOX SOON. View all mail on dashb... | Deleted Items | Thu 2/22 |
| USPS Informed Delivery | Your Daily Digest for Tue, Feb 27 You have mail and packages arriving soon. 2/27/2024 COMING TO YOUR MAILBOX SOON. View all mail on dashb... | Deleted Items | Tue 2/27 |
| **All results** | | | |
| USPostalService@usps.com | Your United States Postal Service Online Personal Account No preview is available. | Deleted Items | Fri 6:36 PM |
| postmaster@outlook.com | Undeliverable: Fw: Anecdotal evidence to support rehiring me Delivery has failed to these recipients or groups: cheryl@jmorton.com (cheryl@jmort... | Deleted Items | Thu 2/29 |
| postmaster@outlook.com | Undeliverable: Anecdotal evidence to support rehiring me Delivery has failed to these recipients or groups: jen@jmorton.com (jen@jmorton.com) Y... | Deleted Items | Thu 2/29 |
| USPS Informed Delivery | Your Daily Digest for Wed, Feb 28 You have mail and packages arriving soon. 2/28/2024 COMING TO YOUR MAILBOX SOON. View all mail on dash... | Deleted Items | Wed 2/28 |
| USPS Informed Delivery | Your Daily Digest for Tue, Feb 27 You have mail and packages arriving soon. 2/27/2024 COMING TO YOUR MAILBOX SOON. View all mail on dashb... | Deleted Items | Tue 2/27 |
| USPS Informed Delivery | Your Daily Digest for Mon, Feb 26 You have mail and packages arriving soon. 2/26/2024 COMING TO YOUR MAILBOX SOON. View all mail on das... | Deleted Items | Mon 2/26 |
| USPS Informed Delivery | Your Daily Digest for Sat, Feb 24 You have mail and packages arriving soon. 2/24/2024 COMING TO YOUR MAILBOX SOON. View all mail on dashb... | Deleted Items | Sat 2/24 |
| USPS Informed Delivery | Your Daily Digest for Thu, Feb 22 [illegible] | Deleted Items | [illegible] |

2024.3.9 Informed Delivery daily email 2.29 to 3.1 gap

Welcome to Informed Delivery®

Hi, Bruce.

**Welcome to Informed Delivery®**

**Arriving soon at [illegible] STEVENS AVE MINNEAPOLIS, MN 55408-1634**

Hi, Bruce. You have mail and packages arriving soon.

Feedback

**Email Support (https://usps.force.com/emailus/s/?path=003010070)**

**FAQs (http://faq.usps.com/?articleId=1449159866675)**

**Settings**

**17** **Mailpieces**

**1** **Packages**

Today(1) ( /box/pages/secure/DashboardAction_input.action?selectedDate=03%2F09%2F2024&selectedZip11=55408163428)

Yesterday(5) ( /box/pages/secure/DashboardAction_input.action?selectedDate=03%2F08%2F2024&selectedZip11=55408163428)

Thursday(1) ( /box/pages/secure/DashboardAction_input.action?selectedDate=03%2F07%2F2024&selectedZip11=55408163428)

Wednesday(4) ( /box/pages/secure/DashboardAction_input.action?selectedDate=03%2F06%2

Get Online Assistance
**Chat Now!**

38

1 of 7

2024.3.9. Informed Delivery Summary

100 of 101

Tuesday(1) ( /box/pages/secure/DashboardAction_input.action?selectedDate=03%2F05%2F2024&selectedZip11=55408163428)

Monday(5) ( /box/pages/secure/DashboardAction_input.action?selectedDate=03%2F04%2F2024&selectedZip11=55408163428)

Sunday(0) ( /box/pages/secure/DashboardAction_input.action?selectedDate=03%2F03%2F2024&selectedZip11=55408163428)

There is a mailpiece for which we do not currently have an image that is included in Today 's mail.

Get Online Assistance
Chat Now!