RECEIVED
DEC 19 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sealed | Plaintiff | |
| | | Case No. 24-cv-4360 |
| Vs | | **MEMORANDUM REGARDING CONTINUED SEALING** |
| Sealed | Defendant | |
| Sealed | Defendant | |

1. I have complied with the Courts ORDER dated 12/6/2024 by removing personal health information.

2. I have refiled both redacted and unredacted pleadings.

3. I am presenting confidential information that should be investigated (LR 5(c)(1). Whereas the original REQUEST TO RECONVENE AND COMPLAINT can be redacted as per ORDER, this MEMORANDUM cannot.

4. This MEMORANDUM is about malice that is impossible for me to prove who did it or why or why. However, the experiences over the past 34 years have become patterns.

5. In the Case Number 0:19-cv-03115, Document 7-1, paragraphs 40,41, 91 - 97, and 196, I describe how something was given to me during a blood draw for pre-surgical bloodwork at the Minneapolis VA Hospital.

6. Perhaps something can be learned from VA Hospital employee Mumtaz Kahn, PA (apparently an MD in his home country). Kahn may not know anything of value, or he may now about serums individuals prepare and maintain at the Minneapolis VA Hospital.

7. The observations, experiences, and coincidences I have endured become patterns.

8. I must convince that my property has been vandalized, I have been deprived of the social life I, and my income producing efforts have been intentionally eliminated.

9. Since I do not attend public meetings or participate in protests, I pose a different threat than those who do attend meetings and participate in protests. I have always had work to do.

10. Those who have been drawn into this and hurt in the past: former U.S.M.S. Chief Deputy Kris Kawaters, former Federal District Court House seventh floor Secret Service



DEC 19 2024 AC
U.S. DISTRICT COURT MPLS

agents, IOUE Local 70, CMC & Maintenance, Plant Manager Bob at Purina Mills, and others were not hurt by me, they were hurt on account of Minneapolis Police Officers getting back at or playing with me.

11. If it exists, reports of my behavior toward young women in Seattle and San Francisco are embellished or even fabricated. In Seattle, like here, there were set-ups that I did not fall for. I knew they were watching me.

12. There have never been inappropriate attentions or amore initiated by me and directed at any woman-child in Seattle, San Francisco, or Minneapolis.

Signed, Bruce A. Lundeen

Bruce A. Lundeen

December 19, 2024