UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bruce A. Lundeen<br><br>Plaintiff,<br><br>v.<br><br>City of Minneapolis,<br><br>Defendant. | Case No. 24-CV-04360 (JRT/DTS)<br><br>**DEFENDANT CITY OF MINNEAPOLIS' ANSWER** |

---

For its Answer to Plaintiff's Complaint, Defendant City of Minneapolis (hereinafter "City" or "defendant") denies each and every allegation, matter, and thing in Plaintiff's Complaint, except as hereafter admitted.

1. Paragraphs 1, 2, 3, 6, 7, 8, 11-27, 29-35[1], 37, 40, and 42-44 do not require responsive pleading from the City. These paragraphs either do not assert any factual allegations and/or assert factual allegations against a different entity other than the City. To the extent responsive pleading is required, the City denies the same and holds Plaintiff to his strict burden of proof.

2. The City denies paragraph 4. The City specifically denies that it has targeted Plaintiff for retaliation.

3. The City denies paragraph 5.

4. The City denies paragraph 9.

5. The City denies paragraph 10.

---

[1] This includes both paragraphs labeled #35 in the Complaint.

6. The City denies paragraph 28. The City specifically denies that it has interfered with Plaintiff's medical care.

7. The City denies paragraph 36.

8. The City denies paragraph 38. The City specifically denies that it has directed "daily insults and petty crimes" against Plaintiff.

9. The City denies paragraph 39. The City specifically denies that it has a desire to "destroy and humiliate" Plaintiff.

10. In response to paragraph 41, the City admits that "there are many good people in law enforcement, Police professionals of the highest caliber in the Minneapolis Police Department," that police work can be very difficult, and that policing is a "honorable profession." The City denies the remaining allegations in paragraph 41.

11. The City denies paragraph 45.

12. In response to paragraph 45 (second numbered paragraph 45), the City is without sufficient information to admit or deny when CUAPB was formed and the identity of "dedicated critics" of MPD. The City therefore denies these allegations and holds Plaintiff to his strict burden of proof. The City denies the remaining allegations in the second numbered paragraph 45, including that Plaintiff has been "targeted."

13. The City denies paragraph 46.

14. Paragraph 47 cites to an article from the Minnesota Reformer, which speaks for itself. To the extent responsive pleading is required, the City denies the same and holds Plaintiff to his strict burden of proof.

15. The City denies paragraph 47 (second numbered paragraph 47). The City specifically denies that it alerted other unnamed "local authorities" about Plaintiff.

16. The City denies paragraph 48.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's injuries or damages, if any, were caused, contributed to, or brought about by Plaintiff's own intentional, illegal, and/or negligent acts or the acts of others over whom Defendant exercised no right or dominion or control and for whose actions Defendant is not legally responsible.

3. Plaintiff's claim also may be barred by affirmative defenses contemplated by Rule 12 of the Federal Rules of Civil Procedure which are not specifically set forth above. The extent to which the Plaintiff's claims may be barred by one or more of said affirmative defenses cannot be determined at this time. Pending further discovery, Defendant alleges and incorporate all such affirmative defenses set forth in Fed. R. Civ. P. 12.

**WHEREFORE**, Defendant prays for an Order of this Court as follows:

1. Dismissing Plaintiff's Complaint on the merits and with prejudice in its entirety;

2. Awarding Defendant all reasonable costs, disbursements and attorneys' fees to the fullest extent allowed by law; and

3. For such other and further relief as this Court deems appropriate.

Dated: January 9, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Mark Enslin*
MARK ENSLIN (#0338813)
Assistant City Attorney
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 430-8310
mark.enslin@minneapolismn.gov

*Attorneys for Defendant*