UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bruce A. Lundeen<br><br>Plaintiff,<br><br>v.<br><br>City of Minneapolis,<br><br>Defendant. | Case No. 24-CV-04360 (JRT/DTS)<br><br>**DEFENDANT CITY OF MINNEAPOLIS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** |

---

**PLEASE TAKE NOTICE** that a hearing on Defendant City of Minneapolis' Motion for Judgment on the Pleadings will be heard on a date and time to be determined by the Court.

1. Defendant City of Minneapolis moves the Court to dismiss Plaintiff's Complaint for failure to state claims upon which relief can be granted, under Rule 12 of the Federal Rules of Civil Procedure.

Dated: January 30, 2025

KRISTYN ANDERSON
City Attorney
By

/s/ *Mark Enslin*
MARK ENSLIN (#0338813)
Assistant City Attorney
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 430-8310
mark.enslin@minneapolismn.gov

*Attorneys for Defendant*