**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bruce A. Lundeen,

Plaintiff,

v.

City of Minneapolis,

Defendant.

Case No. 24-CV-04360 (JRT/DTS)

**[proposed] ORDER**

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint in its entirety is dismissed with prejudice and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: ________________, 2025

______________________________
Judge David T. Schultz
Magistrate Judge