UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce A. Lundeen

Plaintiff,

v.

City of Minneapolis,

Defendant.

Case No. 24-CV-04306 (JRT/DTS)

**DEFENDANT CITY OF MINNEAPOLIS' REPLY MEMORANDUM IN SUPPORT OF MOTION BASED ON THE PLEADINGS**

---

## ARGUMENT

According to Plaintiff, his claim in this case is that he was given an unconsented to injection at Methodist Hospital. By Plaintiff's own admission, he cannot identify the party who gave him the injection. (*See, e.g.*, Doc. 16, ¶ 14.) Accordingly, because Plaintiff cannot properly allege the City of Minneapolis was responsible for the alleged injection at issue, his claim fails and must be dismissed.[1]

[1] To the extent Plaintiff is alleging a common-law tort claim, his claim also should be dismissed for lack of subject matter jurisdiction. To the extent Plaintiff is attempting to assert a claim under section 1983, Plaintiff's claim also fails because he has failed to allege that "the action that is alleged to be unconstitutional implements or executes a policy statement, ordinance, regulation, or decision officially adopted and promulgated by [the municipality's officers]," or that a "constitutional deprivation [was] visited pursuant to governmental 'custom' even though such a custom has not received formal approval through the body's official decisionmaking channels." *Monell v. Department of Social Services*, 436 U.S. 658, 690-91, 98 (1978). These are additional reasons Plaintiff's claim must be dismissed.

For these reasons and all others, Defendant respectfully requests that the Court grant its Motion Based on the Pleadings, and dismiss Plaintiff's complaint with prejudice.

Respectfully submitted,

Dated: February 24, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Mark Enslin*
MARK ENSLIN (#0338813)
Assistant City Attorney
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 430-8310
mark.enslin@minneapolismn.gov

*Attorneys for Defendant*