# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Bruce A. Lundeen Plaintiff

Case No. 24-cv-04360 (JRT/DTS)

vs

**CERTIFICATE OF DELIVERY**
**VIA U.S. MAIL AND IN PERSON**

City of Minneapolis Defendant

I, Bruce A. Lundeen, in the company of a Methodist Hospital Security employee named Frank P., handed over to a person in the Executive Offices reception area yesterday afternoon a letter addressed to Methodist Hospital Patient Relations. The letter handed over was the fourth letter I have written to Patient Relations.

After ringing the doorbell and then using his pass key, the Security person and I observed no one was present in the Patient Relations Office.

A copy of the letter is attached as (1.). Although the woman expressed an emphatic desire not to accept this letter, I could only think of saying, "Served," and I handed it to her. Although some letters did not request an answer, three previous letters have not been answered, nor have any phone calls been responded to.

The woman said this letter must be delivered to "8710" or something. The Security employee accompanying me and a person at the Hospital Concierge counter were uncertain about "8710." It seems "8710" is a senior corporate executive office or something. No hospital employee seemed to know the Avenue or Street where "8710" might be located. Apparently, "8710" is in Bloomington, and I will seek more information.

The Initial Disclosures, Joinder, and Amended Pleadings Deadlines are May 1, 2025—information about what happened to me and how is crucial to my Discovery. Without cooperation from the Methodist Hospital, I may have to make significant changes in the direction of my case.

I am still undergoing initial tests and diagnosis for prostate cancer. These procedures are exceedingly distracting. I will request a two-month extension in a motion to extend the deadline. I will provide a timeline that will describe the need for an extension. It is difficult to concentrate on both legal and health matters with equal magnitude of importance, yet maintain part-time jobs (Uber, Allegiance Ability) and manage household affairs.

Although I cannot legally "serve" court documents, I was unsure of what else to say. I did not argue, and I apologized to the woman for involving her. The Security Guard and I left the Executive Office together. Frank seemed impressed by what he saw but remained calm and polite, speaking minimally until we were outside the Executive Offices where we discussed the proceedings briefly.

Signed: ______//s//__________________________ Date: 3/18/2025____________

Bruce A. Lundeen

2628 Stevens Ave.,
Minneapolis, MN 55408
Brucealundeen@msn.com
612 978 8973