March 30, 2025
2628 Stevens Ave.,
Minneapolis, MN 55408
612 978 8973
Brucealundeen@msn.com

Patient Relations,
Methodist Hospital,
Patient Relations,
650 Excelsior Blvd.,
St. Louis Park, MN
55426

Personal hand delivery and mailed
U.S.P.S Return Receipt. Service filed.

To whom it may concern:

Please respond to this immediately. I wish for an in-person discussion by during the week of April 7 – April 11. This is the fourth letter I have written to the Methodist Hospital. We can coordinate meeting times and places via email, my email address is given above.

Magistrate Judge Schultz has designated the Initial Disclosures Deadline to be May 1, 2025.

I need answers to the following and other questions:

1. By what authority did Dr. Elizabeth Greenberg, D.O., assume my care in the St. Louis Park Methodist Hospital Emergency Ward on July 29, 2024?
2. Who was the young man who administered care for me as I lay on a gurney in intense pain from sciatica? Who does he work for? Who was his supervisor?
3. There were observations that an even younger woman participated in my care that day. The same questions apply to her.
4. At approximately 9:00 a.m., I was given an injection by the young man. What was the serum injected? Where did it come from? Where did the hypodermic syringe come from?
5. Note: There has been a discussion about the discrepancy in the number of medications given to me that day. All documentation indicates only four medications were administered by HCMC Paramedics and in the Methodist Hospital, but there were five.

6. Note: There was also an oral medication given to me by the mentioned in paragraph number 3.
7. Note: Resolution of the contradictions of medications administered is essential.
8. Immediately following the young man giving me the injection, he pushed my gurney out of Emergency Ward Room A1 and into the aisle adjacent to the Nurse's Station. In full view of the security cameras, he asked me to walk. I could not. What sort of medical procedure was this? Please help me by explaining what his intentions might have been.
9. Following Triage, a young woman who seemed to be a teenager and later stated she hoped to enter a pre-med program came and removed me from the Triage stall. Who was she?
10. The youngster referred to in paragraph 7 pushed my wheelchair to Emergency Ward Room A27. She looked into the room from the hallway and stated something was missing, then took me to Room A1. What do you think this was all about?
11. What was the name of the Charge Nurse that morning? What were the names and titles of other management-level persons on duty that night?
12. Is there anything else you can or should tell me?

As I have said, the St. Louis Park Methodist Hospital is my first choice for high-level medical care should it become necessary, and the facility has the resources. The care I have received has been excellent; both my Mother and friend died there with terminal ailments, and the nurses are always good and probably the best in the industry. I do not wish to, nor do I hope to, find fault with the Hospital.

Let's move this case along, Minnesota Federal District Court Case Number 0:24-cv-04360-JRT-DTS. I am the pro se plaintiff.

Sincerely,

Bruce A. Lundeen