# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Bruce A. Lundeen | Plaintiff | |
| vs | | **Case No. 0:24-cv-04360 (JRT/DTS)**<br>**BRIEF: UoM/FAIRVIEW HOSPITAL EXPERIENCE. MARCH 22 – 23 AND BACKGROUND** |
| City of Minneapolis | Defendant | |

1. Introduction:

M Health Fairview is the fourth hospital to which I have raised objections about the care I received. I will briefly summarize what happened at the Methodist Hospital and the Mayo Clinic and then provide a more detailed description of what occurred at the M Health Fairview University of Minnesota Medical Center East Bank Emergency Department on March 22, 2025. I will also briefly describe the care given at the Minneapolis VA Hospital in the early 1990s.

I am having difficulty putting together a case. The honorable hospital professionals have begun telling me what I say happened, did not happen. I need two more months to prepare for the deadlines set in the scheduling order. And even if granted two more months, my case may only be my word against theirs.

2. Methodist Hospital, July 29, 2025:

When I was in the Methodist Hospital Emergency Room suffering from severe sciatica. Elizabeth Greenberg, D.O., assumed responsibility for my care with an associate, a young man who I immediately suspected not to be a Methodist Hospital employee by his behavior. I cannot imagine what purpose Greenberg and the young man had to assume my care in the Methodist Hospital Emergency Department.

Both were dressed more likely street clothing than anything that could resemble hospital gowns. That they were entering and leaving my room should be recorded on the security cameras, but this event did happen seven months ago.

Someone named "Tricia" has told me that I was injected with Toradol, not some serum, encouraged me to use the formal process to request changes in my medical records that refer to the paranoid disorder the VA assigned me with thirty-four years ago.

3. Minneapolis VA Hospital, 1991:

Linda Rinehart, Ph.D., Staff Psychologist, Minneapolis VA Hospital possibly the wife of then Minneapolis Police Lieutenant Rinehart, wrote a convincing document called a "Supplement Defined Data Base" (Document 17 this case) that introduced the notion I have a paranoid disorder.

Before being made unavailable for me to speak to, a VA person told me he had never heard of a "Supplement Defined Data Base". I suppose the document was <u>not</u> supposed to be in my medical records, and I was never supposed to see. I obtained on my first visit to the VA to obtain medical records.

3. Mayo Clinic, November 6, 2025:

After the M Health experience, and others, I thought it best that I go to the Mayo Clinic to separate myself from those "out to get me" and embedded in health care. I discontinued care at the Mayo Clinic when I was introduced to a gentleman who looked as if he were Dr. Matthew Gettman but whose appearance seemed to be in no way like the images on the Mayo Clinic website of Dr. Gettman.

Although the gentleman I saw was “on Dr. Gettmann's calendar”, no charges were submitted to Medicare for the gentleman’s time. “Missy” at the Mayo Clinic deflected my attempts to meet Dr. Gettman again.

Whoever the gentleman I was introduced to and said to be Dr. Gettman by Collin Kandler, P.A.-C, the Mayo Clinic clinical notes from the November 6, 2024, say they felt it was unlikely the PSA values indicate advanced prostate cancer.

Disappointingly, however, other comments in the same report appear to intend to foment discord with Minneapolis caregivers. I did not go to the Mayo Clinic because of the care I had gotten in Minneapolis, I went to the Mayo Clinic hoping to avoid the infestation of law enforcement persons in Minneapolis hospitals.

4. M Health Fairview, March 22, 2025:

Since the M Health Fairview Medical Center East Bank Hospital has dental services, Park Nicollet Excelsior Boulevard in St. Louis Park Urgent Care referred me there for swelling in

my jaw on Saturday, March 22, 2025. . The attending physician in the MHealth Emergency Department ordered a computed tomography (CT) scan on Saturday, March 22, 2025. Although it was acted out as if it were, no CT scan was not taken. I also believe that the results of the faux CT scan were written up to suggest I am a drug user. No “frothy debris” exists in my sinus cavities at the time of the scan or now. I do not have acute sinusitis.
I informed M Health Patient Relations of these objections on March 25th or 26th, 2025. Marne Rogosheske, Patient Relations Liaison, responded in writing that “hospital leadership” will conduct a thorough investigation and review.

5. UoM Dental School, March 24, 2025:
An abscessed tooth was removed in the University Dental School Special Needs Health Care clinic (6th Floor, 515 Delaware St. SE) on Monday, March 24, 2025. No documents were given to me about the tooth extraction, and I was told I would not be charged for it. I do know that the dentist who removed the tooth's cell phone number is 425 445 1850 (Bellevue, WA).
After the tooth was extracted, I noticed it missing from the Dental School room before I left. A woman was briefly introduced to me as if to confirm that it was I from who the tooth was removed.

6. Duplex Upstairs tenant, cash payments, April 4, 2025:

An aside note, my tenant Laron Lewis has been paying rent in cash since he moved in. I have always feared my tenant has been given cash or told to pay in cash that can be tracked. If such evidence is produced, it is false.

I am no more a drug user than a pedophile, nor do I have a proclivity for "occasional outbursts of violence" as suggested by Dr. Rinehart in the Supplement Defined Data Base (Document 17, backside).

7. Drug and alcohol use:

I have not used drugs since attending the North Carolina State University in 1973-1975, and then only marijuana a few times. I was a serious but underachieving student at NCSU and the University of Massachusetts Amherst campus.

I like an infrequent drink; I am presently taking the bartending course at the Minnesota School of Bartending in St. Paul. Since the heating, cooling, and air conditioning trade has been made too risky for me to practice, I need another skill. Bartending would be good because it would get me around more people in a safe, amicable environment.

8. Financial circumstance:

Despite frequent financial hardship, I have accumulated many material things by being thrifty and watching for bargains. I work hard for my money. There has never been enough, let alone money for drugs, alcohol, or women. Someone has seen to that. However, I watch for "deals" and usually can muster the cash to take advantage of them when so presented.

9. Failed drug test, August 2024:

Immediately following the Minnesota legislature's legalization of edibles and beverages containing small amounts of THC on July 1, 2023, one a blistering hot day in late August, I purchased a bottle of what I thought was soda pop at the Cuppa Java coffee shop on Penn Ave and Cedar Lake Road in Minneapolis. The next day, I failed a drug test required for hire as a refrigeration technician for the City of Minneapolis.

Not getting the job was OK; sabotage of my work was already occurring regularly. I had scaled down my customer base and was looking for employment opportunities before the City of Minneapolis posted the job.

I know who got the job, and he is much better suited for the job. I do not have the personality to be successful in the trades.

10. CT scan, March 22, 2025:

I maintain that no CT scan was performed in the MHealth Emergency Department. The CT machine's patient table was not indexed to designate the area of my head to scan, nor was I inside the CT machines' “donut” long enough to be scanned. The machine never moved in a manner appropriate for a scan of my forehead and jaw.

In most any sort of machine motion control, the machine must have the endpoints of motion identified manually. For all that they can do, these machines cannot identify the body part to scan by itself. Every time a patient lies down, the location of their head, torso, or limbs differs depending on several factors. The machine must be told where to scan.

The machine shut down almost immediately after I was positioned inside the "donut" in which the active scanning components are located. The machines' rotating masses had barely come up to speed when the machine shut down and I was taken out of the "donut." The person who helped me onto the table told me the scan would take 3 minutes. I was in the CT scanner's "donut" for less than thirty seconds.

A young woman named Haley escorted me to and from Radiology, she confirmed that the CT scan was unusually short.

No CT scan was taken of my forehead and lower jaw, yet the results of a CT scan that was never taken were written to suggest I "snort" drugs.

11. Scrutiny by law enforcement, alleged paranoid disorder:

It may not be safe for me to go into any hospital in Minneapolis, if not every hospital in the United States. Law enforcement personnel who are managed by people who wish to harm me are embedded in healthcare facilities in Minneapolis. The Minneapolis Police Department alone could not do the smearing, the rumor, the innuendo that is so widespread. I must suggest that resources over the past many years were directed for a personal vendetta. This statement has been made before in Minneapolis Police Reports and were submitted in those Police Reports before this litigation was filed. Those Police Reports have been submitted in previous pleadings to this litigation.

It is not a "paranoid disorder" that makes me say this; it is the experiences already documented in pleadings already filed, and those pleadings that are to come. The paranoid disorder diagnosis, the statements suggesting I have violent tendencies on the

backside, middle of the page VA "Supplement Defined Data Base" (page 2, Document 17), any allegation that I am a drug user, the pedophile rumor and innuendo are deceits. After decades experience, supervisors and managers become proficient honing perceptions and build on techniques already in practice.

I pray no rumors amongst law enforcement have been made that I own or possess firearms of any kind. I do not want to die the way Winston Boogie Smith Jr or Fong Lee did. I do not own or possess and guns, nor would I purchase or accept possession of a weapon from anyone while living in Minneapolis.

I think the Court and Legislatures should take notice of the potentials of the people who can be managed to do evil and are present in hospitals, the U.S.P.S., IT departments, and anywhere else seen necessary to meet the objectives of supervisors and managers in law enforcement.

This may be another "vague, ambiguous, overly broad, unduly burdensome, oppressive, or harassing" statement, but those adjectives describe what I know about the persecution I have endured for more than thirty-five years. You couldn't make a story like mine up.

Having the advantage of the "work product" doctrine, I suspect the defendant's attorney will not need to take much time conducting an "unreasonable investigation." Protected from being discoverable, the information produced by others will be indefensible. Being labeled a pedophile, and an unmarried potentially violent one at that, is ruinous. Judgements of my character have already established in the neighborhood, with past friends and acquaintances, and even my family.

I am alone. My stalkers probably take joy knowing of the isolation they have caused for me.

12. Medical:

It has been seven months since the discomfort in my pelvic floor was first noted (October, 2024), and there has been no change. After consuming the powerful antibiotics prescribed for the prostate biopsy both the pain in my jaw and pelvic floor lessoned. I must wonder if the discomfort is a curable infection that could be treated with antibiotics.

It might suggest that other alleged or suspected pedophiles, or people who have only stood up to law enforcement, and maybe a lot less, have been subjected to the same mutilation I suspect intended for me.

As reported in the "Redacted Request to Reconvene and Complaint, (Document 4), paragraph 33, I recall the long, long time I lay naked on an examination table in a Minneapolis blood bank facility (Sometime in the mid-1990s). Lisa Bovee had taken the car and drove home; I took the bus home when finally allowed to get dressed and leave. I went to her apartment, and she was lay on her bed as told her what had happened to me. I touched her leg. Her whole body jerked. I knew it was over.

I have tried to communicate with Lisa through Facebook, but my Facebook postings do not seem to reach her. We had gotten together in the late 1990s.

When trying to sell some excess furniture it was obvious someone was meddling.

13. PET Scan for cancer:

I have canceled a PET scan for cancer at M Health Minnesota until I can be assured I am safe at M Health Fairview and there will be no unexpected experiences. I also want to talk

to Dr. Zabell. I have asked that the PET scan be rescheduled after what was intended to be a post-scan appointment April 15. I am afraid for my safety in the M Health network, and I the possibility that any procedure could be corrupted is a cause for concern (paragraph 3, this pleading).

14. Conclusion:

I admit I am not a "perfect plaintiff", and I do have a temper, but what has been done and might be done to me is of greater evil than anything I have done.

The stress of this litigation, the bizarre events that continue to happen, and the medical problem in my lower torso are extreme. The distraction when not fully engaged in a task is significant.

I should have realized that by not openly communicating with me, the people at the Methodist Hospital were signaling that they were not going to cooperate with my arguments before this Court. Accordingly, it is necessary that I alter the focus of my case. Without assurances from M Health that there will be no unusual events in future diagnostic or treatment regimens I cannot go back there.

Early in this litigation I was informed that the City of Minneapolis wanted the case decided by the Judge Tunheim. That is how it will be. There is not much I can do except change my strategy if people prefer not to provide information in support of my claims.

Signed: ______//s//__________________________ Date:___3/18/2025___________

Bruce A. Lundeen

2628 Stevens Ave.,
Minneapolis, MN 55408
Brucealundeen@msn.com
612 978 8973