# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Bruce A. Lundeen Plaintiff

Vs

City of Minneapolis Defendant

Case # 0:24-cv-04360

**Motion to Amend, Document 19, RULE 26(f) Report**

1. I must request amending Document 19, the RULE 26(f) Report (a). Two amendments need to be made.
2. The "Strike through" version is Attachment #1, and the Amended version is Attachment #2.
3. (a) Paragraph (a)(1). "Concise factual summary on page 1 of the plaintiff's charges" on page 1 must be amended. The assumption that an undocumented injection was administered is incorrect.

   As the amended versions explains Dr. Greenberg, the young man, the woman, and teenager, made it possible for a serum to be injected into my left arm, but it can never be proven just what was injected.

   (b.) Paragraph (e)(2), "Discovery of Electronically Stored Information" on page 3 must also be amended.

   It will be necessary to review contractual document, billing and payment electronically stored information between Dr. Greenberg and the "Emergency Physicians Professional Association" and the Methodist Hospital.

In addition, Methodist Hospital Emergency Department staff scheduling records on the morning of July 29, 2024.

4. As a non-lawyer and pro se litigant, I did not anticipate the need for electronically stored records. I thought the Methodist Hospital would be more helpful.

Signed: Bruce A. Lundeen Date: 4/30/2025

Bruce A. Lundeen

Attachments:

#1 "Original" copy of Rule 26(f) Report
#2 "Amended" Copy of Rule 26(f) Report