# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Bruce A. Lundeen Plaintiff Case No. 24-cv-04360

vs **Plaintiff's MOTION TO AMEND (by deletion) Statements in Document # 27, PLAINTIFF'S REQUEST FOR ADMISSION**

City of Minneapolis Defendant

1. I overlooked the timing element of my presence in the Methodist Hospital Emergency Department. I was in the Emergency Department between 7:59 a.m. and 9:01 a.m. on July 29, 2024 (Attachment #1). Injections given by Hennepin County EMTs were done earlier in the morning, in front of my house, before transit to the Methodist Hospital.

2. Attachment #2 is the original version of Document 27, and the sentences to be deleted from it are "struck-through". Attachment #3 is the amended version, where errors have been corrected.

Signed: Bruce A. Lundeen Date: 4/30/2025

Bruce A. Lundeen

Attachments:

#1 Methodist Hospital After Visit Summary
#2 "Original" copy of pleading to be amended
#3 "Amended" copy of pleading to be amended