# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Bruce A. Lundeen Plaintiff

Case No. 24-cv-04630 (JRT/DTS)

vs

City of Minneapolis Defendant

**PLAINTIFF'S REQUEST FOR ADMISSION**

ORIGINAL

Does the City of Minneapolis agree that the event described in the following paragraphs are true:

It appears Dr. Greenberg's credentials were used to gain access to me while I was in the Methodist Hospital Emergency Ward on July 29, 2024. It seems "on duty" Methodist Hospital physicians and nurses were replaced as my care team by Dr. Greenberg, a young man and perhaps a young woman.

Upon leaving the triage area of the Emergency Ward, a teenager pushing my wheelchair determined that a room change was necessary. In room A1 the teenager assisted me in changing into a hospital gown. Then a young man came into the room.

During the treatment, the young man gave me ~~a fourth, undocumented~~ an intravenous injection said to be Toradol. He immediately took me out into the Emergency Ward aisle outside the room and asked me to walk. I could not; hospital security cameras recorded this event. ~~Giving me this medication is not reported in the Methodist Hospital Emergency Ward AFTER VISIT SUM-MARY.~~

Deleted text

My ailment was immediately diagnosed as sciatica by other physicians, and I had suffered a sciatica event once before.



Attachment #2

The hospital's AFTER VISIT SUMMARY, signed by Dr. Greenberg, states that I should return if there is "numbness between your legs." "Numbness between your legs" is not a symptom of sciatica.

**MRI** images done by Rayus Radiology confirm lumbar spine problems consistent with sciatica.

About an hour later, immediately before discharge from the hospital, Dr. Greenberg came into my Emergency Ward room. This was the only time I saw her. I suspect Dr. Greenberg knows the identity and employer of the young man who injected the serum into my arm using a syringe.

Two weeks later, I suffered kidney stones and, about a month later, prostate problems.

Signed: Bruce A. Lundeen Date: 3/4/2025

Bruce A. Lundeen

**2628 Stevens Ave.,**
**Minneapolis, MN 55408**
Brucealundeen@msn.com
**612 978 8973**