UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bruce A. Lundeen<br><br>Plaintiff,<br><br>v.<br><br>City of Minneapolis,<br><br>Defendant | Case No. 24-CV-04360 (JRT/DTS)<br><br>**DEFENDANT'S RULE 26.01(a) DISCLOSURES** |

---

Pursuant to Minn. R. Civ. P. 26.01(a), Defendant makes the following disclosures.

**INTRODUCTORY STATEMENT**

The following disclosures are made based on the information reasonably available to Defendant as of the date these disclosures are made. By making these disclosures, Defendant does not represent that it is identifying every document, tangible thing or witness that it may possibly use to support its claims or defenses. Defendant does not waive its right to object to production of any document or tangible thing disclosed herein on the basis of any privilege, the work product doctrine, relevance, undue burden or any other valid objection. Defendant's disclosures represent a good-faith effort to identify information it reasonably believes it may use to support its claims or defenses, unless solely for impeachment, as required by Rule 26.01(a).

Finally, Defendant's disclosures are made without waiving: (1) the right to object on the grounds of competence, privilege, relevance, hearsay, data classification or any other proper ground, to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures below are made subject to the above objections and qualifications.

**A. Name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that Defendant may use to support its claims or defenses, unless the use would be solely for impeachment.**

| **Name and contact information of individual** | **Subject(s) of information** |
|---|---|
| Plaintiff | Plaintiff has information about what happened to him, as alleged in the Complaint. |
| All individuals disclosed by Plaintiff in his initial disclosures. | |
| All individuals identified in discovery as possessing relevant, admissible information. | |

**B. A copy of, or a description by category and location of, all documents, data compilations and tangible things in the possession, custody, or control of**

**Defendant and that Defendant may use to support its claims or defenses, unless solely for impeachment.**

| Document | Location |
| --- | --- |
| Other documents and information identified during the course of discovery | To be determined. |

**C. A computation of all damages claimed by Defendant, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**D. Any insurance agreement which may cover all or part of the judgment or to indemnify or reimburse payments made to satisfy the judgment.**

The City of Minneapolis is a self-insured municipal corporation. It provides defense and indemnification to its employees pursuant to Minn. Stat. §466.07. Its liability is limited by the application of Minn. Stat. §466.04.

Defendant makes these disclosures based on information reasonably available at this time. Defendant will supplement these disclosures if appropriate.

Dated: May 1, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Mark Enslin*
MARK ENSLIN (#0338813)
Assistant City Attorney
Minneapolis City Attorney's Office
City Hall, Room 210
350 South Fifth Street

Minneapolis, MN 55415
(612) 430-8310
mark.enslin@minneapolismn.gov

*Attorneys for Defendant*