# UNITED STATES DISTRICT COURT

## District of Minnesota

Bruce A. Lundeen,

Plaintiff,

v.

Minneapolis, City of,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-04360-JRT-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion for Judgment on the Pleadings [Docket No. 11] is GRANTED;
2. Plaintiff's Complaint [Docket No. 1] is DISMISSED with prejudice; and
3. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Docket No. 20] is DENIED as moot.

Date: 5/13/2025

KATE M. FOGARTY, CLERK