# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Bruce A. Lundeen | Plaintiff | Case No. 24-cv-04360 |
| vs | | |
| United States Marshall Service | Defendant | **MOTION TO FOLLOW THE SCHEDULING ORDER OR OPEN A NEW TRIAL** |
| City of Minneapolis | Defendant | |

1. I request that a new trial be convened with the addition of a Defendant being the United States Marshal Service. I need the name of Deputy United States Marshal: brown-haired woman about 5’10, was about 160 lbs. in 2013 when I worked at the Federal District Court House. She had some administrative job.
2. In its worst, there is a group of right-wing nuts working in law enforcement in Minneapolis. Infecting the United States Marshal Service, with all the authority of the national police force must be investigated.
3. It was my hope that the Methodist Hospital would be offended by the use of a contract physician’s credentials – likely with her agreement – to put the young man referred to in the “**MEMORANDUM OPINION AND ORDER GRANTING MOTION**

**FOR JUDGEMNET ON THE PLEADINGS"** in a position to give me an injection that has likely caused several ailments I would not have had.

4. The young man who gave me the injection is not "mysterious", he was doing was he was told, instructed, or ordered to do.

5. The "accident" where I was struck by an automobile making a left turn in a crosswalk when returning from delivering a letter to the Methodist Hospital is too coincidental.

   One of the patrolmen who came to assist at the scene of a accident gave me a paper to sign which I did sign. I tried to read the document, but in my shock and pain I could not. I said to the Officer I have to trust that you; as a Police Officer, asking me to sign this document it is what I should do.

   I asked one of the Officers if Christy Nelson was still in the 5th Precinct. He asked me how I knew her.

   I am certain that in the ambulance with two EMTs and one or two Police Officers, was the man who accepted a loose-leaf notebook in the District of Minnesota U.S. Attorney's Office of pleadings from my previous Federal District Court case.

6. My "practice" as an Uber driver has changed. I have given several rides to U.S.M.S. Deputies to and from their homes in distant suburbs after and before shifts. In its worst, they are not yet "trigger-pullers", but I fear trigger-pullers exist.

7. There is risk in driving Uber.

8. I applied for and was not given an Airport Permit. A previous job opportunity at the airport may have been thwarted, and I met a Minneapolis Police squad car while going to the interview for that job. It was not a coincidence.

9. I was given a virtual interview for a safer job in facility and building engineering management. The building owner was – as happens all the time – fed up with the present Chief Engineer and Facility manager. Apparently, I have not heard back from ABM. Filling the role would be challenging.

10. My medical care has been corrupted. Medicare has rejected payment to doctors in instances, and doctors I have seen have not charged for services. I would bet there are doctors who I have not seen who have written reports about me. The descriptions of events in hospitals I have made in pleadings are fact. All has not yet been written.

11. My prostrate condition is declining. I think it is swelling, not cancerous – at least was not initially. I must be referred to and see a creditable urologist immediately.

12. Being made sexually incapable by an injection and subsequent removal of the prostate by a urologist is preferable to being castrated with a pocketknife while held splayed on the hood of a truck by a daughter's father – this must be what is hoped for when rumors were spread in the community.

    It may be necessary to remove my prostrate in the process of determining if the injection caused the problem.

13. During the first digital rectal exam, my prostrate was not "hard/rock like..., Nontender. Non boggy". The Mayo Clinic did write, "We think it is unlikely that his PSA value represents and advanced prostate cancer".
14. I request a restraining order guarding against any contact with medical professionals by all law enforcement personnel be written. All has not yet been written about medical situations, and what has been written is fact.
15. I believe the Minneapolis VA Medical Center and maybe others have an individual(s) capable of producing serums that would make one as sick as I was following the use of a syringe during a blood draw, and following the injections in the Methodist Hospital causing my prostrate to swell.
16. In the past 30 or so years I have made offensive comments about law enforcement leadership of both the local and national police. Dealing with all that I have experienced, the coincidences, the contradictions, the frustrations, what else would you expect.
17. I am not worthy of filing a claim, but nor do I deserve to be maimed as a result of a hospital visit. I do not have "clean hands", but I am not evil
18. The pressure of dealing with courts, retaliatory law enforcement, and prostrate conditions made it impossible to respond to the Motion for Judgement on the Pleadings. I did manage to get some Amended Pleadings in by the date specified on the **PRETRAIL SCHEDULING ORDER.**
19. I am not a pedophile.

20. During home invasions my computers have been tampered with. I have replaced hard drives as precautionary measures.

21. My tablet had a provocative Facebook video of violinist Karolina Protsenko when she was an adolescent prodigy downloaded to it.

Signed: Bruce A Lundeen Date: May 22, 2025

Bruce A. Lundeen