**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 04, 2025

Bruce A. Lundeen
2628 Stevens Avenue
Minneapolis, MN 55408

RE: 25-2110 Bruce Lundeen v. City of Minneapolis

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

This appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you at this time. Our office will advise you of any action taken in your case.

The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

MMH

Enclosure(s)

cc: Clerk, U.S. District Court, District of Minnesota
Mark S. Enslin

District Court/Agency Case Number(s): 0:24-cv-04360-JRT

**Caption For Case Number: 25-2110**

Bruce A. Lundeen

Plaintiff - Appellant

v.

City of Minneapolis

Defendant - Appellee

**Addresses For Case Participants: 25-2110**

Bruce A. Lundeen
2628 Stevens Avenue
Minneapolis, MN 55408

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Mark S. Enslin
CITY ATTORNEY'S OFFICE
Suite 210
350 S. Fifth Street
Minneapolis, MN 55415