**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 25-2110

---

Bruce A. Lundeen

Plaintiff - Appellant

v.

City of Minneapolis

Defendant - Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-04360-JRT)

---

**JUDGMENT**

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

Appellant's motion for stay is denied as moot.

August 14, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler