**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-2110

Bruce A. Lundeen

Appellant

v.

City of Minneapolis

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-04360-JRT)

---

**MANDATE**

In accordance with the judgment of August 14, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 23, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit